<u>Exhibit List</u>

A. Florida Statute 827.071 (3 pages)

B. Police Report from the Thomasville Police Department (2 pages)

C. Report of investigation from H.S.I. (6 pages)

D. Chat conversation with minor victim 1 (12 pages)

E. Letter's written by Trader to his Attorney (17 different letters) in chronological order. (77 pages)

F. 1 letter written by Trader to his Attorney in his State of Florida Criminal case asking for help in his Federal case. The two attorneys representing Trader in his two Criminal case's are married. (5 pages)

G. The only personal letter Trader ever recieved from counsel, dated 11/7/2018 (2 pages)

H. Appellant's unfiled Response to Counsel's Reply Brief, dated 4/1/2019 (23 pages)

I. Appellant's unfiled Memorandum of Law in Support of Appeal, dated 7/10/2019 (28 pages)

J. Transcript of oral argument, dated 11/19/2020 (31 pages)

K. Data Records from KIK (Emergency Disclosure Request Response) (26 pages)

1 of 3

L. KIK'S guide to Law Enforcement (12 pages)

M. Data forensic Report from E.S.I. Consulting (private expert) (2 pages)

N. Comcast's response to H.S.I. request for Emergency Disclosure (3 pages)

O. Parenting plan Evaluation Report, by Garry Edwards, Ed. D (37 pages)

P. St. Lucie county property appraiser identification card (3 pages)

Q. Appellant's Temporary pro se Supplement, unfiled, dated 10/23/2018 (55 pages)

R. Final Judgment on petition for Termination of Parental Rights dated 11/09/2017 (7 pages)

S. Final Judgment on petition for Termination of Parental Rights dated 11/06/2017 (6 pages)

T. State of Florida Civil Docket Sheet (6 pages)

U. Trader's Driver's License (2 pages)

V. Trader's Rap Sheet (Criminal History Record)

W. Trader's Pre-Trial Notes (26 pages)

X. Draft Argument Sent to counsel for franks hearing on appeal (22 pages)

2 of 3

Y. Notes and letter's Showing Trader's mental State of mind between 9/26/2017 - 9/29/2017   (9 pages)

Z. Supplemental Discovery in Trader's State criminal case (2 pages)

Exhibit A

Florida Statute 827.071

3 pages

> West's Florida Statutes Annotated
>    Title XLVI. Crimes (Chapters 775-899)
>       Chapter 827. Abuse of Children (Refs & Annos)

West's F.S.A. § 827.071

827.071. Sexual performance by a child; penalties

Effective: October 1, 2012
Currentness

(1) As used in this section, the following definitions shall apply:

(a) "Deviate sexual intercourse" means sexual conduct between persons not married to each other consisting of contact between the penis and the anus, the mouth and the penis, or the mouth and the vulva.

(b) "Intentionally view" means to deliberately, purposefully, and voluntarily view. Proof of intentional viewing requires establishing more than a single image, motion picture, exhibition, show, image, data, computer depiction, representation, or other presentation over any period of time.

(c) "Performance" means any play, motion picture, photograph, or dance or any other visual representation exhibited before an audience.

(d) "Promote" means to procure, manufacture, issue, sell, give, provide, lend, mail, deliver, transfer, transmute, publish, distribute, circulate, disseminate, present, exhibit, or advertise or to offer or agree to do the same.

(e) "Sadomasochistic abuse" means flagellation or torture by or upon a person, or the condition of being fettered, bound, or otherwise physically restrained, for the purpose of deriving sexual satisfaction from inflicting harm on another or receiving such harm oneself.

(f) "Sexual battery" means oral, anal, or vaginal penetration by, or union with, the sexual organ of another or the anal or vaginal penetration of another by any other object; however, "sexual battery" does not include an act done for a bona fide medical purpose.

(g) "Sexual bestiality" means any sexual act between a person and an animal involving the sex organ of the one and the mouth, anus, or vagina of the other.

(h) "Sexual conduct" means actual or simulated sexual intercourse, deviate sexual intercourse, sexual bestiality, masturbation, or sadomasochistic abuse; actual lewd exhibition of the genitals; actual physical contact with a person's clothed or unclothed genitals, pubic area, buttocks, or, if such person is a female, breast, with the intent to arouse or gratify the sexual desire of either party; or any act or conduct which constitutes sexual battery or simulates that sexual

battery is being or will be committed. A mother's breastfeeding of her baby does not under any circumstance constitute "sexual conduct."

(i) "Sexual performance" means any performance or part thereof which includes sexual conduct by a child of less than 18 years of age.

(j) "Simulated" means the explicit depiction of conduct set forth in paragraph (h) which creates the appearance of such conduct and which exhibits any uncovered portion of the breasts, genitals, or buttocks.

(2) A person is guilty of the use of a child in a sexual performance if, knowing the character and content thereof, he or she employs, authorizes, or induces a child less than 18 years of age to engage in a sexual performance or, being a parent, legal guardian, or custodian of such child, consents to the participation by such child in a sexual performance. Whoever violates this subsection is guilty of a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(3) A person is guilty of promoting a sexual performance by a child when, knowing the character and content thereof, he or she produces, directs, or promotes any performance which includes sexual conduct by a child less than 18 years of age. Whoever violates this subsection is guilty of a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(4) It is unlawful for any person to possess with the intent to promote any photograph, motion picture, exhibition, show, representation, or other presentation which, in whole or in part, includes any sexual conduct by a child. The possession of three or more copies of such photograph, motion picture, representation, or presentation is prima facie evidence of an intent to promote. Whoever violates this subsection is guilty of a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(5)(a) It is unlawful for any person to knowingly possess, control, or intentionally view a photograph, motion picture, exhibition, show, representation, image, data, computer depiction, or other presentation which, in whole or in part, he or she knows to include any sexual conduct by a child. The possession, control, or intentional viewing of each such photograph, motion picture, exhibition, show, image, data, computer depiction, representation, or presentation is a separate offense. If such photograph, motion picture, exhibition, show, representation, image, data, computer depiction, or other presentation includes sexual conduct by more than one child, then each such child in each such photograph, motion picture, exhibition, show, representation, image, data, computer depiction, or other presentation that is knowingly possessed, controlled, or intentionally viewed is a separate offense. A person who violates this subsection commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b) This subsection does not apply to material possessed, controlled, or intentionally viewed as part of a law enforcement investigation.

(6) Prosecution of any person for an offense under this section shall not prohibit prosecution of that person in this state for a violation of any law of this state, including a law providing for greater penalties than prescribed in this section or any other crime punishing the sexual performance or the sexual exploitation of children.

827.071. Sexual performance by a child; penalties, FL ST § 827.071

*page 3*

**Credits**
Laws 1983, c. 83-75, § 4; Laws 1985, c. 85-273, § 1; Laws 1986, c. 86-38, § 1; Laws 1991, c. 91-33, § 1; Laws 1992, c. 92-83, § 1. Amended by Laws 1997, c. 97-102, § 1283, eff. July 1, 1997; Laws 2001, c. 2001-54, § 1, eff. July 1, 2001; Laws 2007, c. 2007-143, § 4, eff. Oct. 1, 2007; Laws 2011, c. 2011-220, § 15, eff. Oct. 1, 2011; Laws 2012, c. 2012-19, § 3, eff. Oct. 1, 2012.

Notes of Decisions (94)

West's F. S. A. § 827.071, FL ST § 827.071
Current through the 2018 Second Regular Session of the 25th Legislature.

End of Document                                                    © 2019 Thomson Reuters. No claim to original U.S. Government Works.

Exhibit B

Police Report from the Thomasville Police Department

2 pages

## CASE SUPPLEMENTAL REPORT

Printed: 05/31/2017 10:50

*Thomasville Police Department*                                                OCA: ███████

**THE INFORMATION BELOW IS CONFIDENTIAL · FOR USE BY AUTHORIZED PERSONNEL ONLY**

Case Status: *FURTHER INVESTIGATION*   Case Mng Status: *OPEN/ACTIVE -- ASSIGNED*   Occurred: *05/30/2017*

Offense: **SEX OFFENSE OTHER**

| | |
|---|---|
| Investigator: ████████ | Date / Time: *05/31/2017 02:17:19, Wednesday* |
| Supervisor: ████████ | Supervisor Review Date / Time: *05/31/2017 02:47:31, Wednesday* |
| Contact: | Reference: *Investigative Progress* |

On May 30, 2017 at approximately 10:57 PM I responded to ████████ to assist Officer ███████ with an investigation. Upon arrival we made contact with ████ ███ and ███ in their front yard. ███ was carrying a white in color Samsung tablet and advised us he had located an app on his step-daughter's tablet called "Say Hi". Mr. ████ stated he was checking step-daughter, ████████ tablet because a notification from Say Hi popped up on the screen. He then realized it was an older guy talking to ███ who is 9 years old. Upon opening the message conversation, ███ observed where the guy, "Scott" had been sending ███████ nude photos of himself and who he advised were his young daughter's. One of the young girls in a picture was touching her vaginal area under her shorts; I observed a link at the bottom of the picture for frankporn.com. There were graphic images of young girls he sent to ███ and there was also a 37 second long video of a grown man's penis rubbing against a young girls vaginal area. The other pictures of the young girls he sent to ███ did not have links for porn sites. "Scott" told ████ that was him and his young daughter. Scott also made statements that he knew ███ was young and asked her to send him pictures of her. There are pictures of ███ pulling her shirt up so you can see her chest and pulling her pants down so you can see her vaginal area which were sent to "Scott". When ███ found these messages, he began to message "Scott" at 10:15 PM acting like ███. He asked Scott to send pictures of himself and tried to obtain more information on Scott like where he lives. Scott did send a picture of a white male with glasses who he alleges is him. In the background there is a bed with black and red bed sheets which match the sheets in pictures he sent before of his penis.

███ recognized one of the young girls who Scott states is his daughter. ███ stated she knew the girl from ███ School. While I was speaking with ███ mom, ███ she stated ███ went to ███ School for 2 months while she was in first grade in October and November of either 2014 or 2015. ███ stated ███ could not remember the girl's name. I asked ███ if she had access to a yearbook from that year so we could get the young girl identified and she stated she did not but her friend, ███ has kids that age and should have a yearbook. ███ contact number is ███ ███ and ███ is also going to try to get in contact with her to get a yearbook. Shortly after arriving on scene I asked ███ to sit in my patrol vehicle to provide a written statement while Officer ███ obtained a written statement from ███.

███ provided the following written statement: "On May 30, 2017 at 10 PM I was at work at ████████ and was about to clock out. ███ my fiancé, messaged me on Facebook and told me that he found a conversation between a guy named Scott and my daughter ███ and he's found nude pictures and videos. ███ also said he saw a video ███ sent to ███ from the Scott guy of Scott having sex with his daughter. I called ███ on the phone and he told me he was shaking and angry and had just found the messages on ███ tablet. I told him I need to see this for myself and I drove straight home. It took me about thirty minutes to get home and as soon as I walked in the door I took the tablet from him and read everything and saw the pictures. I talked to my daughter and told her she didn't do

Investigator Signature _____   Supervisor Signature _____

*r_supp3*                                                                                    Page 1

## CASE SUPPLEMENTAL REPORT

Printed: 05/31/2017 10:50

*Thomasville Police Department*                                    OCA: ███████

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *FURTHER INVESTIGATION*   **Case Mng Status:** *OPEN/ACTIVE -- ASSIGNED*   **Occurred:** *05/30/2017*

**Offense:** *SEX OFFENSE OTHER*

| | |
|---|---|
| **Investigator:** ████████ | **Date / Time:** *05/31/2017 02:17:19, Wednesday* |
| **Supervisor:** ████████ | **Supervisor Review Date / Time:** *05/31/2017 02:47:31, Wednesday* |
| **Contact:** | **Reference:** *Investigative Progress* |

anything wrong and I'm not mad at her. I asked her if she knew who this guy was and if she knew the little girl. She said "yes I know the little girl, she went to school with me in ███ I can't remember her name but I know they moved to Florida." My daughter goes to ██████████ now and is in 2nd grade but she went to ███████ two years ago for a couple of months during Kindergarten, I believe it was October and November of 2014 when she was at ███ I asked her how she heard about the app and she said somebody from school or daycare told her about it and she has had the app for about two weeks now that we know of. She also has a picture of a girl from her daycare that she took on her tablet and she sent that to "Scott". ███ also showed me where she sent a picture of me to some other guy and said it was her. I did not know she even had this app "Say Hi" on her tablet and I have never heard of it. I did not give her permission to download the app or use my pictures for the app. My friend, ██████ has kids my daughters age who go to ███ I should be able to get a yearbook from her to try and find the young girl my daughter recognizes in pictures sent from "Scott". ███ contact number is ██-███-███ I've never known my daughter to communicate with people like that online before. I give permission to the police department to search the tablet for further evidence for the investigation. "

███████ then signed a consent to search form for the tablet and turned the tablet over to me. The consent to search form, statements, and tablet will be logged into evidence. While in my vehicle I looked through the messages on the Say Hi app and found several other conversations with men that ███████ had on her phone. Including "Scott" there were five men messaging ███████ who at some point admitted to knowing she was young/underage and still requesting photos of her or sending her nude photos of themselves. There was a guy named "██████" "█████ and "████████ also provides the number ████████ for ████ to contact him on an app called "Whatsapp". I did not see Whatsapp on ███████ tablet. The "███ subject made statements that he wanted to talk to someone underage and talked to her for a while until she told him that she was 18. When she told ███ she was 18 he stated she was too old and stopped talking to her.

███████ also has other messaging apps on her tablet and access to internet which I did not go through. While ████ was in my vehicle she asked to check the photo gallery on ████████ tablet and we observed the naked photos of herself she sent to "Scott" along with photos of "Scott's daughters" he sent her to her gallery. She also had nude photos of other men saved to her gallery that were sent to her through the Say Hi app. I advised ███████ that the assigned detective would most likely set up an appointment for Dragonfly House for ████████ I advised ████ she may be contacted within the next few days or week in reference to same or follow up investigation. See original officer report for further.

Investigator Signature _____        Supervisor Signature _____

Exhibit C

Report of investigation from H.S.I.

6 pages



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



## ICE

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/22/2017 11:27 EDT

Page 1 of 6

**CASE NUMBER**



**CASE OPENED**
5/31/2017

**CURRENT CASE TITLE**
Scott Joseph TRADER

**REPORT TITLE**
Identification and Arrest of Scott
TRADER

### SYNOPSIS

On May 31, 2017, Special Agents assigned to the Homeland
Security Investigations Office of the Resident Agent in Charge,
Fort Pierce, FL (HSI Fort Pierce), received information from
HSI Winston-Salem, North Carolina, regarding an individual
residing in Port Saint Lucie, FL, within the HSI Fort Pierce
area of responsibility (AOR), who'd engaged in explicit chat
and sent child pornography to a minor victim in North Carolina.
HSI Fort Pierce identified Scott Joseph TRADER, a US Citizen
whose date of birth is June 13, 1985, as a suspect in this case.

Initial information regarding the investigation was received
from HSI Winston-Salem. HSI Ft. Pierce identified TRADER as a
suspect and obtained a search warrant for TRADER's residence.
HSI Ft. Pierce executed the search warrant, resulting in the
discovery of child pornography produced by TRADER, who was then
arrested.

**REPORTED BY**

SPECIAL AGENT

**APPROVED BY**

SPECIAL AGENT

**DATE APPROVED**
6/21/2017

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Scott Joseph TRADER | ████████-001 | 6/21/2017 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE
This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of
this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/22/2017 11:27 EDT                                                        Page 2 of 6

## DETAILS OF INVESTIGATION

On 31 May 2017, SA ▮▮▮ HSI Ft. Pierce, was contacted by SA ▮▮▮ ▮▮▮ HSI Winston-Salem, regarding a child exploitation investigation. SA ▮▮▮ provided the following information:

On 30 May 2017, the Thomasville Police Department, North Carolina, received a complaint from the stepfather of a 9-year-old victim. The complainant reported his discovery of explicit chat communications between the victim and her chat partner "Scott" on the SayHi Smartphone Application. The complainant provided the victim's mobile device to police for examination. The Thomasville Police Department requested the assistance of HSI Winston-Salem in furthering the investigation.

SA ▮▮▮ conducted a forensic examination of the victim's device, revealing SayHi text communications with "Scott" on the evening of 30 May 2017. The victim provided Scott pictures which clearly indicated she was a preteen female. Scott requested nude images from the victim and transmitted a child pornography video to the victim. The video was a 37 second long depiction of an adult male rubbing his penis on the vagina of a preteen female. Scott claimed the female depicted in the video was his daughter. Scott also sent a masturbation video to the victim, along with a still image which depicted Scott's face. SA ▮▮▮ reviewed Scott's SayHi profile, which had a picture of his face, along with an apparent minor female. The face depicted in the still image transmitted to the victim matched the Scott SayHi profile image. Scott's profile also listed his Kik username, "Daddyhasafunnyface."

SayHi is based in China. In an effort to obtain emergency disclosure information, SA ▮▮▮ emailed a request to SayHi Support, requesting a representative contact him as soon as possible.

SA ▮▮▮ sent an emergency disclosure request to Kik, a smartphone communications application, for username Daddyhasafunnyface. Kik responded, indicating the email account associated with the account was strader0227@yahoo.com. Kik also provided a login history, indicating there were logons to the account from IP address 76.110.46.234 starting 1 May 2017, through 31 May 2017, at 06:36 UTC. The IP address is registered to Comcast. The Kik profile picture matched the aforementioned "Scott" SayHi profile picture, and the still image transmitted during the SayHi chat.

SA ▮▮▮ sent an emergency disclosure request to Comcast for the subscriber information associated with IP address 76.110.46.234 on 31 May 2017, at 06:36 UTC. Comcast responded, identifying the subscriber as ▮▮▮ ▮▮▮ 1189 SW Edinburgh Drive, Port St. Lucie, Florida, 34953.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Scott Joseph TRADER | ▮▮▮-001 | 6/21/2017 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.





# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/22/2017 11:27 EDT                                                                      Page 3 of 6

On 31 May 2017, SA ███ conducted a property records search for 1189 SW Edinburgh Drive, Port St. Lucie, Florida, on the St. Lucie County Property Appraiser's website. According to the website, 1189 SW Edinburgh Drive, Port St. Lucie, Florida was purchased by ███ ████████ and ███████ ███████ ██████ on 16 June 2016.

SA ███ conducted a check of Florida Department of Highway Safety and Motor Vehicle (DHSMV) records, which indicated that on 1 August 2016, Scott TRADER, born 13 June 1985, listed his mailing address as 1189 SW Edinburgh Drive, Port St. Lucie, Florida, 34953. TRADER's Driver License photograph matched the SayHi profile, Kik profile, and transmitted images. TRADER did not update his residential address, 4286 SW Carl Street, Port St. Lucie, Florida, which was also ██████ ███████████ 's, address until the purchase of the 1189 SW Edinburgh Drive property.

SA ███ conducted a criminal history record check which revealed that in 2012, Scott TRADER was arrested by the Port St. Lucie Police Department for Promoting a Sexual Performance by a Child, Lewd Behavior, and Possession of Child Pornography. Those charges were dropped/abandoned, and TRADER was instead convicted for Felony Child Neglect. In December 2016, TRADER was arrested for Lewd Behavior – Molesting a Victim less than 12 years of age.

On 31 May 2017, TFO ██████ established surveillance of 1189 SW Edinburgh Drive. At approximately 8:25 PM, TFO ██████ observed an adult female and a female child, approximately two years of age, entering the residence.

On 31 May 2017, at 11:51 PM, SA ██████ HSI West Palm Beach, presented a search warrant application package to Magistrate Judge ██████. Judge ████████ signed the federal search warrant, authorizing the search of 1189 SW Edinburgh Drive, Port St. Lucie, Florida at any time of the day or night. SA ███ emailed SA ████ a photograph of the signed search warrant.

On 1 June 2017, at approximately 1:10 AM, HSI Ft. Pierce executed the search warrant. Scott TRADER was present in the residence along with his wife, ████████████ his mother, ███████████████, his step-father, ███ ████ his father, ████ ██, his brother, who is impaired by autism, ████ ███ and his 4-year-old daughter, ██████ (RT).

SA ███ provided a printed copy of the signed search warrant to ████████████, who was disruptive during the execution of the warrant. ████ █████ yelled at agents/officers, upset ████ while agents were attempting to clear ████ room, and insisted she could move about as she pleased because it was her home. After repeated warnings, ████ ██ ████ was briefly handcuffed for refusing to stay seated at a table which had been cleared of weapons. The restraints were removed after approximately two minutes, when ████ ████ agreed to cooperate and sit at the table. Entry and later, exit video, was taken by SA ██

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Scott Joseph TRADER | ████████ -001 | 6/21/2017 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.





# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**ICE**

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

06/22/2017 11:27 EDT                                                                 Page 4 of 6

At approximately 1:24 AM, SA ███ activated his digital recorder and made contact with Scott TRADER, who was handcuffed and sitting where he was encountered, in his bedroom, later labeled as Room H. SA ███ advised TRADER of his rights. TRADER invoked his right to remain silent. TRADER was removed to the kitchen table area of the residence. SA ███ recovered a Samsung Galaxy S6 (SM-G920T) smartphone, Property Log #10, from the nightstand on the right/far side of the bed in room H.

At 2:15 AM, SA ███ conducted a recorded interview with ███████ ██████, who had never been restrained, in the children's bedroom, Room G. ███ advised she had been married to TRADER for a year and identified her smartphones, an LD G6 and Samsung S5, as being located on the nightstand on the left side of the bed in Room H. ████ advised there was one laptop located in room H, on the bottom of the entertainment center. █████ said the laptop belonged to her and TRADER and did not know the password, ██████████. █ said there were SD Cards from when RT was a baby, somewhere in the entertainment center. ████ advised the only electronic device in the room that was TRADER's was his phone, and she did not use it or know the password. SA ███ showed ████ thumbnail pictures from the printed SayHi chat, recovered by HSI Winston-Salem. ████ identified RT's stuffed monkey, which was present in the room, in the image transmitted during the chat at 21:33. She identified another image, also transmitted at 21:33, as "Sam", who she referred to as TRADER's step-daughter, appearing to misspeak saying "his step-daughter" instead of my step-daughter. The full size image is obviously TRADER's now 11-year-old daughter, ██████ ████ (ST). ████ recognized the images of TRADER's penis, transmitted 22:23 through 22:26. When shown the photo sent at 22:37 and asked, "Is that him in your bedroom", ██████ replied, "yeah", and stated she had not seen that picture before. ████ stated TRADER has not sent her pictures of his penis for several years, and any she had received had been deleted.

SA ██ manually examined ████'s two smartphones, but did not find any relevant data or applications. ██████'s devices were not seized. SA ███ also manually examined a smartphone which ████ ████ identified as hers. The smartphone did not contain any relevant data or applications and was not seized.

During the search of Room H, SA ██████ located the following items behind the kickboard of a shelving unit, which primarily held DVDs and CDs:

    Samsung Galaxy S3 (SGH-T999) Smartphone, Property Log #6
    WD My Passport Ultra External Hard Disk Drive, Property Log #5
    9 Media Storage Cards, Property Log #4
    LG G6 (LG-H872) Smartphone, Property Log #7

Other seized electronic items from room H, and the agent who located the item were:

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Scott Joseph TRADER | ████████-001 | 6/21/2017 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

06/22/2017 11:27 EDT                                                                 Page 5 of 6

    Toshiba Laptop, Property Log #2, SA █████████
    Samsung Galaxy S3, Property Log #8, SA ████
    NuVision Tablet, Property Log #9, SA ████████
    Gateway Laptop, Property Log #11, SA ████

Other seized electronic items from other rooms, and the agent who located the item were:

    LG Phone, Room E, Property Log #1, TFO ███████
    Acer Laptop, Room L, Property Log #3, TFO █████████

Room E was ██████ ███████████████ and ████ ████'s room, the master bedroom. Room L was the garage.

On-scene forensic previews were conducted by TFO ████████. From a MicroSD Card inside the Samsung S3, Property Log Item #6, images and video of TRADER engaged in sexual activity with his two daughters was recovered. A preliminary exam of the WD My Passport hard drive revealed it contained multiple folders with over a thousand images and videos of suspected child pornography. One of the folders was titled, "pics of me with kids." The folder contained numerous images of TRADER engaged in sexual explicit conduct with RT, including the victim performing oral sex on TRADER. Child pornography, including images and videos produced by TRADER, were located on MicroSD Cards that were located among the 9 Media Storage Cards.

TRADER was arrested and transported to HSI Ft. Pierce for processing. All evidence was transported to HSI Ft. Pierce for storage and further examination.

On 1 June 2017, SayHi responded to SA ████ 's email, agreeing to cooperate and asking what information was being sought. SA ████ provided SayHi with a picture of the "Scott" SayHi user profile, ID number 26786636. SayHi provided the following subscriber information:

    ID: 26786636
    City: Port St Lucie
    Email: strader0227@gmail.com
    Phone: 17729248954
    Last Login IP: 76.110.46.234
    Last Login: 2017/6/1 14:56:39
    Registration Time: 2016/6/8 22:10:47
    The time zone for the information provided is GMT+8 hours.

At 12:57 PM on 5 June 2017, SA ████ received a call from ████ ███████████ ████. SA ████ activated his digital recorder and ████████████ stated HSI seized her LG G6 from Room E during the execution of the warrant, and wanted to know if she could get the phone back. SA ████ advised he

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Scott Joseph TRADER | ████████-001 | 6/21/2017 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY / LAW ENFORCEMENT SENSITIVE



ICE

---

06/22/2017 11:27 EDT                                                                 Page 6 of 6

would have to examine the phone in order for it to be returned. SA ▌ obtained an LG G6 from the seized property and found it was PIN locked. SA ▌ requested the PIN in order to manually examine the smartphone. ▌▌▌▌ provided several PINs which did not work. When SA ▌ was not able to access the device, ▌▌▌▌▌ advised she would "pull numbers off her head", and provided the PIN which unlocked the device, ▌▌▌. While conducting a manual review, SA ▌ informed ▌▌▌▌ he located relevant data and would not be able to return the device.

After the call, SA ▌ reviewed the Search Warrant Property Log and determined he had retrieved the LG G6 that had been recovered from Room H, not the identical type handset seized from Room E.

Investigation Continues

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Scott Joseph TRADER | ▌▌▌▌▌-001 | 6/21/2017 |

OFFICIAL USE ONLY / LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

Exhibit D

Chat conversation with Minor Victim 1

12 pages



## Extraction Report
Samsung SM-T110 Galaxy Tab 3 7.0

---

## Participants

Scott
vitoria Jones,

## Conversation - Instant Messages (104)

  vitoria Jones,                                                     5/30/2017 18:56(UTC-4)

**Hi boyfriend**
**Source file:** Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xD8F0 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

  vitoria Jones,                                                     5/30/2017 18:58(UTC-4)

**Can you chat please**
**Source file:** Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xD917 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 Scott                                                     5/30/2017 21:13(UTC-4)

**Lol ok? Wtf???**
**Source file:** Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF91A (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

  vitoria Jones,                                                     5/30/2017 21:18(UTC-4)

**Yay**
**Source file:** Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF931 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 Scott                                                     5/30/2017 21:20(UTC-4)

**Hi**
**Source file:** Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF9A0 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

  vitoria Jones,                                                     5/30/2017 21:23(UTC-4)

**I have a gift for your kids**
**Source file:** Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFA25 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 Scott                                                     5/30/2017 21:23(UTC-4)

**Oh yea? Whats that**

**Source file:** Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFA4B (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

  vitoria Jones,                                                     5/30/2017 21:24(UTC-4)

**Jojo bows**
**Source file:** Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFA68 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 Scott                                                     5/30/2017 21:25(UTC-4)

**Those are the lollipops right?**
**Source file:** Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFA9A (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

vitoria Jones,                                                                    5/30/2017 21:25(UTC-4)

Yes

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFAB1 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---

Scott                                                                            5/30/2017 21:26(UTC-4)

Aww :) your so sweet. I want one too lol

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFAED (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---

vitoria Jones,                                                                    5/30/2017 21:26(UTC-4)

Okay

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFB05 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---

vitoria Jones,                                                                    5/30/2017 21:26(UTC-4)

Do you know me

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFB27 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---

Scott                                                                            5/30/2017 21:27(UTC-4)

I spoke to u on here once before but i don't really remember u. Can i see a picture of u?

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFB95 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---

vitoria Jones,                                                                    5/30/2017 21:28(UTC-4)

p://hi-sp1705_32491828_1496194120707-jpg

p_hi-
sp1705_32491828_149619
4120707-jpg

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFBD1 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_32491828_1496194120707-jpg : (Size: 48729 bytes)

---

Scott                                                                            5/30/2017 21:29(UTC-4)

Oh yea, i remember u now. Ok :)

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFC04 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---

vitoria Jones,                                                                    5/30/2017 21:29(UTC-4)

Im sorry what I said

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFC2C (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---

Scott                                                                            5/30/2017 21:30(UTC-4)

Its ok

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFC46 (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

---

vitoria Jones,                                                                    5/30/2017 21:30(UTC-4)

Sexy

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFC5E (Table: notes, users, Size: 69632 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



☆ Scott                                                                                      5/30/2017 21:30(UTC-4)

U are sexy too :) have u taken any sexy pictures for me baby girl

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFCB4 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

☆   vitoria Jones,                                    5/30/2017 21:31(UTC-4)

No

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFCCA (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

☆  Scott                                                                 5/30/2017 21:31(UTC-4) 

Aww :/ u should soon, i would really love to see u

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFD10 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

☆   vitoria Jones,                                    5/30/2017 21:32(UTC-4)

Okay show me a pic of your kids

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFD43 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

☆  Scott                                                                 5/30/2017 21:33(UTC-4) 

p://hi-sp1705_26786636_1496194383337-jpg



p:  hi-
sp1705_26786636_149619
4383337-jpg

Source file: GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFD7F (Table: notes, users, Size: 69632 bytes)
Samsung        T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496194383337-jpg.jpg :  (Size: 73366 bytes)

☆ Scott                                                                                      5/30/2017 21:33(UTC-4) 

p://hi-sp1705_26786636_1496194403549-jpg



p:  hi-
sp1705_26786636_149619
4403549-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFDBB (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496194403549-jpg.jpg :  (Size: 60751 bytes)

☆  vitoria Jones,                                                       5/30/2017 21:33(UTC-4)



Aww  can they be min

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFDE3 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

☆  vitoria Jones,                                                       5/30/2017 21:34(UTC-4)

E

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFDF8 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

☆  Scott                                                               5/30/2017 21:35(UTC-4) 

Maybe :) if u will be mine. U should send me another picture of u

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFE4E (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



3

 

vitoria Jones,                                                                            5/30/2017 21:35(UTC-4)

Yes I will be yours

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFE75 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

Scott                                                                                    5/30/2017 21:35(UTC-4)

Yayyyyy :)

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFE93 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 

vitoria Jones,                                                                           5/30/2017 21:36(UTC-4)

p://hi-sp1705_32491828_1496194565063-jpg



p_  hi-
sp1705_32491828_149619
4565063-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFECF (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_32491828_1496194565063-jpg : (Size: 38144 bytes)

 

Scott                                                                                    5/30/2017 21:36(UTC-4)

Can u send me a different picture baby girl. I remember u sent me this last time we talked

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFF3E (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



vitoria Jones,                                                                           5/30/2017 21:36(UTC-4)

My kids are cute

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFF62 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 

Scott                                                                                    5/30/2017 21:37(UTC-4)

Mmhmm :)

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFF7E (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 

vitoria Jones,                                                                           5/30/2017 21:37(UTC-4)

p://hi-sp1705_32491828_1496194639872-jpg



p_  hi-
sp1705_32491828_149619
4639872-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFFBA (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_32491828_1496194639872-jpg : (Size: 83465 bytes)



vitoria Jones,                                                                           5/30/2017 21:37(UTC-4)

They are

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFFD6 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 

Scott                                                                                    5/30/2017 21:38(UTC-4)

Soooo cute

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xFFF9 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

4





Scott
5/30/2017 21:40(UTC-4)

I want to see a sexy picture of your little one
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF707 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



vitoria Jones,
5/30/2017 21:40(UTC-4)

I know honey  our kids are cute
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF6C4 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



Scott
5/30/2017 21:40(UTC-4)

Mmhmm :) can i see u or your daughter naked baby?
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF691 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)





vitoria Jones,
5/30/2017 21:40(UTC-4)

p://hi-sp1705_32491828_1496194853451-jpg



p__hi-
sp1705_32491828_149619
4853451-jpg
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF64C (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_32491828_1496194853451-jpg :  (Size: 102523 bytes)



Scott
5/30/2017 21:41(UTC-4)

Soooo cute
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF610 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)





vitoria Jones,
5/30/2017 21:41(UTC-4)

Yours frist
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF5F2 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



Scott
5/30/2017 21:41(UTC-4)

Ok, hold on
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF5D3 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)





Scott
5/30/2017 21:42(UTC-4)

p://hi-sp1705_26786636_1496194963719-jpg



p__hi-
sp1705_26786636_149619
4963719-jpg
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF5B4 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496194963719-jpg.jpg :  (Size: 41767 bytes)





Scott
5/30/2017 21:42(UTC-4)

My youngest daughter
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF578 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)





 vitoria Jones,             5/30/2017 21:43(UTC-4)

Yes

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF550 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,             5/30/2017 21:43(UTC-4)

An there hole body

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF539 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

Scott             5/30/2017 21:43(UTC-4) 

p://hi-sp1705_26786636_1496195021723-jpg



p__hi-sp1705_26786636_149619 5021723-jpg
Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF513 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496195021723-jpg.jpg : (Size: 94047 bytes)

Scott             5/30/2017 21:43(UTC-4) 

My oldest daughter

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF4D7 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,             5/30/2017 21:44(UTC-4) 

Yes with no clothes

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF4B1 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,             5/30/2017 21:45(UTC-4)

So cute

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF48A (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 Scott             5/30/2017 21:45(UTC-4) 

I can't take a pic of her with no clothes yet. Show me a naked pic of your little one baby girl

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF46F (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 Scott             5/30/2017 21:45(UTC-4) 

p://hi-sp1705_26786636_1496195133020-jpg



p__hi-sp1705_26786636_149619 5133020-jpg
Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF3FB (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496195133020-jpg : (Size: 108191 bytes)

 vitoria Jones,             5/30/2017 21:46(UTC-4)

Now you and her

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF3BF (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



1 of 12.

Scott                                                          5/30/2017 21:46(UTC-4)

Show me your daughter now baby girl
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF39C (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



vitoria Jones,                                                5/30/2017 21:47(UTC-4)

My daughter asleep
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF365 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



vitoria Jones,                                                5/30/2017 21:47(UTC-4)

You m
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF33F (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



Scott                                                          5/30/2017 21:47(UTC-4)

Its ok, my youngest is to. Just go in and take a picture of her with her pants down baby girl
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF326 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



vitoria Jones,                                                5/30/2017 21:48(UTC-4)

I can't she is at her dad's I frogot
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF2B4 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



Scott                                                          5/30/2017 21:48(UTC-4)

Ok.... bye
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF27C (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)





vitoria Jones,                                                5/30/2017 21:49(UTC-4)

No wait im sorry
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF25E (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



Scott                                                          5/30/2017 21:50(UTC-4)

Stop lying to me. Thats what u did last time we talked to. Its ok, i know u are the little girl. Just send me a naked picture of u baby. I really want to see u
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF23A (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)





vitoria Jones,                                                5/30/2017 21:50(UTC-4)

p://hi-sp1705_32491828_1496195445210-jpg



p__hi-
sp1705_32491828_149619
5445210-jpg
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF185 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_32491828_1496195445210-jpg.jpg : (Size: 161001 bytes)



Scott                                                          5/30/2017 21:51(UTC-4)

Yesssss! Thank u baby girl ;) can u take another one so i can see u better. I can't really see that one
Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0xF149 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)







 vitoria Jones,                                                          5/30/2017 21:51(UTC-4)

p://hi-sp1705_32491828_1496195506703-jpg


p_ _hi-
sp1705_32491828_149619
5506703-jpg
**Source file:** Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10FF9 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_32491828_1496195506703-jpg : (Size: 175781 bytes)

 Scott                                                          5/30/2017 21:52(UTC-4)

Yesssss!!! Omg i love u baby girl. U are soooo sexyyyyy!
**Source file:** Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10FBD (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



 Scott                                                          5/30/2017 21:55(UTC-4)

V://hi-sp1705_26786636_1496195695966 37


V_ _hi-
sp1705_26786636_149619
5695966 37
**Source file:** Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10F13 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/rec/26786636_1496195695966_v : (Size: 5134371 bytes)

 Scott                                                          5/30/2017 21:55(UTC-4)

Me and my daughter
**Source file:** Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10F72 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                          5/30/2017 22:15(UTC-4)

Hey are you w.awake
**Source file:** Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10F4C (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



 Scott                                                          5/30/2017 22:19(UTC-4)

Yes baby girl, i am. I really really want to see a full naked pic of u
**Source file:** Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10ED8 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                          5/30/2017 22:19(UTC-4)

Aww I was hoping you were up
**Source file:** Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10E7D (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 vitoria Jones,                                                          5/30/2017 22:20(UTC-4)

I want to see , mi re of you first
**Source file:** Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10E4D (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

 Scott                                                          5/30/2017 22:22(UTC-4)

Ok ;)
**Source file:** Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10E17 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

☆ Scott                                                         5/30/2017 22:23(UTC-4)

p://hi-sp1705_26786636_1496197391043-jpg



p_hi-
sp1705_26786636_149619
7391043-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10DFE (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung_GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496197391043-jpg : (Size: 81291 bytes)

☆ Scott                                                         5/30/2017 22:23(UTC-4)

p://hi-sp1705_26786636_1496197425319-jpg



p_hi-
sp1705_26786636_149619
7425319-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10DC2 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung_GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496197425319-jpg : (Size: 433057 bytes)

☆ Scott                                                         5/30/2017 22:24(UTC-4)

p://hi-sp1705_26786636_1496197439852-jpg



p_hi-
sp1705_26786636_149619
7439852-jpg

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10D86 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung_GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496197439852-jpg : (Size: 60112 bytes)

☆  vitoria Jones,                           5/30/2017 22:24(UTC-4)

So di you live around me im from high poite

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10D4A (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

☆ Scott                                                         5/30/2017 22:25(UTC-4)

Im in Florida baby :( what state are u in?

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10D0B (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

☆ Scott                                                         5/30/2017 22:26(UTC-4)

V://hi-sp1705_26786636_1496197566836_14



V_hi-
sp1705_26786636_149619
7566836_14

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10CCD (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung_GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/rec/26786636_1496197566836_v : (Size: 1869541 bytes)

☆  vitoria Jones,                           5/30/2017 22:26(UTC-4)

South carolina we moved recently

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10C92 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



Scott                                                                    5/30/2017 22:26(UTC-4)

Aww :/ i could come see u :)

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10C5E (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



vitoria Jones,                                                          5/30/2017 22:27(UTC-4)

Aww really my dad wouldnt like that he dont know

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10C2E (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

vitoria Jones,                                                         5/30/2017 22:27(UTC-4)

We have to keepe it a secret

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10BEA (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



Scott                                                                5/30/2017 22:28(UTC-4)

Lol yea i know :/ he doesn't have to know. Its our little secret  :)

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10BBA (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



vitoria Jones,                                                         5/30/2017 22:28(UTC-4)

When could you come see me then

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10B61 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



Scott                                                                    5/30/2017 22:29(UTC-4)  

Maybe this weekend or next weekend. I want to see u and hug u and kiss u baby girl

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10B2E (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



Scott                                                                    5/30/2017 22:29(UTC-4)  

Can i please see a full naked picture of u baby

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10AC7 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



vitoria Jones,                                                         5/30/2017 22:30(UTC-4)

Not yet parents are awake

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10A84 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



vitoria Jones,                                                         5/30/2017 22:30(UTC-4)

Im playin like. I have to sleep

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10A57 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



vitoria Jones,                                                         5/30/2017 22:31(UTC-4)

how are we going find each other one your here are you goong to kid nap me :-)

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10A24 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)



Scott                                                                    5/30/2017 22:32(UTC-4)  

Aww lol ok. I bet u look so cute in bed right now baby girl. And no im not gonna kid nap u baby girl. But we can talon on here or u should get the app kik and we can talk on there

Source file: Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x109C1 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

vitoria Jones,                                                   5/30/2017 22:32(UTC-4)

I thought you was coming to seee mi

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x108F9 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

vitoria Jones,                                                   5/30/2017 22:32(UTC-4)

Me

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x108C2 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

vitoria Jones,                                                   5/30/2017 22:34(UTC-4)

We moved from north carolina I think I nm know daughter

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x108AC (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

Scott                                                           5/30/2017 22:34(UTC-4)

I am baby girl. And till then we can talk on here :)

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10861 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

vitoria Jones,                                                   5/30/2017 22:34(UTC-4)

Did you ever live in north carolina

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10819 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

vitoria Jones,                                                   5/30/2017 22:36(UTC-4)

I would love to see your face :-)

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x107E2 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

vitoria Jones,                                                   5/30/2017 22:36(UTC-4)

Send me a picture until the pare ts go too bed

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x107AD (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

vitoria Jones,                                                   5/30/2017 22:36(UTC-4)

Parents

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x1076B (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

Scott                                                           5/30/2017 22:36(UTC-4)

No i didn't  :( i wish i could have seen u if i did. And ok baby girl, i will

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10750 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

Scott                                                           5/30/2017 22:37(UTC-4)

p://hi-sp1705_26786636_1496198234199-jpg



p_ hi-
sp1705_26786636_149619
8234199-jpg

Source file: Samsung GSM-SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x106EE (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/shared/0/SayHi/pic/hi-sp1705_26786636_1496198234199-jpg : (Size: 84508 bytes)

☆ Scott                                                                                    5/30/2017 22:37(UTC-4)

I wish i could see u baby.

**Source file:** Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x106B2 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

☆ Scott                                                                                    5/30/2017 22:48(UTC-4)

U should get kik baby. We could text on that

**Source file:** Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/db/sayhi_pad.db : 0x10684 (Table: notes, users, Size: 69632 bytes)
Samsung GSM_SM-T110 Galaxy Tab 3 7.0.zip/apps/com.unearby.sayhi/sp/rxs.xml : 0x3B8 (Size: 1021 bytes)

Exhibit E

Letter's written by Trader to his Attorney (17 different letters)
in chronological order.

77 total pages

Letter dates and pages

1.  6/13/2018, 2 pages
2.  undated, 2 pages
3.  10/18/2018, 5 pages
4.  11/29/2018, 7 pages
5.  3/25/2019, 4 pages
6.  5/20/2019, 7 pages
7.  5/29/2019, 9 pages
8.  5/31/2019, 2 pages
9.  9/11/2019, 4 pages
10. 9/30/2020, 3 pages
11. 12/21/2020, 19 pages
12. 5/11/2021, 3 pages
13. 6/7/2021, 2 pages
14. 7/8/2021, 3 pages
15. 10/24/2021, 2 pages
16. 11/15/2021, 2 pages
17. 3/21/2022, 1 page

Page 1 of 2

6/13/18

Fletcher -

Congratulations to you and Lydia on the birth of your child. I'm Equally as happy for you both, as I was Suprised to learn about the news. Best of Luck, Health, and happyness.

The Reason for this letter is to inform you that I need to you, and I need to see you before you draft the brief for my appeal. I Know that is Difficult because of where I am housed, but my brief is Due July 10th, And I have several things I need to Discuss with you before that time. During my recent time at the Palm beach county Jail, Feb 21th - April 11th, I was able to take advantage of their law Library, And learned alot about the issues at the center of my appeal. There is a certin way I want this appeal to be presented, And A specific arguement I want made. Please Fletcher, before you draft my brief, and to avoid wasting time, I need to make sure you and I are on the Same page.

With that being said, In the begining of Feb, I had Sent a letter to you, and when I saw you last on Feb 27th, you Still had not Read it. There are things I want and need involving my case that I have asked for copys of, going back as far as Aug 2017. There are reasons I want them, Aside from having them for my records, And when I see you, we can go over those Reasons together. I have Enclosed another updated list of the Documents that I need or want to see. Please get these Documents to Me ASAP. I truly believe we could win this appeal, If presented and argued correctly.

For the time being, I'm Still in Miami FDC. Being here Still, after having been designated on Jan 10th, Leaves me to believe I'm being held for the State. Of course, I don't Know that, or when I'm going to be Moved, but I'm Sure it would be easier for you to see me here in Miami,

Fletcher,

    I want to thank you for sending me a copy of my Appellant brief before. It was [illegible] the courts [illegible] of you. I would also like to thank you for sending me the discovers that were important to my case, and my argument. I understand though, short notice, I've only been asking you for most of them since August of 2019. I'm glad that Expert that I asked you to get to look at [illegible] disclosure and explain exactly [illegible] we were looking at, turned out really well huh.

    I'm not going to sugar coat this Fletcher, I'm glad you [illegible] I haven't yet received the brief, but from what my sister read to me over the phone, it was weak. You basically rewrote the Suppression Memo to not be competent. There are a lot of facts about my case you left out. Numerous cites in Carpenter that could have been used to express various points about my case. Are you using the new multifactor analysis, pointed at at the end of Kennedys dissent, which is what the court uses to [illegible] whether a [illegible] category of information [illegible] the hands of a third party.

    You never made the argument about how similar my case is to U.S. v. D'Andrea, 648 F.3d 1 (1st cir. 2011), and how the court there could and apply exigent circumstances. Fletcher, without making this argument, the good faith exception will apply my case, even if the search was a 4th amendment violation. You have to show that the government went afoul of the statute. I told you all of this when we in Miami. You took notes. You told me you know what I want in the brief. You told my sister the same thing.

    Fletcher I have been working on this brief for about an hour now. I was going to mail it to you because I never [illegible] you would file this like allowing [illegible] to edit, without me reading it first.

*Page 2 of 2*

I took parts of the Appellant brief from U.S. v Carter, which you can find at 2015 WL 6693805, and parts from Carpenter's Supreme court brief, which was written by the Aclu. It can be found at 2017 WL 3575772, and mixed them with each other, added lots of cases from Carpenter, and D'Andrea, making facts about my case that you wrote, and got those 103 pages. I didn't get to finish it. It's all on my location information. We owe it to Sue now as attorney Pleader, I repeat myself, I admit.

  This is important. I need you to read this. There are a lot of parts in it I want used, and I want you to file an amended brief, or a Reply to the government. If you do, you'll be the Crim lawyer on my case.

  If you don't, I'm going to attempt to file it myself from here, with the help of a jailhouse attorney, and ask that you be removed from my case, so you filed something & did not issue it.

  Please, if there is a filing docket you want, if you could let me know it, if you do anything in asking or costs I need for, we can pay you extra money for your time, Pletcher. Just please, have some time, and help me.

            Thank you

            Scott Townes

Please also I want to file the requests. The concess and the issues. The requests and discoveries for this, concess, and pay it by the government, and any related material that we been asking you for, that would be useful to prove any of these conspiracies.

Page 1 of 5

Mailed 10/18/18

Fletcher,

I know you have gotten word that I am attempting to remove you as counsel, though it should come as no suprise. You have just barely done enough to satisfy the 6th Amendment through out my entire case. The lack of effective assistance at the District Court, IS now hurting me at the appellet level, and I can not afford to lose my appeal based upon your case load being to high to prepare an effective appellant brief.

My case is what it is, I can not get around that, but the argument I've prepared over the last 16 months is a combination of both legal and factual and needs to be laid out correctly. What you did for my brief, was take the Motion to Suppress, something I asked you specifically not to do because it was a very weak Document as it was, and added 4 pages on carpenters case and how it briefly effects me. You did not go into detail, you did not Just oppose my case to his, and whats worse is, you edited out the exigent circumstances argument that I need to defeat the good faith Rule, which is the only way I will get out of prison. While you did mention the government didn't argue good faith for this issue, they did raise it in my case. The 11th Cir, I feel, will apply the rule to this issue, anyway to dispose of the case.

We spoke about these issues through out this entire case, including when you came to see me in Miami on June 21st, the day before carpenter was decided. Yet Dispite what you wrote to the courts in the 3 motions for an extension to the filling deadline, You did not include me in any way, or form, in this brief. Had you sent me a copy, before filing like I asked, I would have, once again, sent you notes on what I want argued. Before Sending these motions to the court, I contemplated Sending you what I have once again, but then I relized you have never once responded back, or even read (that I know of or can tell) any of the letters or notes that I have sent you.

Its pretty Sad, that the attorney for ashley Maddox, the woman who was arrested in connection with ████ my case ████████████, and is in

California, has corresponded with me several times over the last 3 weeks, and has even set an appointment to come and see me. She is on the other side of the country Fletcher. I can't even get you to respond to me from 2 hours away, and did I mention, that She also works for the Federal Defenders office... Her attorney is smart enough to realize that if I win my appeal, there is no evidence against her client either.

Fletcher, I need help. You are supposed to be on my side, you are my counsel. Please help me. I honestly do not think you are going to read this letter either. However if you do, I'm including once again, a list of things I have asked you for repeatedly, most of it Since Aug of 2019, that are extremely important to my case and some things that need to be filled with the appendix. (by the way, can I ask why my whole case is centered around location data and yet you never included said data in the appendix?) My family also paid an expert, Something that was again asked over and over of you, by me, at the district level, and again for this appeal, to do. He has prepared a report, explaining exactly what is included in kik's disclosure of information. Had you contacted me, or contacted my mother back, after numerous calls to your office, you would have known that and been able to file that with the appendix as well. I thought after our conversation in Miami, we were on the same page, what happened?

I do not think the 11th Cir is going to remove you from my case or let me amend my brief. If they do not, I need you to file an amended brief on my behalf, before the government files their response. From what I understand, once the government files their response, I'm limited to what ever is included in the initial brief, which will result in the affirming of my conviction. I also need you to add to the appendix, so it includes the kik release, all 26 pages of it, their glossary of terms, the report made by this expert, the requests by HSI to both kik and Comcast and the chat on Say hi with the minor, Just to name a few. Also kik's guide to law enforcement.

Nothing against you Fletcher, I think you are a good man and I like you, but that is not going to help me get out of prison. The sheer amount of bad legal advice and assistance that I have

received from you is astonishing, and I'm not going to sugar-coat that. I am trying to back pedal, but I still need your help. Please mail to me, anything I am asking for, that you have. If you never recieved them from the government, please let me know, and please stop blowing me off.

Thank you.

Sincerely,
Scott Tucker

I also sent the 11th cir a total of 116 pages, which is basically everything I have. It should be on Pacer by the time you recieve this letter. If I can't help myself, I need you to help me. look at my 46 page Add on to your brief and please Amend the brief you filed to include that information. I know I have gone about this all wrong, but I have no other choice. I am fighting for my life and I haven't recieved any help. Please also Amend the Appendix to include the 5 things I sent to the court today, plus the very important Items I have been asking you for, at least 1-3 on the enclosed list.

list of things that were important to my case, and are important to my appeal, That I have never seen or recieved but have asked for, since Aug 2017.

1) The Emergency Situation Disclosure request sent to Kik, by HSI, Pursuant to 18 U.S.C. 2702 (c)(4), on May 31st 2017.

2) The glossary of terms, which includes an explanation of terms and Data included in Kik's response.

3) The emergency Situation Disclosure request sent to, and response back back from, Say hi, Pursuant to 18 U.S.C. 2702 (c)(4), sent on May 31st 2017, and recieved back on June 1st 2017.

4) The 18 U.S.C. 2703 order sent to comcast within 72 hours of the emergency Disclosure Request. HSI agreed to Send this to comcast by June 3rd 2017, under penalty of perjury on May 31st, 2017

5) Any 18 U.S.C. 2703 orders sent to Kik, or Say hi, After the emergency Situation Disclosure requests were made to them.

6) Any Screen Shot images of "Scott's" Say hi profile, "Scott's" Say hi profile Picture, and any other Photo's on "Scott's" Say hi profile, from May 30th -31st 2017

7) Any Screen Shot Images of "Scott's" Kik profile, or "Scott's" profile Picture, from May 30th - 31st 2017.

8) Any facial Recognition check done to Show that "Scott's" Say hi profile Picture, Matched "Scott's" Kik profile Picture, Matched the photo Sent in the conversation, and Matched My Drivers License photo, Done on May 31st 20

9) Any Screen Shot Images of "Vitoria Jones" Say hi profile, profile photo, and any other photo's on her profile, on May 30th - 31st 2017.

5 of 5

10) A copy of my drivers license, which was Ran on May 31st 2017.

11) A copy of the Florida DHSMV Records check, Done on May 31st 2017 which Shows my Mailing address.

12) A copy of the SLC property appraisers website Search, Done on May 31st 2017 Showing my Mothers home.

13) A copy of any information, Including any request to, and response back from, Yahoo.com, in an attempt to find at any information on the E-Mail STrader0227 @ Yahoo.com, the email associated with the Kik account.

14) The terms of Service for Say hi, Kik, and Comcast.

All of the above Mentioned Documents are important to my Appeal. I Most Importantly Need Number (1) Kik's Disclosure Request Made by HSI.

I would also like for my Records :

15) Any letter Sent to the Judge for Sentencing in my case

16) A copy of the Medical Report, Made by Dr. Gary Edwards in 2013 that was found on my laptop, and used against me at my Sentencing.

I have lost count on how Many times I have asked you for this information in Person. I know from my own copys, that this is the 7th version of this list I have provided you, from in Person Visits or through the Mail. Please, get these Documents to me. thank you.

Mailed on 11/29/18

Page 1 of 7

Fletcher

Thank you for responding to me. I am going to try to be as "Succinct" as possible. After recieving your letter, I agree with you. We do "disagree on what constitutes an effective and persuasive brief". The briefs I have read (particularly addressing the issue of location information from CSLI/IP addresses) have all defended the accused the same way, blending facts of the case, and case law, creating an argument explaining why and how the defendant is correct, and the government and district court are wrong. Further, It is my understanding that the primary focus of a brief is to address issues that may help a defendant get relief. This is where I feel we differ.

I understand that your experience as an attorney (something of which I have no experience) has generated an opinion "that more is not always better". However, my experience as a defendant being represented by you (something of which I have plenty of experience) has generated an opinion that your defense of less is more, equals no defense at all. And while you may have "represented [me] to the best of [your] ability", you most certainly have not defended me that same way. I have no need at this point

Page 2 of 7

to rehash the last 18 months, but any comments, statements, or actions I may have made or taken is a direct result of my counsel's performance.

In Sum, if you feel that I have "disparaged" your representation, Imagine how and why I feel that way based on what I have seen since 6/1/17 up to now. And as you have reminded me, let me now remind you. The Attorney/Client relationship is a two way street. Dispite what you have said, you have not kept me "actively involved in the review of the record, the choice of issues, and the drafting of the brief", as I had requested, and have attempted to address this with you several times.

Since you Say that "The carpenter issue in My case is not overly complicated" am I now to assume that you have found a case or cases similar to mine, have addressed these issues, and that the defendants have gotten relief? Am I now to assume that you were going to cite these cases in your reply brief and that is why you did not explain or go into detail about anything in the initial brief? Since I have not found these cases you may have, I was under the impression that in order to get relief, I would have to set precedent and extend carpenter to include Historical IP Addresses, And set precedent in showing bad faith under 18 U.S.C. 2702 (c)(4), both of which are hard to do and had

Page 3 of 7

not been done before, to My Knowledge.

As to why Exigent Circumstances has to be addressed, that is Simple. The government, by Statute, Still complyed with the S.C.A. by way of 18 USC 2702 (c)(4). The government will Say the agents relied on a valid Statute (Illinois v. Krull) or binding precedent (Davis v. U.S.), but the government will not discuss what the agents Said in relying on 2702 (c)(4), as they previously have Shown. See D.E. 14. And why would they? The fact that HSI flat at Lied in their requests is not Something you addressed in the Motion to Suppress, despite begging you to do So. The district court never had the opportunity to address that issue, only the obvious Statutory issue that the government _did address_ (DE 14:10) in which the district court agreed KiK believed an emergency existed based on what the agents Said. (DC 15:9) The fact I even have to address this with you makes me think that even after reading my brief, you Still do not understand the argument I need to Make. The fact that good faith is written into the Statute on KiK's part, is what the government will address. Why would they Say anything else?

And Fletcher, Just because the government waived good faith as an affirmative defense does not Mean they cant address it, they Just cant rely on it. And because of how the

Page 4 of 7

Statute is worded, I'm not to Sure ~~~~ about that either. But either way, the court decides My fate, not the government, and they can and will use good faith to dispose of my case unless I give them a reason Not to.

I am still working on issue II. I have found some cases on the issue but at the same time I'm running into problems. First, I do not have copys of the Discovery that are ~~~~ relevant to that issue, that I've been asking you for Since Aug of 2017. Without those documents, it is hard to make an argument. Second, though I do agree that the Affidavit is bare bones, there are Mis representations in the affadavit that were not raised pre-trial. Therefore I can not raise them on appeal. Because of these problems, I'm having a hard time Properly addressing issue II, and I'm having a hard time getting around good faith. But to answer your question, yes I do want to Pursue Issue II. No, I do not want your word for word, 100% copy and paste of Issue II from the Motion to Suppress ~~~~ Pursued on appeal. ~~~~ That argument lost the first time, why would it be any different now?

As for Issue III, which was by far the best part Of any document you have filed in my case. It was well written, On point, and a complete waste of 12 pages of my appeal. I do not understand why Issue III was ⅓ larger

Page 5 of 7

Then issue I, considering the greater chance of winning
that argument. My Sentence, although insane, is reasonable.
You are fully aware of this. See: U.S. v. Harding, 696 fed.
Appx. 955, 2017 U.S. App. Lexis 10417 at 958 - 959. Do you
Know what doing the Same thing over and over again, expecting a
different result is called?


Moving on, I want to thank you for giving me legal
advice on November 7th 2018, about a meeting that took
place on November 6th 2018. I am sorry I only gave you one
Month's notice that your client needed legal advice about something
which could have a damaging effect on his case. I am aware
MS. Hopkins represents MS. Maddox and does not represent me.
She herself has made that clear. However, we have the same common
interest. Although her main objective is a defense for Ashley, MS.
Hopkins is aware that her client had a reasonable expectation of
privacy in her text messages sent to me. Therefore, if the Search of my
home was unreasonable, because of the previous unreasonable Search of
K.K's Data, then the conversations that led to, and involved her client,
Should be suppressed. I have a life Sentence, and it does not
appear to me, that my attorney has been very helpful. And so, at
this point, I will take any help, in anyway that I can get it.
That Said, it would have been nice to Know that anything I Say,
Could be used against me.

Page 6 of 7

I want to make this clear, because the Next letter I write will be to the Florida bar. You are (for now) still my attorney, and you work for me. If you can, and want to, step-aside from this case. If not, please read and re-read my "Supplement" to the brief. Understand the argument I want made. The 1½ pages (pages 17-18) did not address "All of the Viable issues" in issue # one above. I understand you want an oral argument, I do to. But to win an oral argument, you have to first Know the argument, and to get one, they (the court) needs a reason to hear the case.

I am putting in writing exactly what I want done, dispite what you feel is best for me or what your experience has taught you about a brief. I am not making a request. I want what I wrote corrected, re-written in proper legalese and filed with the court. I am over the limit of words so unless you can get permission to go over the limit, which I would like for you to attempt to do, I am not worried about Supplementing Issue II. I will further address Issue III on 2255 if I have to get that far. I also expect you to submit to the court, Evidence that should have been submitted pretrial, such as the "attachments" I sent to the court with my brief, and the documents I need and have been asking you for. If any of this is a problem, please remove yourself from my case.

Page 7 of 7

As another reminder: I do not have E-Mail. I can not request an un-Monitored legal call. I can write and recieve Mail (letters). I can recieve visits. I am working on getting My E-Mail back, it is difficult. To get an un-Monitored legal call, you would have to call and Set one up by apointment. I will be expecting Some Sort of response from you.

I am Sorry about the tone of this letter. I hope going further, any correspondence or communications we have ~~████~~ ~~████~~ Will be pleasant and positive and I will have no need to vent any Frustration with the way the case is being handled.

I want to wish you, Lydia, and your family a Happy Holiday Season and I hope all is well for you all.

Sincerely,
Scott Fricke

Page
1 of 4

3/25/19

Fletcher,

Im sure you had to expect this letter would be coming.
I recieved your reply brief, and I noticed that you read my
pro se motion. I do have to say, you did an amazing job
editing my carpenter argument for issue I. I Knew,
that if you were to actually read it, you would understand
how good of an argument it is, and you would do what
ive been asking for, re-write and file it. I just wish
it would have been done in the initial. I should not have
had to put it before the court, for you to do it.

Regardless, the argument is great, and now it is
a great brief. Thank you Fletcher. The way you took what I
wrote and used it to respond to the governments claim that
my movements were not tracked was great! The way you
distinguished the pre-carpenter cases they cited, using
what I wrote was nothing short of perfect! However, I
still worry that you sandbagged the government by adding
all those facts in the reply, which were not in the initial.
Because of that, and the following, Im still going to ask the
court to grant my motion.

2 of 4

I truly believe I can win on the merits of issue I. And I do believe you have now shown that im right, and how and why im right. Unfortunately, A win on the merits by itself, will not get me out of prision. You did not address the lack of exigent circumstances, at all. Why? I sent you letter after letter. You sent me one response. In that response, you said you would address it in the reply brief, if the government brings it up. I did not agree, and sent you another letter explaining why I believe it had to be within the initial brief. But you never amended it.

OK, So the government addressed it exactly how I thought they would (gov. br. 24-29), the same way they did pre-trial (DC 14: 9-10), basically the only way they could. But then, you never addressed it in the reply. Not even once. Even though you specifically said you would. Even though the issue was raised pre-trial and therefore preserved. Even though I had sent that argument to the court, and was viewable on pacer two times (10/22/18 and 1/08/19). You never even approached the topic. Why? This is why I need my motion granted. I will not get relief unless that issue is addressed. Sections E and F of issue I in my motion are just as, if not more important,

then the Sections you re-wrote.

Issue II in the reply, although much better
then the initial because the reply actually raises a legitimate
argument, is not the whole argument. You left out numerous
facts and details about the issue. None the less, because
of the argument for Issue I, the argument for Issue II
makes perfect Sense. However, although I may win on the
merits, I'm going to be precluded from relief by good faith.
What upsets me most about Issue II, is you were fully aware
of everything that I put within that argument, Pre-trial.
Why wasn't any of it raised?

Additionally, there are other arguments, for other
issues I want to put before the court, for a plain Error review.
It seems like you may not be aware, but you do know I
never signed any post conviction waiver of rights, right?
Neither my plea agreement (DE 21), nor the plea colloquy (DE 52),
contain any provision waiving any rights to appeal or collaterally
attack. Without that provision, my plea agreement on its face, only
limits my appeal on my pretrial motion to the two issues raised
within. So arguments for issues like the search warrant being
particularly deficient, or my argument on the statutory issue

4 of 4

that I Should not be charged with 18 U.S.C. 2422(b), because the underlying Florida offense of possession of Child pornography, does not fall under the Federal definition of "Sexual activity", can be brought before the court. And furthermore, because of the wording of my plea agreement, If I "prevail on appeal", I can withdraw my plea of guilty. The agreement does not list what I have to prevail on, to do that.

In Sum, I think you did a good job on the reply. However, because of the aforementioned reasons, the reply did little to re-install confidence in your representation. I believe it would be in my best interest if you were removed from my case.

Sincerely,

Scott Tuchel

Page
1 of 7

5/20/19

Fletcher

As we Spoke about on 5/2/19, there have
been other cases, in other federal courts, that have
attempted to address the issue of privacy rights for IP
addresses. I have written them all out, and listed the key
distinguishments between those cases, and mine.

If you could take this information, re-write it
correctly and in proper legal ease, and as you Said you
would, file it with the courts as a Memorandum of law,
that would be great.

I'm also including, just so you can maybe get a better
understanding of what I have been trying to tell you the last
year, two district court Orders, for two Motions to Suppress,
that have been decided Since carpenter. In both cases,
the government used the exigent Circumstances exception in
the Stored Communications Act, 18 U.S.C. 2702 (C)(4), to justify
the gathering of Real time C.S.L.I. on a Suspect. Both of
these cases have used the Same legal analysis that I have
been Saying to you, the Same legal analysis that has been used
over the last 10 years. The government has to justify the

emergency, and they bear the burden. The Request used to get the information in my case, just as in these cases, is not a court order, as you kept saying for some unknown reason on the phone. Its just a request sent by law enforcement.

Again, I am begging you. If there is anything else that you can do to address how the government obtained this information, please do. As Ive said, this issue not being addressed by you, will keep me in prision. H.S.I. had no justifiable reason, at least not one in good faith, to suspect what they wrote in their requests to the providers. If needed, please re-read what I wrote to the courts about this, Sections E and F, pages 44-65 of the motion I filed on 1/18/19.

Sincerely,

Scott Frank

Since carpenter was decided, a number of federal courts have held that the good faith exception applys when considering the governments acquisition of C.S.L.I., including circuit courts in the 4th, 11th, 7th, 2nd United States v. Chavez, 894 f.3d 593, 608 (4th cir 2018), United States v. Joyner, 899 f.3d 1199, 1204-05 (11th cir. 2018), United States v. Curtis, 901 f.3d 846, 848-49 (7th cir. 2018) United States v. Zodhiates, 901 f.3d 137, 143-144 (2nd cir. 2018)

The Second Circuit's holding in Zodhiates, abrogated their holding in United States v. Ulbricht, 858 f.3d 71 (2nd cir. 2017). Ulbricht, the man behind the Dark web site Silk Road, was a case based solely on the tracking of IP addresses. In Zodhiates, the government requested IP address information, along with C.S.L.I., from the wireless provider. Mr. Trader argues that in applying the good faith exception to the information in this case, the Second Circuit held IP address information protected along with C.S.L.I.

In the Eastern District of New York, also out of the Second Circuit, IP address information was held protected in United States v. Loera, 333 f.sp. 172,

2018 U.S. Dist. Lexis 155344 (E.D.N.Y. Sept. 12, 2018).
In El Chapo's case, a motion to suppress was denied by the
district court. However, in doing so the court discussed how
the Supreme court in Carpenter "characterized the
governments 'acquisition' of collected, recorded data
as a search, rather than a seizure". 2018 U.S. Dist Lexis
155344 at 6, Carpenter, 138 S.ct at 2221.

The court further discussed how that decision
effects effects El Chapo's case. Authorities were asked
to "surveil certain IP addresses connected to [the]
defendants communications network", and that this
"conduct involves a possible invasion of [ ] privacy"
that the defendant had in the governments "acquisition"
of the collected, recorded data, "constituting a search
under the Fourth amendment, rather than a seizure". Id. at 6

The district court reached several conclusions, the
most relevant here is when the court concluded that
"several searches occurred in this case. First ...
Authorities conducted searches by their surveillance
of each IP address". Loera, 333 F. Supp. 3d 172,
180-81, 2018 U.S. Dist. Lexis 155344 at 6-7.

5 of 7

Although the court in _Loera_ concluded that these
Searches were reasonable for numerous reasons Such as
exigent Circumstances to avoid the loss of evidence,
or the capture of an escaped prisioner (who themselves
have no reasonable expectation of privacy), The Court did
in fact recognize a right to privacy in this Ip address
information. Noticeably absent from the courts holding, is
the third Party doctrine. It did not factor into the courts
decision, or even its discussion.

6 of 7

Additionally, Since carpenter was decided, a
number of Federal courts have applied the courts holding
in various ways, addressing numerous issues, but no issue
has been at the center of these cases more than IP address
information.

The most relevant decision, and the only Federal
Court of appeals to decide a case close to Mr. Trader's
is United States v. Contreras, 905 F. 3d 853 (5th Cir.
2018). In Contreras, the defendant used Kik to recieve,
distribute, and view child pornography. Although the Same
Kik application was used, and assumingly the Same Scope
of records from Kik were obtained by the government,
Contreras did not challenge the acquisition of the Kik
records. Contreras instead challenged the acquisition
of Subscriber records from frontier communications,
the internet service provider for his residence. More
specifically, Contreras did not claim his physical
movements were tracked, but instead claimed that he
had "a reasonable expectation of privacy in the
family address" associated with Frontier's records.

The District court held that he had no

7 of 7

has to be evaluated on a case by case basis. Too much
weight was given to case's that revealed Substantially less
data about a persons physical movements. Mr. Traders case
requires a different result.

Page
1 of 9

5/29/19

Fletcher,

Since last week when I mailed you information
for a memorandum of law on cases decided since Carpenter,
the BOP's law library updated and three more cases entered
the system. They are :

<u>United States v. Hood</u>, 2019 U.S. App. Lexis 9817
(1st cir. April 3, 2019)

<u>United States v. Morel</u>, 2019 U.S. App. Lexis 11457
(1st cir. April 19, 2019)

<u>United States v. Jenkins</u>, 2019 U.S. Dist. Lexis 63344
(N.D. Ga, Feb 5, 2019)     adopted by :

<u>United States v. Jenkins</u>, 2019 U.S. Dist. Lexis 62776
(N.D. GA, April 11, 2019)

All three present the question of privacy
rights as it relates to IP address information, and in
all three cases, the court rejected the argument of the
defendant. In <u>Hood</u> and <u>Jenkins</u>, the data at issue
were records obtained from Kik. These two cases worry
me the most, as one is an appellate court, and one is a
district court in this circuit.

In _Hood_, the government obtained the Same records that were obtained in my case, the very Same way (18 U.S.C. 2702 (c)(6)), and he made the Same argument. The First Cir. concluded that _Carpenter_ does not apply because of two reasons:

First, the court ruled (in part because _Hood_ did not dispute that he voluntarily disclosed the information to Kik) that "an internet user generates the IP address data that the government acquired from Kik in this case only by making the affirmative decision to access a website or application", unlike C.S.L.I. _Id._ Lexis 10 This is incorrect.

Yes, this data does generate from accessing a website or application, but that is not Solely how it is generated. If a Kik user has the application on his Smartphone, whenever he recieves a new message, the app will Send a push notification to the phone, which will notify the user that he has a message. Even if the application is not open, Even if the phone is in his pocket or in a different room, the user will be Notified of the message. There is no doubt that, for the phone to initially recieve

the message, the phone has to connect to the internet.
When the phone connects to the internet to recieve the
message, this data will be generated, without any
affirmative act on the part of the user, just as
with C.S.L.I.   See: Carpenter, 138 S.Ct. at 2211-12

Second, the first circuit concluded that the
"IP address data that the government acquired from Kik
does not itself convey any location information. The IP
address data is merely a string of numbers associated
with a device that had, at one time, accessed a wireless
network. By contrast, C.S.L.I. itself reveals -- without
any independent investigation -- the (at least approximate)
location of the cell phone user who generates that data
simply by possessing the phone." Id, Lexis 10-11
This is also incorrect.

As United States V. Davis, 785 F.3d 498
(11th cir. 2015) explained, the wireless carriers records
produced "five types of data: (1) telephone numbers
of calls made by and to Davis's cell phone; (2) whether
the call was outgoing or incoming; (3) the date, time, and
duration of the call; (4) the number assigned to the

cell tower that wirelessly connected the calls from
and to Davis; and (5) the sector number associated
with that tower. For ease of reference, the fourth and
fifth items are collectively called 'historical cell tower
location information.'" Davis, 785 F.3d at 502-03

The 'historical cell tower location information' for
"Davis's cell number [ ] Showed only (1) the number
of the cell tower used to route Davis's call, and (2)
the sector number associated with that tower. Thus, to
determine the location of any cell tower used" as explained
by the employee of the wireless carrier in Davis, Law
Enforcement would then have to take the next step of
viewing" the cell tower glossary created and kept by
MetroPCS. The MetroPCS glossary listed (1) each of its
cell tower numbers, (2) the physical address, including
latitude and longitude of that cell tower, and (3) how
many sectors are within each cell tower's range."
Davis, at 504

As Davis explains, C.S.L.I., just as with
IP address information, is "Metadata", which by
definition means: "Data that provides information about

other data" Merriam-Webster's collegiate Dictionary (eleventh edition, principal copyright 2003, 22nd printing thomson press, September 2018) ; "Data that describes and gives information about other data" (oxforddictionaries.com, 2015 oxford university press)

Thus, C.S.L.I. does not itself reveal the location of the phone. Like IP address data, C.S.L.I. "is merely a string of numbers associated with a device that had, at one time, accessed a wireless network." There is further investigating by law enforcement that has to be done before obtaining the location of a cell phone, except IP address data gives an exact location, where C.S.L.I. gives an approximate one. This case has been wrongly decided, and since they concluded there was no fourth amendment violation, the court did not reach how the information was gathered (the alleged exigent circumstances).

In _Morel_, the First Circuit relied upon _Hood_, which was decided 16 Days prior, to conclude that _Carpenter_ did not apply to the IP address information in that case. Although _Morel_ is distinguishable to my case because it involved IP address information provided to the NCMEC (only one IP address, only one time), the first circuit May have contradicted their own holding in _Hood_, by concluding in _Morel_ that "IP address information of the _Kind and amount collected here_ -- gathered from an internet company -- simply does not give rise to the concerns identified in _carpenter_." _Id._ at 2019 U.S. App. Lexis 16-17

By making this statement, the first circuit seems to acknowledge that there may be circumstances where IP address information May be protected by the fourth amendment under _carpenter_, if it is of the Kind (that reveals location) and amount (numerous historical IP address connections) that would chronicle a persons physical movements over an extended period of time. This would give rise to the concerns that were identified in _carpenter_.

In Jenkins, the district court for the N.D. of Georgia denied the defendants motion to suppress data obtained from Kik. In accepting the Magistrate Judges Recommendation, the district court concluded that "This case does not implicate the sort of location surveillance that concerned the Supreme court in Carpenter." Id. Lexis 12. In coming to this conclusion, the court said Jenkins "has not shown, for example, that this information tracks a person's movement with near 'GPS-level precision' like the C.S.L.I. in carpenter... that it tracks a persons movements from a public thoroughfare' into private residences, doctor's offices, political headquarters, and other potentially revealing locales... that it enables the government to obtain 'near perfect surveillance'". But I can, and have shown this in the reply brief. (Reply brief: 1-8)

The facts between this case and mine present the evidence of this. Kik was not the application used in my case to commit the initial offense. There was no one time where agents could look at the Kik Data and KNEW that I was using Kik at a certain time, and at a certain location, to commit a certain offense. In Jenkins they could, there was no need to track any other movements.

But just as was written in my reply brief, law enforcement had to track my movements, because nothing but my mother owning that home, ties me to that location. Law enforcement saw the amount of activity on Kik from that one IP address, as opposed to the others, and tracked my movements to know when I would be at that location connected to that IP address.

The district court then cited pre-_Carpenter_ cases to describe what an IP address is and does, but failed to make the key distinguishment between those records, and Kik's smartphone application records. _Id_. Lexis 11 My reply brief did. (Reply brief : 12-14)

Finally, the district court cited Post _carpenter_ cases that are easily distinguishable (see my last letter distinguishing the three cases cited) from my case because of the amount of data that was obtained by law enforcement. _Id_. Lexis 12-13. The district court missed the point of this distinguishment when it concluded that its "irrelevant". "_In Monroe_ [350 F. Supp. 3d 43 (D.R.I. 2018)] the defendant objected to the production of _his IP address_" from an on-line file sharing service. This information only

revealed the one IP address (sources residence) that was used to gain access one time (the exact time illicit files were posted on-line). The Kik records in my case revealed over 40 different IP addresses, almost 600 times, over 30 Days. If "IP address information merely shows the location at which a device accesses the internet during a specific session" Id. Lexis 11, then this amount of data does "reveal the kind of minutely detailed, historical portrait of 'the whole of a persons physical movement' that concerned the Supreme court in Carpenter." Id. Lexis 13 This case was wrongly decided.

Scott Fiddler

Page
1 of 2

5/31/19

Fletcher,

From the First circuit's Case <u>United States</u>
<u>V. Hood</u>, 2019 U.S. App. Lexis 9817, I've included
Hood's pre-trial Notion to Suppress, the governments
response, Hood's initial appellate brief, and the governments
appellee brief. I've made notes throughout each for any
information that I thought was useful, wrong, or
distinguishable.

Hoods initial brief was on the right track,
but just as the initial brief in my case, did not include
enough detail as to how kik's data is analogus
to C.S.L.I., and Hood did not juxtapose the
data within his case, to carpenter's. This was done
within my reply brief. Hood never replyed to the governments.
The governments brief in Hood was also Filled with
wrong, or distinguishable information which could be shown
to the court. Since Hood never replyed, the First circuit
found the government's brief persuasive, along with all
the wrong and distinguishable information.

Fletcher, because of the data at issue,

2 of 2

and the question presented, The Eleventh Circuit will cite this case. You have to show the court that Hood was wrongly decided. Please also take notice that Hood did argue that exigent circumstances was lacking for a request under 18 U.S.C. 2702 (c)(4), and that H.S.I. was not truthful within their request. H.S.I. in their request, said the same, identical thing in both Hood's, and my case. This, I believe, is more then a coincidence, its a pattern by H.S.I. to recieve information quickly while by-passing the proper S.C.A. procedures, as i've been saying, and echoed by Hood.

Please use all this information to put some kind of Memorandum of Law before the court.

Sincerely,
Scott Fields

Page
1 of 4

Sept. 11, 2019

Fletcher,

On May 02, 2019 we spoke by phone at
great length, for the first time in over one year.
During that call, I notified you about post-
Carpenter v. United States cases which have decided,
and have directly addressed the main issue of my
appeal, IP address information. I notified you
about the distinguishments between those cases and
their arguments, and my case and my argument.
You said to me that you believe the holdings and
decisions of those cases benefit me and my
argument. When asked, you also said to me that
it is not to late to file a supplement to the brief,
and to send you any notes I have written.

On May 20, 2019, and again on May 29,
2019, I mailed to you all notes I had on those cases,
which included those key distinguishments and why
those cases are wrongly decided. I also included
cases for you to read, along with the briefs filed by
some of those defendants. But after not recieving any
response from you, and nothing filed in my case,

2 of 4

I Sent those same notes to the Eleventh Circuit court of appeals in the form of a Memorandum of Law in Support of Defendants Appeal. Unfortunately the Clerk returned the Memorandum to me unfiled on July 10, 2019 because I am represented by you. There has since been nothing filed in My federal case.

In the time since I first sent you the notes, three cases have come to my attention but only one needs to be addressed for the purpose of this letter. In United States v. Kidd, 2019 U.S. Dist. Lexis 114627 (S.D.N.Y. July 3, 2019), The District court denied a Motion to Suppress evidence because the record was insufficient. Separately, while my record has this same Problem, the reason for this letter is for you to understand the district court noted all the distinguishments between the decisions and holdings of those post Carpenter cases, and the actual argument Kidd was trying to make. More Specifically, Kidd made the same argument we are trying to make, and the court correctly understood it. In doing so, the court recognized the same problem with post Carpenter IP address cases, that I did. "None of the post Carpenter cases .... conclusively

3 of 4

addresses each of [Carpenters 5 principle]
considerations in a factually analogous setting."
Id. at 2019 U.S. Dist. Lexis 17-18. This also happens
to be the same thing i've been asking you to inform the
Eleventh Circuit about   the last four months, to avoid
my case being wrongly decided.

Once again Fletcher, I am asking you to please
read Kidd, along with: United States v. Diggs, 2019
U.S. Dist. Lexis 80029 (N.D. Ill, May 13, 2019); and
United States v. Moore-Bush, 2019 U.S. Dist. Lexis
92631,   F. Supp. 3d   (D. Mass, June 3, 2019),
All included with this letter, And file something... Anything,
with the Eleventh Circuit court of appeals. Once again, I am
including my notes on those post-Carpenter cases for you
to read. Written within the 3 cases I sent to you, are notes
on them.

This is not a request, nor has it been. You are
my attorney, and as such, you work for me. I can not
file anything myself, I am bound by you. Regardless
of what you feel may be in my best interest, this is
what I want. Please file something with the court

addressing these post-_Carpenter_ cases First, before the court does. Your approach of "hoping for a good Panel of judges" is not working for me.

Thank You.

Sincerely,

Scott Frank