UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

September 27 , 2022

IN Re: United States v. Scott Trader
No. 2:17 - CR - 14047 - MIDDLEBROOKS

COVER LETTER

Clerk of Court,
    Please find the following documents
    enclosed for filing:

A. Appendix of Exhibits K - Z

B. Copy of Motion under 28 U.S.C. 2255 to Vacate, Set
Aside, or correct Sentence; and Copy of Memorandum of Law
in Support of Section 2255 Motion to Vacate Sentence

C. Certificate of Service

1 of 2

Your assistance in the immediate filing of these documents is greatly appreciated.

Please forward copies to all parties involved

Please return a "File - Stamped Copy" of the foregoing Petition and Memorandum

/S/ Scott Trader
Scott Trader

*** Please take Notice,
The expanded Record of this case is Large.
This is package 2 of 2

2 of 2

Exhibit K

Data Records from KIK (Emergency Disclosure Request Response)

26 pages



# Emergency Disclosure Request Response

We have received your Emergency Disclosure Request for the Kik username listed below. We have enclosed data detailing the most basic subscriber information, and the most recent 30 days of IP addresses if available associated with the Kik username you provided. The "Timestamp (full)" timestamps in the information below are in UTC; the "Timestamp (millis)" is in Unix time (GMT). Please note that the requested data may not be available for Kik users who have been inactive for the past 30 days prior to the date of this report. We hope this information will assist you with your investigation.

**PLEASE NOTE:** A glossary of terms will be provided, which includes an explanation of the terms and data included in this response.

---

Date:        May 31, 2017

First Name:  Scott

Last Name:   (Daddy)

Email:       strader0227@yahoo.com (unconfirmed)

Username:    Daddyhasafunnyface

---

2016/04/15 01:14:47 UTC PROFILE_PIC_URL          http://profilepics.kik.com/xIN6Cio-6X5viaDiUUDfrQuKD04/orig.jpg (34453 bytes) - original MD5: 68538C30696DD965544393DD8FAD1592, scaled MD5: 273246873AAE629CD5CF2F2BE620449A

2016/04/15 01:14:47 UTC PROFILE_PIC_URL          http://profilepics.kik.com/xIN6Cio-6X5viaDiUUDfrQuKD04/thumb.jpg (4706 bytes) - original MD5: 68538C30696DD965544393DD8FAD1592, scaled MD5: 012427ECC8EF8F852A3C0FAA4E63DBFD

2016/04/15 01:05:38 UTC REGISTRATION_TIMESTAMP   2016/04/14 20:05:38

2017/05/31 13:22:57 UTC CLIENT_VERSION           10.7.0.6811

2017/04/13 01:23:53 UTC REGISTRATION_CLIENT_INFO android-id=a4ea0c6baeacccd6

2017/04/13 01:23:53 UTC REGISTRATION_CLIENT_INFO android-sdk=23

2017/04/13 01:23:53 UTC REGISTRATION_CLIENT_INFO brand=samsung

2017/04/13 01:23:53 UTC REGISTRATION_CLIENT_INFO device-type=android

2017/04/13 01:23:53 UTC REGISTRATION_CLIENT_INFO lang=en_US

2017/04/13 01:23:53 UTC REGISTRATION_CLIENT_INFO model=SM-G920T

2017/04/13 01:23:53 UTC REGISTRATION_CLIENT_INFO operator=310260

2017/04/13 01:23:53 UTC REGISTRATION_CLIENT_INFO prefix=CAN

2017/04/13 01:23:53 UTC REGISTRATION_CLIENT_INFO version=10.7.0.6811

2016/09/27 06:09:24 UTC REGISTRATION_CLIENT_INFO install-date=1474956536893

2016/09/27 06:09:24 UTC REGISTRATION_CLIENT_INFO install-referrer=utm_source=google-play&amp;utm_medium=organic

2016/09/27 06:09:24 UTC REGISTRATION_CLIENT_INFO logins-since-install=0

2016/09/27 06:09:24 UTC REGISTRATION_CLIENT_INFO registrations-since-install=0

2017/05/31 13:22:57 UTC USER_LOCATION                US (tz: America/Los_Angeles, ip: 172.58.12.61)

| Date/time | Timestamp | Device | Extra data |
|---|---|---|---|
| 2017/05/01 20:59:31 UTC | 1493672371626 | CAN | "ip":"76.110.46.234", "remotePort":"51243", "chatNetwork":"WIFI" |
| 2017/05/01 21:03:43 UTC | 1493672623072 | CAN | "ip":"76.110.46.234", "remotePort":"45425", "chatNetwork":"WIFI" |
| 2017/05/01 21:33:53 UTC | 1493674433543 | CAN | "ip":"76.110.46.234", "remotePort":"40522", "chatNetwork":"WIFI" |
| 2017/05/01 22:15:54 UTC | 1493676954780 | CAN | "ip":"76.110.46.234", "remotePort":"40224", "chatNetwork":"WIFI" |
| 2017/05/02 00:53:07 UTC | 1493686387417 | CAN | "ip":"76.110.46.234", "remotePort":"59394", "chatNetwork":"WIFI" |
| 2017/05/02 01:18:02 UTC | 1493687882344 | CAN | "ip":"76.110.46.234", "remotePort":"47082", "chatNetwork":"WIFI" |
| 2017/05/02 01:19:25 UTC | 1493687965242 | CAN | "ip":"76.110.46.234", "remotePort":"52107", "chatNetwork":"WIFI" |
| 2017/05/02 01:31:00 UTC | 1493688660709 | CAN | "ip":"76.110.46.234", "remotePort":"39910", "chatNetwork":"WIFI" |
| 2017/05/02 01:39:42 UTC | 1493689182478 | CAN | "ip":"76.110.46.234", "remotePort":"53628", "chatNetwork":"WIFI" |
| 2017/05/02 02:03:04 UTC | 1493690584713 | CAN | "ip":"76.110.46.234", "remotePort":"38934", "chatNetwork":"WIFI" |



3
of
26

```
2017/05/02 02:18:56 UTC 1493691536098 CAN    "ip":"76.110.46.234", "remotePort":"52280", "chatNetwork":"WIFI"

2017/05/02 02:20:09 UTC 1493691609860 CAN    "ip":"76.110.46.234", "remotePort":"37858", "chatNetwork":"WIFI"

2017/05/02 02:42:53 UTC 1493692973144 CAN    "ip":"76.110.46.234", "remotePort":"37977", "chatNetwork":"WIFI"

2017/05/02 02:51:36 UTC 1493693496746 CAN    "ip":"76.110.46.234", "remotePort":"38957", "chatNetwork":"WIFI"

2017/05/02 03:15:12 UTC 1493694912634 CAN    "ip":"76.110.46.234", "remotePort":"55997", "chatNetwork":"WIFI"

2017/05/02 04:01:52 UTC 1493697712262 CAN    "ip":"76.110.46.234", "remotePort":"54772", "chatNetwork":"WIFI"

2017/05/02 04:22:10 UTC 1493698930208 CAN    "ip":"76.110.46.234", "remotePort":"51863", "chatNetwork":"WIFI"

2017/05/02 11:44:08 UTC 1493725448655 CAN    "ip":"172.58.11.112", "remotePort":"56995", "chatNetwork":"MOBILE-LTE"

2017/05/02 12:05:41 UTC 1493726741661 CAN    "ip":"172.58.11.112", "remotePort":"21106", "chatNetwork":"MOBILE-LTE"

2017/05/02 13:20:34 UTC 1493731234148 CAN    "ip":"172.58.11.112", "remotePort":"23140", "chatNetwork":"MOBILE-LTE"

2017/05/02 13:28:34 UTC 1493731714452 CAN    "ip":"172.58.11.112", "remotePort":"23217", "chatNetwork":"MOBILE-LTE"

2017/05/02 14:51:26 UTC 1493736686514 CAN    "ip":"172.58.11.112", "remotePort":"54886", "chatNetwork":"MOBILE-LTE"

2017/05/02 19:08:51 UTC 1493752131623 CAN    "ip":"172.58.11.112", "remotePort":"44795", "chatNetwork":"MOBILE-LTE"

2017/05/02 20:21:09 UTC 1493756469735 CAN    "ip":"172.58.11.112", "remotePort":"49490", "chatNetwork":"MOBILE-LTE"

2017/05/02 20:39:40 UTC 1493757580862 CAN    "ip":"76.110.46.234", "remotePort":"58173", "chatNetwork":"WIFI"

2017/05/02 22:08:38 UTC 1493762918886 CAN    "ip":"172.58.14.152", "remotePort":"58339", "chatNetwork":"MOBILE-LTE"

2017/05/02 22:08:44 UTC 1493762924797 CAN    "ip":"76.110.46.234", "remotePort":"59093", "chatNetwork":"WIFI"

2017/05/02 22:09:44 UTC 1493762984269 CAN    "ip":"172.58.14.152", "remotePort":"24105", "chatNetwork":"MOBILE-LTE"

2017/05/03 00:59:43 UTC 1493773183122 CAN    "ip":"172.58.14.152", "remotePort":"62040", "chatNetwork":"MOBILE-LTE"

2017/05/03 01:33:52 UTC 1493775232462 CAN    "ip":"76.110.46.234", "remotePort":"48578", "chatNetwork":"WIFI"

2017/05/03 02:15:08 UTC 1493777708240 CAN    "ip":"76.110.46.234", "remotePort":"34303", "chatNetwork":"WIFI"

2017/05/03 03:19:01 UTC 1493781541082 CAN    "ip":"76.110.46.234", "remotePort":"43757", "chatNetwork":"WIFI"

2017/05/03 04:21:47 UTC 1493785307999 CAN    "ip":"76.110.46.234", "remotePort":"55289", "chatNetwork":"WIFI"

2017/05/03 05:17:52 UTC 1493788672953 CAN    "ip":"76.110.46.234", "remotePort":"59671", "chatNetwork":"WIFI"

2017/05/03 05:28:36 UTC 1493789316931 CAN    "ip":"76.110.46.234", "remotePort":"57868", "chatNetwork":"WIFI"
```

4
of
26

```
2017/05/03 05:35:28 UTC 1493789728969 CAN      "ip":"76.110.46.234", "remotePort":"37256", "chatNetwork":"WIFI"

2017/05/03 12:05:01 UTC 1493813101338 CAN      "ip":"172.58.11.135", "remotePort":"62602", "chatNetwork":"MOBILE-LTE"

2017/05/03 12:58:53 UTC 1493816333556 CAN      "ip":"172.58.11.135", "remotePort":"35580", "chatNetwork":"MOBILE-HSPA+"

2017/05/03 13:13:42 UTC 1493817222195 CAN      "ip":"172.58.11.135", "remotePort":"57751", "chatNetwork":"MOBILE-LTE"

2017/05/03 21:34:41 UTC 1493847281501 CAN      "ip":"172.58.11.135", "remotePort":"60181", "chatNetwork":"MOBILE-LTE"

2017/05/03 21:53:26 UTC 1493848406461 CAN      "ip":"76.110.46.234", "remotePort":"59707", "chatNetwork":"WIFI"

2017/05/03 23:45:58 UTC 1493855158047 CAN      "ip":"76.110.46.234", "remotePort":"46075", "chatNetwork":"WIFI"

2017/05/04 00:49:20 UTC 1493858960037 CAN      "ip":"76.110.46.234", "remotePort":"39402", "chatNetwork":"WIFI"

2017/05/04 01:19:57 UTC 1493860797321 CAN      "ip":"76.110.46.234", "remotePort":"40910", "chatNetwork":"WIFI"

2017/05/04 01:48:23 UTC 1493862503432 CAN      "ip":"76.110.46.234", "remotePort":"40455", "chatNetwork":"WIFI"

2017/05/04 03:11:11 UTC 1493867471931 CAN      "ip":"76.110.46.234", "remotePort":"32917", "chatNetwork":"WIFI"

2017/05/04 03:22:27 UTC 1493868147498 CAN      "ip":"76.110.46.234", "remotePort":"44118", "chatNetwork":"WIFI"

2017/05/04 03:35:39 UTC 1493868939030 CAN      "ip":"76.110.46.234", "remotePort":"39986", "chatNetwork":"WIFI"

2017/05/04 04:16:32 UTC 1493871392717 CAN      "ip":"76.110.46.234", "remotePort":"51396", "chatNetwork":"WIFI"

2017/05/04 04:41:56 UTC 1493872916108 CAN      "ip":"76.110.46.234", "remotePort":"35353", "chatNetwork":"WIFI"

2017/05/04 11:25:50 UTC 1493897150651 CAN      "ip":"172.58.14.193", "remotePort":"43799", "chatNetwork":"MOBILE-LTE"

2017/05/04 11:36:03 UTC 1493897763087 CAN      "ip":"172.58.14.193", "remotePort":"28461", "chatNetwork":"MOBILE-LTE"

2017/05/04 11:41:11 UTC 1493898071866 CAN      "ip":"172.58.14.193", "remotePort":"43932", "chatNetwork":"MOBILE-LTE"

2017/05/04 14:30:47 UTC 1493908247920 CAN      "ip":"172.58.14.193", "remotePort":"37861", "chatNetwork":"MOBILE-LTE"

2017/05/04 18:57:42 UTC 1493924262166 CAN      "ip":"172.58.14.193", "remotePort":"24013", "chatNetwork":"MOBILE-LTE"

2017/05/04 20:09:02 UTC 1493928542008 CAN      "ip":"172.58.14.193", "remotePort":"20500", "chatNetwork":"MOBILE-LTE"

2017/05/04 23:10:42 UTC 1493939442429 CAN      "ip":"76.110.46.234", "remotePort":"55426", "chatNetwork":"WIFI"

2017/05/04 23:10:59 UTC 1493939459170 CAN      "ip":"76.110.46.234", "remotePort":"45119", "chatNetwork":"WIFI"

2017/05/04 23:35:20 UTC 1493940920747 CAN      "ip":"76.110.46.234", "remotePort":"47177", "chatNetwork":"WIFI"

2017/05/05 00:08:43 UTC 1493942923776 CAN      "ip":"76.110.46.234", "remotePort":"34503", "chatNetwork":"WIFI"
```

```
2017/05/05 00:26:00 UTC 1493943960098 CAN    "ip":"76.110.46.234", "remotePort":"52911", "chatNetwork":"WIFI"

2017/05/05 00:33:11 UTC 1493944391914 CAN    "ip":"76.110.46.234", "remotePort":"47436", "chatNetwork":"WIFI"

2017/05/05 00:52:32 UTC 1493945552545 CAN    "ip":"76.110.46.234", "remotePort":"33243", "chatNetwork":"WIFI"

2017/05/05 01:01:41 UTC 1493946101652 CAN    "ip":"76.110.46.234", "remotePort":"47143", "chatNetwork":"WIFI"

2017/05/05 01:21:55 UTC 1493947315842 CAN    "ip":"76.110.46.234", "remotePort":"52464", "chatNetwork":"WIFI"

2017/05/05 02:30:56 UTC 1493951456834 CAN    "ip":"76.110.46.234", "remotePort":"44933", "chatNetwork":"WIFI"

2017/05/05 02:48:02 UTC 1493952482867 CAN    "ip":"76.110.46.234", "remotePort":"60293", "chatNetwork":"WIFI"

2017/05/05 02:50:49 UTC 1493952649050 CAN    "ip":"76.110.46.234", "remotePort":"41306", "chatNetwork":"WIFI"

2017/05/05 03:11:18 UTC 1493953878149 CAN    "ip":"76.110.46.234", "remotePort":"34536", "chatNetwork":"WIFI"

2017/05/05 03:17:52 UTC 1493954272261 CAN    "ip":"76.110.46.234", "remotePort":"49688", "chatNetwork":"WIFI"

2017/05/05 03:27:03 UTC 1493954823619 CAN    "ip":"76.110.46.234", "remotePort":"37992", "chatNetwork":"WIFI"

2017/05/05 04:17:53 UTC 1493957873404 CAN    "ip":"76.110.46.234", "remotePort":"53422", "chatNetwork":"WIFI"

2017/05/05 11:40:14 UTC 1493984414464 CAN    "ip":"76.110.46.234", "remotePort":"50380", "chatNetwork":"WIFI"

2017/05/05 12:05:41 UTC 1493985941868 CAN    "ip":"172.58.11.167", "remotePort":"25679", "chatNetwork":"MOBILE-LTE"

2017/05/05 14:10:24 UTC 1493993424622 CAN    "ip":"172.58.11.167", "remotePort":"22133", "chatNetwork":"MOBILE-LTE"

2017/05/05 14:47:55 UTC 1493995675292 CAN    "ip":"172.58.11.167", "remotePort":"20219", "chatNetwork":"MOBILE-HSPA+"

2017/05/05 17:15:35 UTC 1494004535496 CAN    "ip":"76.110.46.234", "remotePort":"32810", "chatNetwork":"WIFI"

2017/05/05 19:55:51 UTC 1494014151947 CAN    "ip":"76.110.46.234", "remotePort":"59303", "chatNetwork":"WIFI"

2017/05/05 21:06:57 UTC 1494018417484 CAN    "ip":"76.110.46.234", "remotePort":"45759", "chatNetwork":"WIFI"

2017/05/05 21:13:59 UTC 1494018839014 CAN    "ip":"76.110.46.234", "remotePort":"44870", "chatNetwork":"WIFI"

2017/05/05 22:10:29 UTC 1494022229673 CAN    "ip":"76.110.46.234", "remotePort":"42256", "chatNetwork":"WIFI"

2017/05/05 22:27:40 UTC 1494023260676 CAN    "ip":"76.110.46.234", "remotePort":"36783", "chatNetwork":"WIFI"

2017/05/05 22:34:24 UTC 1494023664562 CAN    "ip":"76.110.46.234", "remotePort":"54878", "chatNetwork":"WIFI"

2017/05/06 00:13:57 UTC 1494029637519 CAN    "ip":"76.110.46.234", "remotePort":"38002", "chatNetwork":"WIFI"

2017/05/06 00:26:28 UTC 1494030388528 CAN    "ip":"76.110.46.234", "remotePort":"39351", "chatNetwork":"WIFI"
```



2017/05/06 01:13:50 UTC 1494033230189 CAN    "ip":"76.110.46.234", "remotePort":"56526", "chatNetwork":"WIFI"

2017/05/06 01:23:32 UTC 1494033812565 CAN    "ip":"76.110.46.234", "remotePort":"38698", "chatNetwork":"WIFI"

2017/05/06 01:36:13 UTC 1494034573335 CAN    "ip":"76.110.46.234", "remotePort":"48240", "chatNetwork":"WIFI"

2017/05/06 03:48:03 UTC 1494042483823 CAN    "ip":"76.110.46.234", "remotePort":"36058", "chatNetwork":"WIFI"

2017/05/06 03:48:52 UTC 1494042532276 CAN    "ip":"76.110.46.234", "remotePort":"44997", "chatNetwork":"WIFI"

2017/05/06 04:00:21 UTC 1494043221091 CAN    "ip":"76.110.46.234", "remotePort":"33968", "chatNetwork":"WIFI"

2017/05/06 04:20:26 UTC 1494044426950 CAN    "ip":"76.110.46.234", "remotePort":"56393", "chatNetwork":"WIFI"

2017/05/06 04:35:55 UTC 1494045355457 CAN    "ip":"76.110.46.234", "remotePort":"36118", "chatNetwork":"WIFI"

2017/05/06 13:28:58 UTC 1494077338906 CAN    "ip":"76.110.46.234", "remotePort":"34678", "chatNetwork":"WIFI"

2017/05/06 14:28:42 UTC 1494080922874 CAN    "ip":"76.110.46.234", "remotePort":"35913", "chatNetwork":"WIFI"

2017/05/06 17:08:50 UTC 1494090530849 CAN    "ip":"76.110.46.234", "remotePort":"56113", "chatNetwork":"WIFI"

2017/05/06 17:08:56 UTC 1494090536998 CAN    "ip":"76.110.46.234", "remotePort":"45425", "chatNetwork":"WIFI"

2017/05/06 17:11:25 UTC 1494090685994 CAN    "ip":"76.110.46.234", "remotePort":"37728", "chatNetwork":"WIFI"

2017/05/06 17:26:24 UTC 1494091584884 CAN    "ip":"76.110.46.234", "remotePort":"34666", "chatNetwork":"WIFI"

2017/05/06 17:45:03 UTC 1494092703925 CAN    "ip":"172.58.14.167", "remotePort":"34424", "chatNetwork":"MOBILE-LTE"

2017/05/06 19:43:11 UTC 1494099791286 CAN    "ip":"172.58.14.167", "remotePort":"52509", "chatNetwork":"MOBILE-LTE"

2017/05/06 20:57:06 UTC 1494104226898 CAN    "ip":"76.110.46.234", "remotePort":"34427", "chatNetwork":"WIFI"

2017/05/06 21:44:46 UTC 1494107086024 CAN    "ip":"76.110.46.234", "remotePort":"41069", "chatNetwork":"WIFI"

2017/05/06 21:45:11 UTC 1494107111057 CAN    "ip":"76.110.46.234", "remotePort":"52400", "chatNetwork":"WIFI"

2017/05/06 22:11:25 UTC 1494108685395 CAN    "ip":"76.110.46.234", "remotePort":"51637", "chatNetwork":"WIFI"

2017/05/06 22:28:38 UTC 1494109718781 CAN    "ip":"76.110.46.234", "remotePort":"59642", "chatNetwork":"WIFI"

2017/05/06 22:36:36 UTC 1494110196255 CAN    "ip":"76.110.46.234", "remotePort":"35094", "chatNetwork":"WIFI"

2017/05/06 22:45:40 UTC 1494110740552 CAN    "ip":"76.110.46.234", "remotePort":"42394", "chatNetwork":"WIFI"

2017/05/06 23:23:14 UTC 1494112994401 CAN    "ip":"76.110.46.234", "remotePort":"53291", "chatNetwork":"WIFI"

2017/05/06 23:53:49 UTC 1494114829884 CAN    "ip":"76.110.46.234", "remotePort":"57521", "chatNetwork":"WIFI"

```
2017/05/06 23:58:50 UTC 1494115130786 CAN   "ip":"76.110.46.234", "remotePort":"44804", "chatNetwork":"WIFI"
2017/05/07 00:16:52 UTC 1494116212617 CAN   "ip":"76.110.46.234", "remotePort":"35844", "chatNetwork":"WIFI"
2017/05/07 01:02:10 UTC 1494118930479 CAN   "ip":"76.110.46.234", "remotePort":"50856", "chatNetwork":"WIFI"
2017/05/07 01:59:02 UTC 1494122342993 CAN   "ip":"76.110.46.234", "remotePort":"48690", "chatNetwork":"WIFI"
2017/05/07 02:48:57 UTC 1494125337240 CAN   "ip":"76.110.46.234", "remotePort":"52565", "chatNetwork":"WIFI"
2017/05/07 03:09:14 UTC 1494126554073 CAN   "ip":"76.110.46.234", "remotePort":"58189", "chatNetwork":"WIFI"
2017/05/07 04:35:11 UTC 1494131711685 CAN   "ip":"76.110.46.234", "remotePort":"52306", "chatNetwork":"WIFI"
2017/05/07 04:41:23 UTC 1494132083583 CAN   "ip":"76.110.46.234", "remotePort":"60775", "chatNetwork":"WIFI"
2017/05/07 05:35:24 UTC 1494135324502 CAN   "ip":"76.110.46.234", "remotePort":"45984", "chatNetwork":"WIFI"
2017/05/07 05:53:30 UTC 1494136410979 CAN   "ip":"76.110.46.234", "remotePort":"60307", "chatNetwork":"WIFI"
2017/05/07 06:55:25 UTC 1494140125378 CAN   "ip":"76.110.46.234", "remotePort":"46392", "chatNetwork":"WIFI"
2017/05/07 07:05:56 UTC 1494140756453 CAN   "ip":"76.110.46.234", "remotePort":"33350", "chatNetwork":"WIFI"
2017/05/07 17:43:58 UTC 1494179038532 CAN   "ip":"76.110.46.234", "remotePort":"42384", "chatNetwork":"WIFI"
2017/05/07 18:20:13 UTC 1494181213112 CAN   "ip":"76.110.46.234", "remotePort":"37955", "chatNetwork":"WIFI"
2017/05/07 19:41:05 UTC 1494186065514 CAN   "ip":"76.110.46.234", "remotePort":"33049", "chatNetwork":"WIFI"
2017/05/07 19:48:35 UTC 1494186515775 CAN   "ip":"76.110.46.234", "remotePort":"34809", "chatNetwork":"WIFI"
2017/05/07 19:57:41 UTC 1494187061049 CAN   "ip":"76.110.46.234", "remotePort":"37122", "chatNetwork":"WIFI"
2017/05/07 20:24:52 UTC 1494188692825 CAN   "ip":"76.110.46.234", "remotePort":"43503", "chatNetwork":"WIFI"
2017/05/08 00:16:51 UTC 1494202611818 CAN   "ip":"76.110.46.234", "remotePort":"53815", "chatNetwork":"WIFI"
2017/05/08 00:36:54 UTC 1494203814991 CAN   "ip":"76.110.46.234", "remotePort":"45641", "chatNetwork":"WIFI"
2017/05/08 01:11:43 UTC 1494205903228 CAN   "ip":"76.110.46.234", "remotePort":"50269", "chatNetwork":"WIFI"
2017/05/08 01:50:28 UTC 1494208228239 CAN   "ip":"76.110.46.234", "remotePort":"60643", "chatNetwork":"WIFI"
2017/05/08 02:22:49 UTC 1494210169437 CAN   "ip":"76.110.46.234", "remotePort":"36814", "chatNetwork":"WIFI"
2017/05/08 02:39:00 UTC 1494211140807 CAN   "ip":"76.110.46.234", "remotePort":"42892", "chatNetwork":"WIFI"
2017/05/08 03:18:56 UTC 1494213536900 CAN   "ip":"76.110.46.234", "remotePort":"46444", "chatNetwork":"WIFI"
```

| | | | |
|---|---|---|---|
| 2017/05/08 04:52:30 UTC | 1494219150088 | CAN | "ip":"76.110.46.234", "remotePort":"39098", "chatNetwork":"WIFI" |
| 2017/05/08 05:23:15 UTC | 1494220995354 | CAN | "ip":"172.58.14.151", "remotePort":"24848", "chatNetwork":"MOBILE-LTE" |
| 2017/05/08 05:28:11 UTC | 1494221291231 | CAN | "ip":"76.110.46.234", "remotePort":"33050", "chatNetwork":"WIFI" |
| 2017/05/08 11:52:01 UTC | 1494244321580 | CAN | "ip":"172.58.15.62", "remotePort":"19633", "chatNetwork":"MOBILE-LTE" |
| 2017/05/08 14:19:33 UTC | 1494253173509 | CAN | "ip":"172.58.15.62", "remotePort":"50005", "chatNetwork":"MOBILE-LTE" |
| 2017/05/08 14:40:12 UTC | 1494254412740 | CAN | "ip":"172.58.15.62", "remotePort":"56636", "chatNetwork":"MOBILE-LTE" |
| 2017/05/08 15:49:55 UTC | 1494258595006 | CAN | "ip":"172.58.15.62", "remotePort":"49637", "chatNetwork":"MOBILE-LTE" |
| 2017/05/08 15:57:40 UTC | 1494259060884 | CAN | "ip":"76.110.46.234", "remotePort":"50483", "chatNetwork":"WIFI" |
| 2017/05/08 16:39:58 UTC | 1494261598688 | CAN | "ip":"172.58.15.62", "remotePort":"38410", "chatNetwork":"MOBILE-LTE" |
| 2017/05/08 19:05:47 UTC | 1494270347355 | CAN | "ip":"76.110.46.234", "remotePort":"51294", "chatNetwork":"WIFI" |
| 2017/05/08 19:13:56 UTC | 1494270836543 | CAN | "ip":"172.58.15.62", "remotePort":"26371", "chatNetwork":"MOBILE-LTE" |
| 2017/05/08 19:44:30 UTC | 1494272670006 | CAN | "ip":"172.58.15.62", "remotePort":"51985", "chatNetwork":"MOBILE-LTE" |
| 2017/05/08 22:00:24 UTC | 1494280824116 | CAN | "ip":"76.110.46.234", "remotePort":"54992", "chatNetwork":"WIFI" |
| 2017/05/08 23:06:49 UTC | 1494284809452 | CAN | "ip":"76.110.46.234", "remotePort":"54487", "chatNetwork":"WIFI" |
| 2017/05/09 00:00:43 UTC | 1494288043131 | CAN | "ip":"76.110.46.234", "remotePort":"58553", "chatNetwork":"WIFI" |
| 2017/05/09 00:52:01 UTC | 1494291121194 | CAN | "ip":"76.110.46.234", "remotePort":"55423", "chatNetwork":"WIFI" |
| 2017/05/09 01:02:54 UTC | 1494291774206 | CAN | "ip":"76.110.46.234", "remotePort":"57009", "chatNetwork":"WIFI" |
| 2017/05/09 01:14:03 UTC | 1494292443754 | CAN | "ip":"76.110.46.234", "remotePort":"56644", "chatNetwork":"WIFI" |
| 2017/05/09 01:14:15 UTC | 1494292455341 | CAN | "ip":"76.110.46.234", "remotePort":"34234", "chatNetwork":"WIFI" |
| 2017/05/09 02:10:39 UTC | 1494295839225 | CAN | "ip":"76.110.46.234", "remotePort":"39963", "chatNetwork":"WIFI" |
| 2017/05/09 02:13:11 UTC | 1494295991892 | CAN | "ip":"76.110.46.234", "remotePort":"46650", "chatNetwork":"WIFI" |
| 2017/05/09 02:23:31 UTC | 1494296611730 | CAN | "ip":"76.110.46.234", "remotePort":"40231", "chatNetwork":"WIFI" |
| 2017/05/09 03:38:07 UTC | 1494301087219 | CAN | "ip":"76.110.46.234", "remotePort":"51343", "chatNetwork":"WIFI" |
| 2017/05/09 03:40:47 UTC | 1494301247255 | CAN | "ip":"76.110.46.234", "remotePort":"47631", "chatNetwork":"WIFI" |
| 2017/05/09 04:32:08 UTC | 1494304328966 | CAN | "ip":"76.110.46.234", "remotePort":"38888", "chatNetwork":"WIFI" |

```
2017/05/09 04:32:27 UTC 1494304347845 CAN    "ip":"76.110.46.234", "remotePort":"35751", "chatNetwork":"WIFI"

2017/05/09 04:34:02 UTC 1494304442037 CAN    "ip":"76.110.46.234", "remotePort":"32770", "chatNetwork":"WIFI"

2017/05/09 06:04:10 UTC 1494309850970 CAN    "ip":"76.110.46.234", "remotePort":"40531", "chatNetwork":"WIFI"

2017/05/09 11:33:35 UTC 1494329615070 CAN    "ip":"172.58.15.43", "remotePort":"39568", "chatNetwork":"MOBILE-LTE"

2017/05/09 12:07:27 UTC 1494331647029 CAN    "ip":"172.58.15.43", "remotePort":"62148", "chatNetwork":"MOBILE-LTE"

2017/05/09 12:43:38 UTC 1494333818604 CAN    "ip":"172.58.15.43", "remotePort":"27259", "chatNetwork":"MOBILE-LTE"

2017/05/09 12:53:10 UTC 1494334390177 CAN    "ip":"172.58.15.43", "remotePort":"20519", "chatNetwork":"MOBILE-LTE"

2017/05/09 14:31:00 UTC 1494340260961 CAN    "ip":"172.58.15.43", "remotePort":"54146", "chatNetwork":"MOBILE-LTE"

2017/05/09 16:19:56 UTC 1494346796097 CAN    "ip":"172.58.15.43", "remotePort":"38905", "chatNetwork":"MOBILE-LTE"

2017/05/09 18:30:32 UTC 1494354632180 CAN    "ip":"172.58.15.43", "remotePort":"48127", "chatNetwork":"MOBILE-LTE"

2017/05/09 19:47:57 UTC 1494359277014 CAN    "ip":"172.58.15.43", "remotePort":"20834", "chatNetwork":"MOBILE-LTE"

2017/05/09 19:48:00 UTC 1494359280142 CAN    "ip":"172.58.15.43", "remotePort":"42099", "chatNetwork":"MOBILE-HSPA+"

2017/05/09 20:01:33 UTC 1494360093325 CAN    "ip":"172.58.15.43", "remotePort":"24768", "chatNetwork":"MOBILE-LTE"

2017/05/09 21:00:46 UTC 1494363646623 CAN    "ip":"172.58.15.43", "remotePort":"48467", "chatNetwork":"MOBILE-LTE"

2017/05/09 21:30:30 UTC 1494365430939 CAN    "ip":"172.58.15.43", "remotePort":"33931", "chatNetwork":"MOBILE-LTE"

2017/05/09 21:51:37 UTC 1494366697682 CAN    "ip":"76.110.46.234", "remotePort":"45522", "chatNetwork":"WIFI"

2017/05/09 21:51:41 UTC 1494366701903 CAN    "ip":"76.110.46.234", "remotePort":"59423", "chatNetwork":"WIFI"

2017/05/09 22:08:57 UTC 1494367737423 CAN    "ip":"76.110.46.234", "remotePort":"58272", "chatNetwork":"WIFI"

2017/05/09 22:55:49 UTC 1494370549187 CAN    "ip":"76.110.46.234", "remotePort":"41097", "chatNetwork":"WIFI"

2017/05/09 23:02:18 UTC 1494370938060 CAN    "ip":"76.110.46.234", "remotePort":"56179", "chatNetwork":"WIFI"

2017/05/10 01:57:16 UTC 1494381436079 CAN    "ip":"76.110.46.234", "remotePort":"35686", "chatNetwork":"WIFI"

2017/05/10 02:00:59 UTC 1494381659978 CAN    "ip":"76.110.46.234", "remotePort":"43858", "chatNetwork":"WIFI"

2017/05/10 02:28:52 UTC 1494383332060 CAN    "ip":"76.110.46.234", "remotePort":"56278", "chatNetwork":"WIFI"

2017/05/10 02:57:36 UTC 1494385056985 CAN    "ip":"76.110.46.234", "remotePort":"58572", "chatNetwork":"WIFI"

2017/05/10 03:05:54 UTC 1494385554195 CAN    "ip":"76.110.46.234", "remotePort":"41214", "chatNetwork":"WIFI"
```

| | | |
|---|---|---|
| 2017/05/10 03:53:06 UTC 1494388386711 CAN | "ip":"76.110.46.234", "remotePort":"54436", "chatNetwork":"WIFI" | |
| 2017/05/10 04:14:49 UTC 1494389689630 CAN | "ip":"76.110.46.234", "remotePort":"59313", "chatNetwork":"WIFI" | |
| 2017/05/10 11:08:24 UTC 1494414504702 CAN | "ip":"76.110.46.234", "remotePort":"35799", "chatNetwork":"WIFI" | |
| 2017/05/10 11:20:58 UTC 1494415258401 CAN | "ip":"172.58.12.179", "remotePort":"18996", "chatNetwork":"MOBILE-LTE" | |
| 2017/05/10 12:59:04 UTC 1494421144522 CAN | "ip":"172.58.12.179", "remotePort":"22126", "chatNetwork":"MOBILE-LTE" | |
| 2017/05/10 18:01:07 UTC 1494439267785 CAN | "ip":"172.58.12.179", "remotePort":"64779", "chatNetwork":"MOBILE-LTE" | |
| 2017/05/10 19:26:05 UTC 1494444365730 CAN | "ip":"172.58.12.179", "remotePort":"32770", "chatNetwork":"MOBILE-LTE" | |
| 2017/05/10 19:34:38 UTC 1494444878744 CAN | "ip":"172.58.12.179", "remotePort":"65502", "chatNetwork":"MOBILE-LTE" | |
| 2017/05/10 20:24:42 UTC 1494447882929 CAN | "ip":"172.58.12.179", "remotePort":"63555", "chatNetwork":"MOBILE-LTE" | |
| 2017/05/10 20:40:20 UTC 1494448820949 CAN | "ip":"76.110.46.234", "remotePort":"42168", "chatNetwork":"WIFI" | |
| 2017/05/10 22:10:17 UTC 1494454217975 CAN | "ip":"76.110.46.234", "remotePort":"50148", "chatNetwork":"WIFI" | |
| 2017/05/10 22:47:00 UTC 1494456420537 CAN | "ip":"76.110.46.234", "remotePort":"43751", "chatNetwork":"WIFI" | |
| 2017/05/10 23:00:33 UTC 1494457233577 CAN | "ip":"76.110.46.234", "remotePort":"35883", "chatNetwork":"WIFI" | |
| 2017/05/10 23:35:54 UTC 1494459354016 CAN | "ip":"76.110.46.234", "remotePort":"34032", "chatNetwork":"WIFI" | |
| 2017/05/10 23:57:36 UTC 1494460656405 CAN | "ip":"76.110.46.234", "remotePort":"57857", "chatNetwork":"WIFI" | |
| 2017/05/11 00:31:48 UTC 1494462708630 CAN | "ip":"76.110.46.234", "remotePort":"37809", "chatNetwork":"WIFI" | |
| 2017/05/11 00:37:08 UTC 1494463028252 CAN | "ip":"76.110.46.234", "remotePort":"54185", "chatNetwork":"WIFI" | |
| 2017/05/11 01:03:52 UTC 1494464632088 CAN | "ip":"76.110.46.234", "remotePort":"36069", "chatNetwork":"WIFI" | |
| 2017/05/11 01:57:12 UTC 1494467832724 CAN | "ip":"76.110.46.234", "remotePort":"59298", "chatNetwork":"WIFI" | |
| 2017/05/11 02:22:30 UTC 1494469350314 CAN | "ip":"76.110.46.234", "remotePort":"57733", "chatNetwork":"WIFI" | |
| 2017/05/11 03:03:31 UTC 1494471811567 CAN | "ip":"76.110.46.234", "remotePort":"37483", "chatNetwork":"WIFI" | |
| 2017/05/11 06:56:11 UTC 1494485771266 CAN | "ip":"76.110.46.234", "remotePort":"45880", "chatNetwork":"WIFI" | |
| 2017/05/11 12:03:28 UTC 1494504208055 CAN | "ip":"172.58.11.239", "remotePort":"52080", "chatNetwork":"MOBILE-LTE" | |
| 2017/05/11 12:04:57 UTC 1494504297633 CAN | "ip":"172.58.11.239", "remotePort":"63751", "chatNetwork":"MOBILE-LTE" | |
| 2017/05/11 22:16:47 UTC 1494541007567 CAN | "ip":"76.110.46.234", "remotePort":"40596", "chatNetwork":"WIFI" | |

```
2017/05/12 00:33:24 UTC 1494549204233 CAN    "ip":"76.110.46.234", "remotePort":"42107", "chatNetwork":"WIFI"

2017/05/12 00:34:00 UTC 1494549240067 CAN    "ip":"76.110.46.234", "remotePort":"39851", "chatNetwork":"WIFI"

2017/05/12 01:24:06 UTC 1494552246165 CAN    "ip":"76.110.46.234", "remotePort":"37150", "chatNetwork":"WIFI"

2017/05/12 01:41:27 UTC 1494553287417 CAN    "ip":"76.110.46.234", "remotePort":"50982", "chatNetwork":"WIFI"

2017/05/12 01:46:51 UTC 1494553611651 CAN    "ip":"76.110.46.234", "remotePort":"51453", "chatNetwork":"WIFI"

2017/05/12 01:59:05 UTC 1494554345062 CAN    "ip":"76.110.46.234", "remotePort":"47509", "chatNetwork":"WIFI"

2017/05/12 02:00:04 UTC 1494554404317 CAN    "ip":"76.110.46.234", "remotePort":"41127", "chatNetwork":"WIFI"

2017/05/12 02:00:47 UTC 1494554447637 CAN    "ip":"76.110.46.234", "remotePort":"45493", "chatNetwork":"WIFI"

2017/05/12 02:09:26 UTC 1494554966590 CAN    "ip":"76.110.46.234", "remotePort":"38540", "chatNetwork":"WIFI"

2017/05/12 02:16:21 UTC 1494555381233 CAN    "ip":"76.110.46.234", "remotePort":"47484", "chatNetwork":"WIFI"

2017/05/12 02:17:39 UTC 1494555459568 CAN    "ip":"76.110.46.234", "remotePort":"56444", "chatNetwork":"WIFI"

2017/05/12 04:28:49 UTC 1494563329057 CAN    "ip":"76.110.46.234", "remotePort":"44085", "chatNetwork":"WIFI"

2017/05/12 04:28:58 UTC 1494563338858 CAN    "ip":"76.110.46.234", "remotePort":"34746", "chatNetwork":"WIFI"

2017/05/12 11:44:42 UTC 1494589482122 CAN    "ip":"172.58.11.92", "remotePort":"25059", "chatNetwork":"MOBILE-LTE"

2017/05/12 12:38:49 UTC 1494592729128 CAN    "ip":"172.58.11.92", "remotePort":"62174", "chatNetwork":"MOBILE-LTE"

2017/05/12 12:51:52 UTC 1494593512716 CAN    "ip":"172.58.11.92", "remotePort":"40868", "chatNetwork":"MOBILE-LTE"

2017/05/12 15:28:50 UTC 1494602930083 CAN    "ip":"172.58.11.92", "remotePort":"52023", "chatNetwork":"MOBILE-LTE"

2017/05/12 16:49:56 UTC 1494607796373 CAN    "ip":"172.58.11.92", "remotePort":"47334", "chatNetwork":"MOBILE-LTE"

2017/05/12 20:02:08 UTC 1494619328733 CAN    "ip":"172.58.11.92", "remotePort":"55711", "chatNetwork":"MOBILE-LTE"

2017/05/12 20:20:59 UTC 1494620459419 CAN    "ip":"172.58.11.92", "remotePort":"28510", "chatNetwork":"MOBILE-LTE"

2017/05/12 20:21:29 UTC 1494620489177 CAN    "ip":"172.58.11.92", "remotePort":"18460", "chatNetwork":"MOBILE-LTE"

2017/05/12 21:42:00 UTC 1494625320735 CAN    "ip":"76.110.46.234", "remotePort":"57520", "chatNetwork":"WIFI"

2017/05/12 21:49:28 UTC 1494625768696 CAN    "ip":"76.110.46.234", "remotePort":"54767", "chatNetwork":"WIFI"

2017/05/12 22:50:05 UTC 1494629405767 CAN    "ip":"76.110.46.234", "remotePort":"44537", "chatNetwork":"WIFI"

2017/05/13 01:47:03 UTC 1494640023082 CAN    "ip":"76.110.46.234", "remotePort":"40848", "chatNetwork":"WIFI"
```

12
of
26

2017/05/13 02:09:17 UTC 1494641357611 CAN    "ip":"76.110.46.234", "remotePort":"37136", "chatNetwork":"WIFI"

2017/05/13 03:11:04 UTC 1494645064873 CAN    "ip":"76.110.46.234", "remotePort":"52870", "chatNetwork":"WIFI"

2017/05/13 03:11:58 UTC 1494645118933 CAN    "ip":"76.110.46.234", "remotePort":"40864", "chatNetwork":"WIFI"

2017/05/13 03:58:52 UTC 1494647932909 CAN    "ip":"76.110.46.234", "remotePort":"52952", "chatNetwork":"WIFI"

2017/05/13 11:06:57 UTC 1494673617444 CAN    "ip":"76.110.46.234", "remotePort":"50117", "chatNetwork":"WIFI"

2017/05/13 11:26:53 UTC 1494674813914 CAN    "ip":"172.58.12.129", "remotePort":"32999", "chatNetwork":"MOBILE-LTE"

2017/05/13 15:33:29 UTC 1494689609036 CAN    "ip":"172.58.12.129", "remotePort":"53761", "chatNetwork":"MOBILE-LTE"

2017/05/13 16:55:06 UTC 1494694506823 CAN    "ip":"172.58.12.129", "remotePort":"55799", "chatNetwork":"MOBILE-LTE"

2017/05/13 19:28:42 UTC 1494703722285 CAN    "ip":"76.110.46.234", "remotePort":"41855", "chatNetwork":"WIFI"

2017/05/13 21:00:49 UTC 1494709249498 CAN    "ip":"76.110.46.234", "remotePort":"50531", "chatNetwork":"WIFI"

2017/05/13 21:12:40 UTC 1494709960822 CAN    "ip":"172.58.11.63", "remotePort":"41164", "chatNetwork":"MOBILE-LTE"

2017/05/14 02:57:44 UTC 1494730664411 CAN    "ip":"76.110.46.234", "remotePort":"50614", "chatNetwork":"WIFI"

2017/05/14 03:16:27 UTC 1494731787979 CAN    "ip":"76.110.46.234", "remotePort":"55058", "chatNetwork":"WIFI"

2017/05/14 04:30:55 UTC 1494736255158 CAN    "ip":"76.110.46.234", "remotePort":"54491", "chatNetwork":"WIFI"

2017/05/14 06:46:46 UTC 1494744406653 CAN    "ip":"172.58.12.39", "remotePort":"22104", "chatNetwork":"MOBILE-LTE"

2017/05/14 06:53:33 UTC 1494744813414 CAN    "ip":"76.110.46.234", "remotePort":"60006", "chatNetwork":"WIFI"

2017/05/14 14:35:44 UTC 1494772544703 CAN    "ip":"76.110.46.234", "remotePort":"44621", "chatNetwork":"WIFI"

2017/05/14 15:23:26 UTC 1494775406483 CAN    "ip":"76.110.46.234", "remotePort":"56680", "chatNetwork":"WIFI"

2017/05/14 15:57:00 UTC 1494777420171 CAN    "ip":"76.110.46.234", "remotePort":"33137", "chatNetwork":"WIFI"

2017/05/14 16:29:26 UTC 1494779366848 CAN    "ip":"76.110.46.234", "remotePort":"37568", "chatNetwork":"WIFI"

2017/05/14 16:42:29 UTC 1494780149270 CAN    "ip":"76.110.46.234", "remotePort":"50606", "chatNetwork":"WIFI"

2017/05/14 16:49:01 UTC 1494780541005 CAN    "ip":"76.110.46.234", "remotePort":"55941", "chatNetwork":"WIFI"

2017/05/14 17:32:35 UTC 1494783155121 CAN    "ip":"76.110.46.234", "remotePort":"42300", "chatNetwork":"WIFI"

2017/05/14 18:03:59 UTC 1494785039218 CAN    "ip":"76.110.46.234", "remotePort":"38970", "chatNetwork":"WIFI"

2017/05/14 18:04:46 UTC 1494785086841 CAN    "ip":"76.110.46.234", "remotePort":"35709", "chatNetwork":"WIFI"

12 of 26

13
of
2C

```
2017/05/14 18:31:34 UTC 1494786694583 CAN    "ip":"76.110.46.234", "remotePort":"39484", "chatNetwork":"WIFI"

2017/05/14 18:53:12 UTC 1494787992869 CAN    "ip":"76.110.46.234", "remotePort":"35782", "chatNetwork":"WIFI"

2017/05/14 18:54:40 UTC 1494788080116 CAN    "ip":"76.110.46.234", "remotePort":"42559", "chatNetwork":"WIFI"

2017/05/14 19:12:18 UTC 1494789138101 CAN    "ip":"76.110.46.234", "remotePort":"51867", "chatNetwork":"WIFI"

2017/05/14 19:29:56 UTC 1494790196631 CAN    "ip":"76.110.46.234", "remotePort":"45758", "chatNetwork":"WIFI"

2017/05/14 19:34:00 UTC 1494790440077 CAN    "ip":"172.58.11.51", "remotePort":"29624", "chatNetwork":"MOBILE-LTE"

2017/05/14 19:34:34 UTC 1494790474821 CAN    "ip":"76.110.46.234", "remotePort":"44720", "chatNetwork":"WIFI"

2017/05/14 21:21:35 UTC 1494796895630 CAN    "ip":"172.58.11.146", "remotePort":"24264", "chatNetwork":"MOBILE-LTE"

2017/05/15 00:53:07 UTC 1494809587673 CAN    "ip":"76.110.46.234", "remotePort":"55658", "chatNetwork":"WIFI"

2017/05/15 01:31:42 UTC 1494811902648 CAN    "ip":"76.110.46.234", "remotePort":"58410", "chatNetwork":"WIFI"

2017/05/15 01:39:35 UTC 1494812375635 CAN    "ip":"76.110.46.234", "remotePort":"45381", "chatNetwork":"WIFI"

2017/05/15 01:45:25 UTC 1494812725056 CAN    "ip":"76.110.46.234", "remotePort":"59220", "chatNetwork":"WIFI"

2017/05/15 02:17:01 UTC 1494814621067 CAN    "ip":"76.110.46.234", "remotePort":"39029", "chatNetwork":"WIFI"

2017/05/15 02:32:34 UTC 1494815554397 CAN    "ip":"76.110.46.234", "remotePort":"51847", "chatNetwork":"WIFI"

2017/05/15 02:37:38 UTC 1494815858114 CAN    "ip":"76.110.46.234", "remotePort":"38047", "chatNetwork":"WIFI"

2017/05/15 02:58:08 UTC 1494817088438 CAN    "ip":"76.110.46.234", "remotePort":"54381", "chatNetwork":"WIFI"

2017/05/15 03:37:04 UTC 1494819424031 CAN    "ip":"76.110.46.234", "remotePort":"57749", "chatNetwork":"WIFI"

2017/05/15 04:00:48 UTC 1494820848494 CAN    "ip":"76.110.46.234", "remotePort":"37310", "chatNetwork":"WIFI"

2017/05/15 04:03:44 UTC 1494821024085 CAN    "ip":"76.110.46.234", "remotePort":"45111", "chatNetwork":"WIFI"

2017/05/15 04:10:12 UTC 1494821412296 CAN    "ip":"76.110.46.234", "remotePort":"56939", "chatNetwork":"WIFI"

2017/05/15 06:05:48 UTC 1494828348830 CAN    "ip":"76.110.46.234", "remotePort":"53901", "chatNetwork":"WIFI"

2017/05/15 11:34:30 UTC 1494848070406 CAN    "ip":"172.58.14.226", "remotePort":"56383", "chatNetwork":"MOBILE-LTE"

2017/05/15 11:40:21 UTC 1494848421069 CAN    "ip":"172.58.14.226", "remotePort":"32088", "chatNetwork":"MOBILE-LTE"

2017/05/15 13:39:54 UTC 1494855594425 CAN    "ip":"172.58.14.226", "remotePort":"30362", "chatNetwork":"MOBILE-LTE"

2017/05/15 14:24:33 UTC 1494858273958 CAN    "ip":"172.58.14.226", "remotePort":"19019", "chatNetwork":"MOBILE-LTE"
```

13
of
2C

2017/05/15 19:25:48 UTC 1494876348002 CAN    "ip":"172.58.14.226", "remotePort":"60856", "chatNetwork":"MOBILE-LTE"

2017/05/15 20:02:10 UTC 1494878530340 CAN    "ip":"172.58.14.226", "remotePort":"34441", "chatNetwork":"MOBILE-LTE"

2017/05/15 20:02:16 UTC 1494878536520 CAN    "ip":"172.58.14.226", "remotePort":"52459", "chatNetwork":"MOBILE-LTE"

2017/05/15 20:49:49 UTC 1494881389492 CAN    "ip":"172.58.14.226", "remotePort":"38652", "chatNetwork":"MOBILE-LTE"

2017/05/15 21:08:20 UTC 1494882500777 CAN    "ip":"76.110.46.234", "remotePort":"54046", "chatNetwork":"WIFI"

2017/05/15 21:27:05 UTC 1494883625089 CAN    "ip":"76.110.46.234", "remotePort":"56421", "chatNetwork":"WIFI"

2017/05/15 21:52:33 UTC 1494885153327 CAN    "ip":"76.110.46.234", "remotePort":"57975", "chatNetwork":"WIFI"

2017/05/15 22:01:46 UTC 1494885706647 CAN    "ip":"172.58.14.226", "remotePort":"50223", "chatNetwork":"MOBILE-LTE"

2017/05/15 23:12:56 UTC 1494889976628 CAN    "ip":"172.58.14.226", "remotePort":"31865", "chatNetwork":"MOBILE-LTE"

2017/05/15 23:24:57 UTC 1494890697260 CAN    "ip":"76.110.46.234", "remotePort":"46488", "chatNetwork":"WIFI"

2017/05/16 00:15:47 UTC 1494893747884 CAN    "ip":"76.110.46.234", "remotePort":"42853", "chatNetwork":"WIFI"

2017/05/16 00:43:11 UTC 1494895391063 CAN    "ip":"76.110.46.234", "remotePort":"51781", "chatNetwork":"WIFI"

2017/05/16 01:57:41 UTC 1494899861850 CAN    "ip":"76.110.46.234", "remotePort":"54501", "chatNetwork":"WIFI"

2017/05/16 01:59:29 UTC 1494899969897 CAN    "ip":"76.110.46.234", "remotePort":"35690", "chatNetwork":"WIFI"

2017/05/16 02:01:25 UTC 1494900085277 CAN    "ip":"76.110.46.234", "remotePort":"59624", "chatNetwork":"WIFI"

2017/05/16 02:02:25 UTC 1494900145401 CAN    "ip":"76.110.46.234", "remotePort":"40031", "chatNetwork":"WIFI"

2017/05/16 02:31:14 UTC 1494901874847 CAN    "ip":"76.110.46.234", "remotePort":"52150", "chatNetwork":"WIFI"

2017/05/16 03:18:30 UTC 1494904710308 CAN    "ip":"76.110.46.234", "remotePort":"43185", "chatNetwork":"WIFI"

2017/05/16 03:20:50 UTC 1494904850349 CAN    "ip":"76.110.46.234", "remotePort":"59315", "chatNetwork":"WIFI"

2017/05/16 04:21:33 UTC 1494908493079 CAN    "ip":"76.110.46.234", "remotePort":"44436", "chatNetwork":"WIFI"

2017/05/16 04:22:27 UTC 1494908547482 CAN    "ip":"76.110.46.234", "remotePort":"54483", "chatNetwork":"WIFI"

2017/05/16 04:39:19 UTC 1494909559243 CAN    "ip":"76.110.46.234", "remotePort":"41507", "chatNetwork":"WIFI"

2017/05/16 11:25:49 UTC 1494933949352 CAN    "ip":"172.58.14.247", "remotePort":"46504", "chatNetwork":"MOBILE-LTE"

2017/05/16 11:25:57 UTC 1494933957435 CAN    "ip":"172.58.14.247", "remotePort":"35207", "chatNetwork":"MOBILE-LTE"

2017/05/16 13:06:42 UTC 1494940002134 CAN    "ip":"172.58.14.247", "remotePort":"40093", "chatNetwork":"MOBILE-LTE"

```
2017/05/16 16:03:58 UTC 1494950638137 CAN   "ip":"172.58.14.247", "remotePort":"64037", "chatNetwork":"MOBILE-LTE"
2017/05/16 16:21:31 UTC 1494951691444 CAN   "ip":"172.58.14.247", "remotePort":"55618", "chatNetwork":"MOBILE-LTE"
2017/05/16 16:29:04 UTC 1494952144832 CAN   "ip":"172.58.14.247", "remotePort":"32552", "chatNetwork":"MOBILE-LTE"
2017/05/16 16:37:18 UTC 1494952638552 CAN   "ip":"172.58.14.247", "remotePort":"35492", "chatNetwork":"MOBILE-LTE"
2017/05/16 17:55:27 UTC 1494957327923 CAN   "ip":"172.58.14.247", "remotePort":"37842", "chatNetwork":"MOBILE-LTE"
2017/05/16 18:06:07 UTC 1494957967778 CAN   "ip":"172.58.14.247", "remotePort":"48414", "chatNetwork":"MOBILE-LTE"
2017/05/16 21:26:14 UTC 1494969974249 CAN   "ip":"76.110.46.234", "remotePort":"36658", "chatNetwork":"WIFI"
2017/05/16 22:18:21 UTC 1494973101134 CAN   "ip":"76.110.46.234", "remotePort":"41067", "chatNetwork":"WIFI"
2017/05/16 23:30:12 UTC 1494977412935 CAN   "ip":"172.58.12.35", "remotePort":"35389", "chatNetwork":"MOBILE-LTE"
2017/05/17 00:01:18 UTC 1494979278801 CAN   "ip":"76.110.46.234", "remotePort":"50612", "chatNetwork":"WIFI"
2017/05/17 00:33:40 UTC 1494981220488 CAN   "ip":"76.110.46.234", "remotePort":"56199", "chatNetwork":"WIFI"
2017/05/17 00:45:37 UTC 1494981937153 CAN   "ip":"76.110.46.234", "remotePort":"33711", "chatNetwork":"WIFI"
2017/05/17 01:15:54 UTC 1494983754892 CAN   "ip":"76.110.46.234", "remotePort":"49738", "chatNetwork":"WIFI"
2017/05/17 01:40:22 UTC 1494985222734 CAN   "ip":"76.110.46.234", "remotePort":"35370", "chatNetwork":"WIFI"
2017/05/17 02:53:49 UTC 1494989629218 CAN   "ip":"76.110.46.234", "remotePort":"58064", "chatNetwork":"WIFI"
2017/05/17 03:17:08 UTC 1494991028976 CAN   "ip":"76.110.46.234", "remotePort":"55647", "chatNetwork":"WIFI"
2017/05/17 04:01:52 UTC 1494993712876 CAN   "ip":"76.110.46.234", "remotePort":"42888", "chatNetwork":"WIFI"
2017/05/17 04:06:00 UTC 1494993960079 CAN   "ip":"76.110.46.234", "remotePort":"41706", "chatNetwork":"WIFI"
2017/05/17 04:17:36 UTC 1494994656533 CAN   "ip":"76.110.46.234", "remotePort":"50581", "chatNetwork":"WIFI"
2017/05/17 04:19:30 UTC 1494994770087 CAN   "ip":"172.58.11.38", "remotePort":"64975", "chatNetwork":"MOBILE-LTE"
2017/05/17 04:19:40 UTC 1494994780474 CAN   "ip":"76.110.46.234", "remotePort":"36001", "chatNetwork":"WIFI"
2017/05/17 04:45:20 UTC 1494996320219 CAN   "ip":"76.110.46.234", "remotePort":"38161", "chatNetwork":"WIFI"
2017/05/17 12:28:59 UTC 1495024139267 CAN   "ip":"76.110.46.234", "remotePort":"33890", "chatNetwork":"WIFI"
2017/05/17 12:49:24 UTC 1495025364215 CAN   "ip":"172.58.11.91", "remotePort":"28545", "chatNetwork":"MOBILE-LTE"
2017/05/17 15:18:25 UTC 1495034305875 CAN   "ip":"172.58.11.91", "remotePort":"36631", "chatNetwork":"MOBILE-LTE"
```

2017/05/17 15:29:39 UTC 1495034979258 CAN    "ip":"76.110.46.234", "remotePort":"53478", "chatNetwork":"MOBILE-LTE"

2017/05/17 15:35:47 UTC 1495035347118 CAN    "ip":"76.110.46.234", "remotePort":"52945", "chatNetwork":"WIFI"

2017/05/17 16:36:25 UTC 1495038985882 CAN    "ip":"76.110.46.234", "remotePort":"55456", "chatNetwork":"WIFI"

2017/05/17 17:09:42 UTC 1495040982601 CAN    "ip":"172.58.12.134", "remotePort":"61277", "chatNetwork":"MOBILE-LTE"

2017/05/17 17:43:14 UTC 1495042994499 CAN    "ip":"76.110.46.234", "remotePort":"57130", "chatNetwork":"WIFI"

2017/05/17 18:00:24 UTC 1495044024856 CAN    "ip":"76.110.46.234", "remotePort":"47630", "chatNetwork":"WIFI"

2017/05/17 18:11:21 UTC 1495044681035 CAN    "ip":"76.110.46.234", "remotePort":"46134", "chatNetwork":"WIFI"

2017/05/17 20:01:13 UTC 1495051273507 CAN    "ip":"76.110.46.234", "remotePort":"60567", "chatNetwork":"WIFI"

2017/05/17 21:05:52 UTC 1495055152864 CAN    "ip":"76.110.46.234", "remotePort":"33782", "chatNetwork":"WIFI"

2017/05/17 21:27:28 UTC 1495056448755 CAN    "ip":"76.110.46.234", "remotePort":"54021", "chatNetwork":"WIFI"

2017/05/17 22:20:20 UTC 1495059620539 CAN    "ip":"76.110.46.234", "remotePort":"47620", "chatNetwork":"WIFI"

2017/05/18 01:11:43 UTC 1495069903788 CAN    "ip":"76.110.46.234", "remotePort":"44475", "chatNetwork":"WIFI"

2017/05/18 01:44:13 UTC 1495071853180 CAN    "ip":"76.110.46.234", "remotePort":"54877", "chatNetwork":"WIFI"

2017/05/18 01:53:31 UTC 1495072411041 CAN    "ip":"76.110.46.234", "remotePort":"48253", "chatNetwork":"WIFI"

2017/05/18 03:01:11 UTC 1495076471604 CAN    "ip":"76.110.46.234", "remotePort":"51587", "chatNetwork":"WIFI"

2017/05/18 11:32:55 UTC 1495107175940 CAN    "ip":"172.58.15.82", "remotePort":"40013", "chatNetwork":"MOBILE-LTE"

2017/05/18 12:58:16 UTC 1495112296918 CAN    "ip":"172.58.15.82", "remotePort":"20893", "chatNetwork":"MOBILE-LTE"

2017/05/18 13:29:53 UTC 1495114193686 CAN    "ip":"172.58.15.82", "remotePort":"25858", "chatNetwork":"MOBILE-LTE"

2017/05/18 16:04:17 UTC 1495123457498 CAN    "ip":"172.58.15.82", "remotePort":"49447", "chatNetwork":"MOBILE-LTE"

2017/05/18 16:44:17 UTC 1495125857515 CAN    "ip":"172.58.15.82", "remotePort":"34747", "chatNetwork":"MOBILE-LTE"

2017/05/18 19:06:11 UTC 1495134371307 CAN    "ip":"172.58.15.82", "remotePort":"35749", "chatNetwork":"MOBILE-LTE"

2017/05/18 19:25:30 UTC 1495135530522 CAN    "ip":"172.58.15.82", "remotePort":"20794", "chatNetwork":"MOBILE-LTE"

2017/05/18 22:16:16 UTC 1495145776060 CAN    "ip":"76.110.46.234", "remotePort":"53803", "chatNetwork":"WIFI"

2017/05/18 22:16:18 UTC 1495145778815 CAN    "ip":"76.110.46.234", "remotePort":"48899", "chatNetwork":"WIFI"

2017/05/18 22:41:00 UTC 1495147260362 CAN    "ip":"76.110.46.234", "remotePort":"57116", "chatNetwork":"WIFI"

17
of
26

```
2017/05/18 23:30:39 UTC 1495150239712 CAN    "ip":"76.110.46.234", "remotePort":"58828", "chatNetwork":"WIFI"

2017/05/19 00:24:31 UTC 1495153471828 CAN    "ip":"76.110.46.234", "remotePort":"49336", "chatNetwork":"WIFI"

2017/05/19 03:36:33 UTC 1495164993173 CAN    "ip":"76.110.46.234", "remotePort":"43142", "chatNetwork":"WIFI"

2017/05/19 03:36:42 UTC 1495165002899 CAN    "ip":"76.110.46.234", "remotePort":"51494", "chatNetwork":"WIFI"

2017/05/19 03:45:36 UTC 1495165536895 CAN    "ip":"76.110.46.234", "remotePort":"42299", "chatNetwork":"WIFI"

2017/05/19 04:31:28 UTC 1495168288455 CAN    "ip":"76.110.46.234", "remotePort":"37166", "chatNetwork":"WIFI"

2017/05/19 11:52:53 UTC 1495194773975 CAN    "ip":"172.58.11.110", "remotePort":"65024", "chatNetwork":"MOBILE-LTE"

2017/05/19 11:56:52 UTC 1495195012967 CAN    "ip":"172.58.11.110", "remotePort":"42906", "chatNetwork":"MOBILE-LTE"

2017/05/19 12:35:06 UTC 1495197306088 CAN    "ip":"172.58.11.110", "remotePort":"60212", "chatNetwork":"MOBILE-LTE"

2017/05/19 13:43:10 UTC 1495201390027 CAN    "ip":"172.58.11.110", "remotePort":"47398", "chatNetwork":"MOBILE-LTE"

2017/05/15 15:22:42 UTC 1495207362360 CAN    "ip":"172.58.11.110", "remotePort":"57633", "chatNetwork":"MOBILE-LTE"

2017/05/19 18:04:14 UTC 1495217054584 CAN    "ip":"172.58.11.110", "remotePort":"49297", "chatNetwork":"MOBILE-LTE"

2017/05/19 20:39:20 UTC 1495226360180 CAN    "ip":"172.58.11.110", "remotePort":"38906", "chatNetwork":"MOBILE-LTE"

2017/05/19 21:22:46 UTC 1495228966629 CAN    "ip":"76.110.46.234", "remotePort":"53908", "chatNetwork":"WIFI"

2017/05/19 22:20:34 UTC 1495232434894 CAN    "ip":"76.110.46.234", "remotePort":"42148", "chatNetwork":"WIFI"

2017/05/19 22:53:08 UTC 1495234388816 CAN    "ip":"76.110.46.234", "remotePort":"49698", "chatNetwork":"WIFI"

2017/05/19 23:15:30 UTC 1495235730353 CAN    "ip":"76.110.46.234", "remotePort":"43090", "chatNetwork":"WIFI"

2017/05/20 00:38:17 UTC 1495240697584 CAN    "ip":"76.110.46.234", "remotePort":"43403", "chatNetwork":"WIFI"

2017/05/20 01:00:31 UTC 1495242031604 CAN    "ip":"76.110.46.234", "remotePort":"34551", "chatNetwork":"WIFI"

2017/05/20 01:31:52 UTC 1495243912938 CAN    "ip":"76.110.46.234", "remotePort":"47387", "chatNetwork":"WIFI"

2017/05/20 01:37:30 UTC 1495244250586 CAN    "ip":"76.110.46.234", "remotePort":"42364", "chatNetwork":"WIFI"

2017/05/20 02:27:05 UTC 1495247225519 CAN    "ip":"76.110.46.234", "remotePort":"48894", "chatNetwork":"WIFI"

2017/05/20 02:29:44 UTC 1495247384400 CAN    "ip":"76.110.46.234", "remotePort":"40203", "chatNetwork":"WIFI"

2017/05/20 02:34:50 UTC 1495247690708 CAN    "ip":"76.110.46.234", "remotePort":"39406", "chatNetwork":"WIFI"

2017/05/20 02:36:09 UTC 1495247769048 CAN    "ip":"76.110.46.234", "remotePort":"58707", "chatNetwork":"WIFI"
```

```
2017/05/20 02:37:57 UTC 1495247877048 CAN    "ip":"76.110.46.234", "remotePort":"40903", "chatNetwork":"WIFI"

2017/05/20 02:47:34 UTC 1495248454717 CAN    "ip":"76.110.46.234", "remotePort":"47075", "chatNetwork":"WIFI"

2017/05/20 03:13:21 UTC 1495250001625 CAN    "ip":"76.110.46.234", "remotePort":"60323", "chatNetwork":"WIFI"

2017/05/20 03:39:30 UTC 1495251570076 CAN    "ip":"76.110.46.234", "remotePort":"52201", "chatNetwork":"WIFI"

2017/05/20 03:59:35 UTC 1495252775287 CAN    "ip":"76.110.46.234", "remotePort":"42084", "chatNetwork":"WIFI"

2017/05/20 11:36:16 UTC 1495280176719 CAN    "ip":"172.58.15.102", "remotePort":"42898", "chatNetwork":"MOBILE-LTE"

2017/05/20 12:40:47 UTC 1495284047238 CAN    "ip":"172.58.15.102", "remotePort":"54178", "chatNetwork":"MOBILE-LTE"

2017/05/20 13:58:22 UTC 1495288702619 CAN    "ip":"172.58.15.102", "remotePort":"45339", "chatNetwork":"MOBILE-LTE"

2017/05/20 14:25:39 UTC 1495290339505 CAN    "ip":"172.58.15.102", "remotePort":"30334", "chatNetwork":"MOBILE-LTE"

2017/05/20 17:59:06 UTC 1495303146893 CAN    "ip":"76.110.46.234", "remotePort":"41849", "chatNetwork":"MOBILE-LTE"

2017/05/20 18:45:39 UTC 1495305939298 CAN    "ip":"76.110.46.234", "remotePort":"59440", "chatNetwork":"WIFI"

2017/05/20 19:26:07 UTC 1495308367400 CAN    "ip":"76.110.46.234", "remotePort":"49865", "chatNetwork":"WIFI"

2017/05/20 20:03:14 UTC 1495310594113 CAN    "ip":"76.110.46.234", "remotePort":"36561", "chatNetwork":"WIFI"

2017/05/20 20:30:43 UTC 1495312243335 CAN    "ip":"76.110.46.234", "remotePort":"39023", "chatNetwork":"WIFI"

2017/05/20 23:00:41 UTC 1495321241952 CAN    "ip":"76.110.46.234", "remotePort":"48110", "chatNetwork":"WIFI"

2017/05/21 00:50:42 UTC 1495327842983 CAN    "ip":"76.110.46.234", "remotePort":"50216", "chatNetwork":"WIFI"

2017/05/21 00:56:04 UTC 1495328164566 CAN    "ip":"76.110.46.234", "remotePort":"60693", "chatNetwork":"WIFI"

2017/05/21 01:18:37 UTC 1495329517711 CAN    "ip":"76.110.46.234", "remotePort":"45726", "chatNetwork":"WIFI"

2017/05/21 01:43:16 UTC 1495330996212 CAN    "ip":"76.110.46.234", "remotePort":"36671", "chatNetwork":"WIFI"

2017/05/21 02:15:45 UTC 1495332945949 CAN    "ip":"76.110.46.234", "remotePort":"56645", "chatNetwork":"WIFI"

2017/05/21 02:58:00 UTC 1495335480451 CAN    "ip":"76.110.46.234", "remotePort":"38165", "chatNetwork":"WIFI"

2017/05/21 03:00:42 UTC 1495335642372 CAN    "ip":"76.110.46.234", "remotePort":"41307", "chatNetwork":"WIFI"

2017/05/21 04:37:01 UTC 1495341421955 CAN    "ip":"76.110.46.234", "remotePort":"46637", "chatNetwork":"WIFI"

2017/05/21 11:54:11 UTC 1495367651656 CAN    "ip":"172.58.14.157", "remotePort":"38294", "chatNetwork":"MOBILE-LTE"

2017/05/21 11:54:23 UTC 1495367663786 CAN    "ip":"172.58.14.157", "remotePort":"46929", "chatNetwork":"MOBILE-LTE"
```



2017/05/21 12:25:04 UTC 1495369504159 CAN      "ip":"172.58.14.157", "remotePort":"22941", "chatNetwork":"MOBILE-LTE"

2017/05/21 18:02:06 UTC 1495389726063 CAN      "ip":"172.58.14.157", "remotePort":"59675", "chatNetwork":"MOBILE-LTE"

2017/05/21 18:39:49 UTC 1495391989109 CAN      "ip":"76.110.46.234", "remotePort":"57747", "chatNetwork":"WIFI"

2017/05/21 19:30:58 UTC 1495395058843 CAN      "ip":"76.110.46.234", "remotePort":"57933", "chatNetwork":"WIFI"

2017/05/21 20:14:19 UTC 1495397659886 CAN      "ip":"76.110.46.234", "remotePort":"38698", "chatNetwork":"WIFI"

2017/05/21 20:15:44 UTC 1495397744695 CAN      "ip":"76.110.46.234", "remotePort":"48160", "chatNetwork":"WIFI"

2017/05/21 20:30:40 UTC 1495398640227 CAN      "ip":"76.110.46.234", "remotePort":"46813", "chatNetwork":"WIFI"

2017/05/21 21:59:39 UTC 1495403979300 CAN      "ip":"76.110.46.234", "remotePort":"58893", "chatNetwork":"WIFI"

2017/05/21 22:52:39 UTC 1495407159418 CAN      "ip":"76.110.46.234", "remotePort":"39110", "chatNetwork":"WIFI"

2017/05/22 00:55:45 UTC 1495414545884 CAN      "ip":"76.110.46.234", "remotePort":"57946", "chatNetwork":"WIFI"

2017/05/22 01:03:21 UTC 1495415001532 CAN      "ip":"76.110.46.234", "remotePort":"55624", "chatNetwork":"WIFI"

2017/05/22 01:15:20 UTC 1495415720052 CAN      "ip":"76.110.46.234", "remotePort":"49606", "chatNetwork":"WIFI"

2017/05/22 02:00:06 UTC 1495418406479 CAN      "ip":"76.110.46.234", "remotePort":"41430", "chatNetwork":"WIFI"

2017/05/22 02:12:08 UTC 1495419128671 CAN      "ip":"76.110.46.234", "remotePort":"45797", "chatNetwork":"WIFI"

2017/05/22 02:14:51 UTC 1495419291757 CAN      "ip":"76.110.46.234", "remotePort":"48077", "chatNetwork":"WIFI"

2017/05/22 02:41:53 UTC 1495420913410 CAN      "ip":"76.110.46.234", "remotePort":"46785", "chatNetwork":"WIFI"

2017/05/22 03:04:16 UTC 1495422256883 CAN      "ip":"76.110.46.234", "remotePort":"57855", "chatNetwork":"WIFI"

2017/05/22 03:08:38 UTC 1495422518484 CAN      "ip":"76.110.46.234", "remotePort":"43519", "chatNetwork":"WIFI"

2017/05/22 03:12:53 UTC 1495422773461 CAN      "ip":"76.110.46.234", "remotePort":"50758", "chatNetwork":"WIFI"

2017/05/22 03:55:49 UTC 1495425349811 CAN      "ip":"76.110.46.234", "remotePort":"35675", "chatNetwork":"WIFI"

2017/05/22 04:42:27 UTC 1495428147362 CAN      "ip":"76.110.46.234", "remotePort":"42664", "chatNetwork":"WIFI"

2017/05/22 10:42:58 UTC 1495449778252 CAN      "ip":"172.58.11.221", "remotePort":"45665", "chatNetwork":"MOBILE-LTE"

2017/05/22 11:46:02 UTC 1495453562152 CAN      "ip":"172.58.11.221", "remotePort":"49415", "chatNetwork":"MOBILE-LTE"

2017/05/22 11:49:15 UTC 1495453755906 CAN      "ip":"76.110.46.234", "remotePort":"34053", "chatNetwork":"WIFI"

2017/05/22 12:10:46 UTC 1495455046203 CAN      "ip":"172.58.11.221", "remotePort":"29794", "chatNetwork":"MOBILE-LTE"

```
2017/05/22 12:48:00 UTC 1495457280754 CAN   "ip":"172.58.11.221", "remotePort":"23229", "chatNetwork":"MOBILE-LTE"

2017/05/22 16:46:34 UTC 1495471594437 CAN   "ip":"172.58.11.221", "remotePort":"29716", "chatNetwork":"MOBILE-LTE"

2017/05/22 18:40:30 UTC 1495478430163 CAN   "ip":"172.58.11.221", "remotePort":"45618", "chatNetwork":"MOBILE-LTE"

2017/05/22 19:42:11 UTC 1495482131996 CAN   "ip":"172.58.11.221", "remotePort":"51422", "chatNetwork":"MOBILE-LTE"

2017/05/22 19:55:09 UTC 1495482909806 CAN   "ip":"172.58.11.221", "remotePort":"34552", "chatNetwork":"MOBILE-LTE"

2017/05/22 22:40:32 UTC 1495492832168 CAN   "ip":"172.58.11.221", "remotePort":"37407", "chatNetwork":"MOBILE-LTE"

2017/05/23 00:35:38 UTC 1495499738917 CAN   "ip":"172.58.11.221", "remotePort":"25986", "chatNetwork":"MOBILE-LTE"

2017/05/23 00:42:13 UTC 1495500133072 CAN   "ip":"172.58.11.221", "remotePort":"48126", "chatNetwork":"MOBILE-LTE"

2017/05/23 00:57:28 UTC 1495501048429 CAN   "ip":"76.110.46.234", "remotePort":"59778", "chatNetwork":"WIFI"

2017/05/23 01:00:45 UTC 1495501245722 CAN   "ip":"76.110.46.234", "remotePort":"50405", "chatNetwork":"WIFI"

2017/05/23 01:49:51 UTC 1495504191936 CAN   "ip":"76.110.46.234", "remotePort":"37679", "chatNetwork":"WIFI"

2017/05/23 03:50:26 UTC 1495511426691 CAN   "ip":"76.110.46.234", "remotePort":"39962", "chatNetwork":"WIFI"

2017/05/23 05:44:05 UTC 1495518245323 CAN   "ip":"76.110.46.234", "remotePort":"48729", "chatNetwork":"WIFI"

2017/05/23 08:13:18 UTC 1495527198916 CAN   "ip":"76.110.46.234", "remotePort":"41731", "chatNetwork":"WIFI"

2017/05/23 09:53:07 UTC 1495533187030 CAN   "ip":"76.110.46.234", "remotePort":"38524", "chatNetwork":"WIFI"

2017/05/23 11:34:02 UTC 1495539242798 CAN   "ip":"172.58.11.224", "remotePort":"64985", "chatNetwork":"MOBILE-LTE"

2017/05/23 11:42:58 UTC 1495539778421 CAN   "ip":"172.58.11.224", "remotePort":"64422", "chatNetwork":"MOBILE-LTE"

2017/05/23 12:30:08 UTC 1495542608863 CAN   "ip":"172.58.11.224", "remotePort":"54453", "chatNetwork":"MOBILE-LTE"

2017/05/23 16:12:15 UTC 1495555935897 CAN   "ip":"172.58.11.224", "remotePort":"32619", "chatNetwork":"MOBILE-LTE"

2017/05/23 17:11:42 UTC 1495559502194 CAN   "ip":"172.58.11.224", "remotePort":"23260", "chatNetwork":"MOBILE-LTE"

2017/05/23 17:18:21 UTC 1495559901796 CAN   "ip":"172.58.11.224", "remotePort":"57345", "chatNetwork":"MOBILE-LTE"

2017/05/23 19:31:49 UTC 1495567909158 CAN   "ip":"172.58.11.224", "remotePort":"62103", "chatNetwork":"MOBILE-LTE"

2017/05/23 20:29:28 UTC 1495571368556 CAN   "ip":"76.110.46.234", "remotePort":"59176", "chatNetwork":"MOBILE-LTE"

2017/05/23 23:34:26 UTC 1495582466007 CAN   "ip":"76.110.46.234", "remotePort":"56149", "chatNetwork":"WIFI"

2017/05/24 00:33:30 UTC 1495586010924 CAN   "ip":"76.110.46.234", "remotePort":"39272", "chatNetwork":"WIFI"
```

```
2017/05/24 01:03:56 UTC 1495587836382 CAN    "ip":"172.58.15.79", "remotePort":"31895", "chatNetwork":"MOBILE-LTE"
2017/05/24 02:47:18 UTC 1495594038528 CAN    "ip":"76.110.46.234", "remotePort":"54114", "chatNetwork":"WIFI"
2017/05/24 03:27:29 UTC 1495596449073 CAN    "ip":"76.110.46.234", "remotePort":"33761", "chatNetwork":"WIFI"
2017/05/24 04:05:48 UTC 1495598748351 CAN    "ip":"76.110.46.234", "remotePort":"58979", "chatNetwork":"WIFI"
2017/05/24 04:20:47 UTC 1495599647270 CAN    "ip":"76.110.46.234", "remotePort":"52444", "chatNetwork":"WIFI"
2017/05/24 04:26:47 UTC 1496000007283 CAN    "ip":"76.110.46.234", "remotePort":"57811", "chatNetwork":"WIFI"
2017/05/24 04:31:27 UTC 1496000287781 CAN    "ip":"76.110.46.234", "remotePort":"41855", "chatNetwork":"WIFI"
2017/05/24 04:55:47 UTC 1495601747294 CAN    "ip":"76.110.46.234", "remotePort":"49842", "chatNetwork":"WIFI"
2017/05/24 05:15:47 UTC 1495602947844 CAN    "ip":"76.110.46.234", "remotePort":"35303", "chatNetwork":"WIFI"
2017/05/24 05:17:21 UTC 1495603041271 CAN    "ip":"76.110.46.234", "remotePort":"37209", "chatNetwork":"WIFI"
2017/05/24 05:18:00 UTC 1495603080145 CAN    "ip":"76.110.46.234", "remotePort":"39227", "chatNetwork":"WIFI"
2017/05/24 05:19:40 UTC 1495603180578 CAN    "ip":"76.110.46.234", "remotePort":"38204", "chatNetwork":"WIFI"
2017/05/24 11:53:43 UTC 1495626823268 CAN    "ip":"172.58.12.3", "remotePort":"64198", "chatNetwork":"MOBILE-LTE"
2017/05/24 11:55:28 UTC 1495626928754 CAN    "ip":"172.58.12.3", "remotePort":"28401", "chatNetwork":"MOBILE-LTE"
2017/05/24 13:00:48 UTC 1495630848321 CAN    "ip":"172.58.12.3", "remotePort":"33561", "chatNetwork":"MOBILE-LTE"
2017/05/24 13:36:32 UTC 1495632992095 CAN    "ip":"172.58.12.3", "remotePort":"46761", "chatNetwork":"MOBILE-LTE"
2017/05/24 19:20:48 UTC 1495653648651 CAN    "ip":"172.58.12.3", "remotePort":"18799", "chatNetwork":"MOBILE-LTE"
2017/05/24 21:00:48 UTC 1495659648624 CAN    "ip":"172.58.12.3", "remotePort":"32571", "chatNetwork":"MOBILE-LTE"
2017/05/24 21:04:46 UTC 1495659886031 CAN    "ip":"76.110.46.234", "remotePort":"49629", "chatNetwork":"WIFI"
2017/05/24 21:24:28 UTC 1495661068988 CAN    "ip":"172.58.12.3", "remotePort":"22288", "chatNetwork":"MOBILE-LTE"
2017/05/24 21:31:15 UTC 1495661475116 CAN    "ip":"76.110.46.234", "remotePort":"55094", "chatNetwork":"WIFI"
2017/05/24 21:32:10 UTC 1495661530801 CAN    "ip":"172.58.12.3", "remotePort":"42061", "chatNetwork":"MOBILE-LTE"
2017/05/24 21:32:13 UTC 1495661533028 CAN    "ip":"76.110.46.234", "remotePort":"32895", "chatNetwork":"WIFI"
2017/05/24 21:54:50 UTC 1495662890868 CAN    "ip":"76.110.46.234", "remotePort":"37021", "chatNetwork":"WIFI"
2017/05/25 01:38:58 UTC 1495676338465 CAN    "ip":"76.110.46.234", "remotePort":"35397", "chatNetwork":"WIFI"
```

2017/05/25 01:52:50 UTC 1495677170595 CAN    "ip":"76.110.46.234", "remotePort":"43274", "chatNetwork":"WIFI"

2017/05/25 01:55:37 UTC 1495677337387 CAN    "ip":"76.110.46.234", "remotePort":"38292", "chatNetwork":"WIFI"

2017/05/25 02:16:18 UTC 1495678578574 CAN    "ip":"76.110.46.234", "remotePort":"45048", "chatNetwork":"WIFI"

2017/05/25 02:22:41 UTC 1495678961684 CAN    "ip":"76.110.46.234", "remotePort":"55286", "chatNetwork":"WIFI"

2017/05/25 02:41:57 UTC 1495680117775 CAN    "ip":"76.110.46.234", "remotePort":"49967", "chatNetwork":"WIFI"

2017/05/25 03:16:13 UTC 1495682173689 CAN    "ip":"76.110.46.234", "remotePort":"51876", "chatNetwork":"WIFI"

2017/05/25 03:20:38 UTC 1495682438811 CAN    "ip":"76.110.46.234", "remotePort":"56452", "chatNetwork":"WIFI"

2017/05/25 03:24:06 UTC 1495682646804 CAN    "ip":"76.110.46.234", "remotePort":"41995", "chatNetwork":"WIFI"

2017/05/25 03:32:57 UTC 1495683177015 CAN    "ip":"76.110.46.234", "remotePort":"57850", "chatNetwork":"WIFI"

2017/05/25 04:48:45 UTC 1495687725810 CAN    "ip":"76.110.46.234", "remotePort":"41748", "chatNetwork":"WIFI"

2017/05/25 11:55:06 UTC 1495713306408 CAN    "ip":"172.58.15.20", "remotePort":"40957", "chatNetwork":"MOBILE-LTE"

2017/05/25 12:10:47 UTC 1495714247480 CAN    "ip":"172.58.15.20", "remotePort":"46580", "chatNetwork":"MOBILE-LTE"

2017/05/25 19:54:39 UTC 1495742079945 CAN    "ip":"172.58.15.20", "remotePort":"60629", "chatNetwork":"MOBILE-LTE"

2017/05/25 21:23:10 UTC 1495747390550 CAN    "ip":"172.58.15.20", "remotePort":"42898", "chatNetwork":"MOBILE-LTE"

2017/05/25 21:31:44 UTC 1495747904655 CAN    "ip":"172.58.15.26", "remotePort":"45742", "chatNetwork":"MOBILE-LTE"

2017/05/25 21:42:50 UTC 1495748570348 CAN    "ip":"76.110.46.234", "remotePort":"46594", "chatNetwork":"WIFI"

2017/05/25 23:54:37 UTC 1495756477402 CAN    "ip":"76.110.46.234", "remotePort":"55235", "chatNetwork":"WIFI"

2017/05/26 00:23:12 UTC 1495758192654 CAN    "ip":"76.110.46.234", "remotePort":"53095", "chatNetwork":"WIFI"

2017/05/26 00:44:04 UTC 1495759444058 CAN    "ip":"76.110.46.234", "remotePort":"38081", "chatNetwork":"WIFI"

2017/05/26 01:00:14 UTC 1495760414370 CAN    "ip":"76.110.46.234", "remotePort":"35216", "chatNetwork":"WIFI"

2017/05/26 01:01:16 UTC 1495760476900 CAN    "ip":"76.110.46.234", "remotePort":"36082", "chatNetwork":"WIFI"

2017/05/26 01:03:55 UTC 1495760635288 CAN    "ip":"76.110.46.234", "remotePort":"49466", "chatNetwork":"WIFI"

2017/05/26 01:40:41 UTC 1495762841296 CAN    "ip":"76.110.46.234", "remotePort":"48105", "chatNetwork":"WIFI"

2017/05/26 02:36:14 UTC 1495766174319 CAN    "ip":"76.110.46.234", "remotePort":"34272", "chatNetwork":"WIFI"

2017/05/26 02:51:35 UTC 1495767095220 CAN    "ip":"76.110.46.234", "remotePort":"53565", "chatNetwork":"WIFI"

```
2017/05/26 12:02:59 UTC 1495800179142 CAN    "ip":"172.58.11.128", "remotePort":"24644", "chatNetwork":"MOBILE-LTE"

2017/05/26 12:07:54 UTC 1495800474782 CAN    "ip":"172.58.11.128", "remotePort":"47069", "chatNetwork":"MOBILE-LTE"

2017/05/26 16:52:36 UTC 1495817556735 CAN    "ip":"76.110.46.234", "remotePort":"51723", "chatNetwork":"MOBILE-LTE"

2017/05/26 18:59:50 UTC 1495825190922 CAN    "ip":"172.58.11.41", "remotePort":"59783", "chatNetwork":"MOBILE-LTE"

2017/05/26 19:57:02 UTC 1495828622125 CAN    "ip":"172.58.11.41", "remotePort":"56241", "chatNetwork":"MOBILE-LTE"

2017/05/26 22:24:10 UTC 1495837450515 CAN    "ip":"76.110.46.234", "remotePort":"40176", "chatNetwork":"WIFI"

2017/05/26 23:15:39 UTC 1495840539097 CAN    "ip":"76.110.46.234", "remotePort":"60436", "chatNetwork":"WIFI"

2017/05/26 23:16:18 UTC 1495840578781 CAN    "ip":"76.110.46.234", "remotePort":"54957", "chatNetwork":"WIFI"

2017/05/26 23:28:36 UTC 1495841316090 CAN    "ip":"172.58.11.189", "remotePort":"41080", "chatNetwork":"MOBILE-LTE"

2017/05/27 00:04:15 UTC 1495843455236 CAN    "ip":"76.110.46.234", "remotePort":"50268", "chatNetwork":"WIFI"

2017/05/27 00:04:17 UTC 1495843457917 CAN    "ip":"76.110.46.234", "remotePort":"32921", "chatNetwork":"WIFI"

2017/05/27 00:34:30 UTC 1495845270400 CAN    "ip":"76.110.46.234", "remotePort":"37289", "chatNetwork":"WIFI"

2017/05/27 02:52:14 UTC 1495853534639 CAN    "ip":"76.110.46.234", "remotePort":"41814", "chatNetwork":"WIFI"

2017/05/27 02:57:30 UTC 1495853850642 CAN    "ip":"76.110.46.234", "remotePort":"59696", "chatNetwork":"WIFI"

2017/05/27 04:38:44 UTC 1495859924434 CAN    "ip":"76.110.46.234", "remotePort":"41969", "chatNetwork":"WIFI"

2017/05/27 12:17:40 UTC 1495887460542 CAN    "ip":"172.58.11.57", "remotePort":"50198", "chatNetwork":"MOBILE-LTE"

2017/05/27 12:23:45 UTC 1495887825703 CAN    "ip":"172.58.11.57", "remotePort":"61385", "chatNetwork":"MOBILE-LTE"

2017/05/27 13:28:13 UTC 1495891693699 CAN    "ip":"172.58.11.57", "remotePort":"38316", "chatNetwork":"MOBILE-LTE"

2017/05/27 13:45:33 UTC 1495892733149 CAN    "ip":"76.110.46.234", "remotePort":"33751", "chatNetwork":"MOBILE-LTE"

2017/05/27 14:21:54 UTC 1495894914505 CAN    "ip":"172.58.11.57", "remotePort":"63051", "chatNetwork":"MOBILE-LTE"

2017/05/27 17:41:01 UTC 1495906861779 CAN    "ip":"76.110.46.234", "remotePort":"59667", "chatNetwork":"WIFI"

2017/05/27 19:23:42 UTC 1495913022138 CAN    "ip":"76.110.46.234", "remotePort":"57655", "chatNetwork":"WIFI"

2017/05/27 20:33:42 UTC 1495917222630 CAN    "ip":"76.110.46.234", "remotePort":"35873", "chatNetwork":"WIFI"

2017/05/27 21:01:36 UTC 1495918896260 CAN    "ip":"76.110.46.234", "remotePort":"40237", "chatNetwork":"WIFI"

2017/05/27 22:26:52 UTC 1495924012989 CAN    "ip":"172.58.15.98", "remotePort":"63190", "chatNetwork":"MOBILE-LTE"
```

```
2017/05/27 22:57:10 UTC 1495925830701 CAN   "ip":"76.110.46.234", "remotePort":"58938", "chatNetwork":"WIFI"

2017/05/28 00:28:31 UTC 1495931311302 CAN   "ip":"76.110.46.234", "remotePort":"59812", "chatNetwork":"WIFI"

2017/05/28 01:28:44 UTC 1495934924194 CAN   "ip":"76.110.46.234", "remotePort":"43710", "chatNetwork":"WIFI"

2017/05/28 01:34:38 UTC 1495935278343 CAN   "ip":"76.110.46.234", "remotePort":"59888", "chatNetwork":"WIFI"

2017/05/28 02:57:32 UTC 1495940252068 CAN   "ip":"76.110.46.234", "remotePort":"59308", "chatNetwork":"WIFI"

2017/05/28 05:02:03 UTC 1495947723372 CAN   "ip":"76.110.46.234", "remotePort":"37060", "chatNetwork":"WIFI"

2017/05/28 15:22:08 UTC 1495984928923 CAN   "ip":"76.110.46.234", "remotePort":"33320", "chatNetwork":"WIFI"

2017/05/28 17:58:22 UTC 1495994302800 CAN   "ip":"76.110.46.234", "remotePort":"36728", "chatNetwork":"WIFI"

2017/05/28 21:12:14 UTC 1496005934002 CAN   "ip":"76.110.46.234", "remotePort":"38075", "chatNetwork":"WIFI"

2017/05/28 23:40:40 UTC 1496014840215 CAN   "ip":"76.110.46.234", "remotePort":"34807", "chatNetwork":"WIFI"

2017/05/29 00:15:05 UTC 1496016905911 CAN   "ip":"76.110.46.234", "remotePort":"36280", "chatNetwork":"WIFI"

2017/05/29 02:04:33 UTC 1496023473807 CAN   "ip":"76.110.46.234", "remotePort":"38621", "chatNetwork":"WIFI"

2017/05/29 02:59:20 UTC 1496026760820 CAN   "ip":"76.110.46.234", "remotePort":"48957", "chatNetwork":"WIFI"

2017/05/29 03:11:23 UTC 1496027483785 CAN   "ip":"76.110.46.234", "remotePort":"52252", "chatNetwork":"WIFI"

2017/05/29 03:41:33 UTC 1496029293183 CAN   "ip":"76.110.46.234", "remotePort":"35669", "chatNetwork":"WIFI"

2017/05/29 03:46:16 UTC 1496029576348 CAN   "ip":"76.110.46.234", "remotePort":"55397", "chatNetwork":"WIFI"

2017/05/29 03:50:49 UTC 1496029849095 CAN   "ip":"76.110.46.234", "remotePort":"45838", "chatNetwork":"WIFI"

2017/05/29 12:11:57 UTC 1496059917588 CAN   "ip":"172.58.15.127", "remotePort":"62908", "chatNetwork":"MOBILE-LTE"

2017/05/29 13:09:39 UTC 1496063379388 CAN   "ip":"76.110.46.234", "remotePort":"44781", "chatNetwork":"WIFI"

2017/05/29 13:10:06 UTC 1496063406534 CAN   "ip":"172.58.15.127", "remotePort":"33630", "chatNetwork":"MOBILE-LTE"

2017/05/29 14:08:55 UTC 1496066935800 CAN   "ip":"172.58.15.127", "remotePort":"23475", "chatNetwork":"MOBILE-LTE"

2017/05/29 15:23:40 UTC 1496071420232 CAN   "ip":"172.58.15.127", "remotePort":"60585", "chatNetwork":"MOBILE-LTE"

2017/05/29 15:54:25 UTC 1496073265777 CAN   "ip":"172.58.15.127", "remotePort":"22197", "chatNetwork":"MOBILE-LTE"

2017/05/29 16:02:47 UTC 1496073767270 CAN   "ip":"172.58.15.127", "remotePort":"48495", "chatNetwork":"MOBILE-LTE"

2017/05/29 17:56:23 UTC 1496080583513 CAN   "ip":"172.58.15.127", "remotePort":"24655", "chatNetwork":"MOBILE-LTE"
```

2017/05/29 19:44:34 UTC 1496087074501 CAN    "ip":"76.110.46.234", "remotePort":"33837", "chatNetwork":"MOBILE-LTE"

2017/05/29 22:06:21 UTC 1496095581673 CAN    "ip":"76.110.46.234", "remotePort":"47911", "chatNetwork":"WIFI"

2017/05/29 22:07:45 UTC 1496095665505 CAN    "ip":"76.110.46.234", "remotePort":"45048", "chatNetwork":"WIFI"

2017/05/29 23:44:45 UTC 1496101485658 CAN    "ip":"76.110.46.234", "remotePort":"40669", "chatNetwork":"WIFI"

2017/05/30 00:29:30 UTC 1496104170416 CAN    "ip":"76.110.46.234", "remotePort":"43992", "chatNetwork":"WIFI"

2017/05/30 00:35:52 UTC 1496104552001 CAN    "ip":"76.110.46.234", "remotePort":"53953", "chatNetwork":"WIFI"

2017/05/30 00:37:43 UTC 1496104663734 CAN    "ip":"76.110.46.234", "remotePort":"33496", "chatNetwork":"WIFI"

2017/05/30 00:38:43 UTC 1496104723555 CAN    "ip":"76.110.46.234", "remotePort":"40864", "chatNetwork":"WIFI"

2017/05/30 01:23:44 UTC 1496107424636 CAN    "ip":"76.110.46.234", "remotePort":"58632", "chatNetwork":"WIFI"

2017/05/30 03:02:16 UTC 1496113336582 CAN    "ip":"76.110.46.234", "remotePort":"38304", "chatNetwork":"WIFI"

2017/05/30 03:11:19 UTC 1496113879082 CAN    "ip":"76.110.46.234", "remotePort":"49267", "chatNetwork":"WIFI"

2017/05/30 03:59:53 UTC 1496116793697 CAN    "ip":"76.110.46.234", "remotePort":"39949", "chatNetwork":"WIFI"

2017/05/30 04:01:04 UTC 1496116864476 CAN    "ip":"76.110.46.234", "remotePort":"47511", "chatNetwork":"WIFI"

2017/05/30 04:07:39 UTC 1496117259877 CAN    "ip":"76.110.46.234", "remotePort":"37380", "chatNetwork":"WIFI"

2017/05/30 05:15:14 UTC 1496121314341 CAN    "ip":"76.110.46.234", "remotePort":"58610", "chatNetwork":"WIFI"

2017/05/30 11:38:14 UTC 1496144294386 CAN    "ip":"172.58.14.210", "remotePort":"63616", "chatNetwork":"MOBILE-LTE"

2017/05/30 12:03:00 UTC 1496145780332 CAN    "ip":"172.58.14.210", "remotePort":"29198", "chatNetwork":"MOBILE-LTE"

2017/05/30 13:01:36 UTC 1496149296881 CAN    "ip":"172.58.14.210", "remotePort":"46169", "chatNetwork":"MOBILE-LTE"

2017/05/30 18:42:38 UTC 1496169758537 CAN    "ip":"172.58.14.210", "remotePort":"22287", "chatNetwork":"MOBILE-LTE"

2017/05/30 21:33:51 UTC 1496180031607 CAN    "ip":"172.58.14.210", "remotePort":"19583", "chatNetwork":"MOBILE-LTE"

2017/05/30 21:34:06 UTC 1496180046045 CAN    "ip":"76.110.46.234", "remotePort":"50135", "chatNetwork":"WIFI"

2017/05/30 22:17:05 UTC 1496182625591 CAN    "ip":"76.110.46.234", "remotePort":"36949", "chatNetwork":"WIFI"

2017/05/30 22:18:38 UTC 1496182718852 CAN    "ip":"76.110.46.234", "remotePort":"34117", "chatNetwork":"WIFI"

2017/05/30 22:47:48 UTC 1496184468770 CAN    "ip":"172.58.11.57", "remotePort":"50613", "chatNetwork":"MOBILE-LTE"

2017/05/31 00:55:28 UTC 1496192128190 CAN    "ip":"76.110.46.234", "remotePort":"32891", "chatNetwork":"WIFI"

```
2017/05/31 02:10:29 UTC 1496196629132 CAN    "ip":"76.110.46.234", "remotePort":"45940", "chatNetwork":"WIFI"

2017/05/31 06:29:47 UTC 1496212187775 CAN    "ip":"76.110.46.234", "remotePort":"35793", "chatNetwork":"WIFI"

2017/05/31 06:36:32 UTC 1496212592349 CAN    "ip":"76.110.46.234", "remotePort":"37561", "chatNetwork":"WIFI"

2017/05/31 11:20:04 UTC 1496229604052 CAN    "ip":"172.58.12.61", "remotePort":"27837", "chatNetwork":"MOBILE-LTE"

2017/05/31 11:25:11 UTC 1496229911894 CAN    "ip":"172.58.12.61", "remotePort":"27597", "chatNetwork":"MOBILE-LTE"

2017/05/31 11:36:27 UTC 1496230587168 CAN    "ip":"172.58.12.61", "remotePort":"41109", "chatNetwork":"MOBILE-HSPA+"

2017/05/31 13:02:42 UTC 1496235762070 CAN    "ip":"172.58.12.61", "remotePort":"20860", "chatNetwork":"MOBILE-LTE"

2017/05/31 13:22:57 UTC 1496236977262 CAN    "ip":"172.58.12.61", "remotePort":"54023", "chatNetwork":"MOBILE-LTE"
```

Exhibit L

KIK'S guide to Law Enforcement

12 pages

2
OF
13

*Scott J Trader*

Kik's GUIDE FOR

*Reg# 16118-104   UnTG-2*

## Table of Contents

What is Kik?                                                    3

Age Rating                                                     3

Kik's Philosophy/Approach                                      3

Safety Features on Kik                                         3
Kik usernames                                                  3
Blocking users                                                 4
Blocking in groups                                             4
New People                                                     4

Kik Username                                                   4
Locating a Kik username                                        5

Kik Group Identifiers                                          6
Locating a Kik group hashtag or group scan code:               7

Submitting an Order to Kik                                     7
Data that may be available pursuant to a valid applicable Order:  8

Recommended Language                                           9
US Orders                                                     10

Emergency Disclosure Requests                                 11
Submitting an Emergency Disclosure Request:                   11

Preservation Requests                                         12
Submitting a Preservation Request:                            12

Reporting to Police                                           13

Impersonation Reports                                         13

Charges and Convictions                                       13

Contacting the Kik Trust & Safety Team                        13

KIK's GUIDE FOR LAW ENFORCEMENT

## What is Kik?

Kik is a smartphone messenger application that lets users connect with their friends and the world around them through chat. Users can send text, pictures, videos and more – all with the app.

Kik is available for download through the iOS App Store and the Google Play store on most iOS (iPhone, iPod, iPad), Android (including Kindle Fire) and Windows 7 devices. Users may also be using Kik on their Symbian based or BlackBerry 4.6-7 phone, however, as of May, 2014, it's no longer possible to download or register new accounts on these devices.

Kik is free to download and uses an existing Wi-Fi connection or data plan to send and receive messages.

## Age Rating

Kik is rated 17+ in the iTunes Store and Teen in the Google Play store. A user must enter their birthdate and be 13 years of age or older in order to register a Kik account.

Children under the age of 13 are prohibited from having a Kik account, by the Kik Terms of Service. If Kik obtains knowledge that a user is under the age of 13, it's our policy to permanently deactivate their account and delete their personal information, unless otherwise notified by law enforcement.

## Kik's Philosophy regarding Safety

We believe that Kik users need to feel safe and respected when they use our services, and we need to be good corporate citizens in providing our service. To be sure of this, we will follow three principles:
- We will comply with applicable law;
- We will protect our users' privacy; and
- We will promote user safety on Kik.

Kik Interactive is located in Ontario, Canada, and as such is governed by Canadian law.

## Safety Features on Kik

Kik usernames
Unlike many other smartphone instant messengers, which are based on a user's phone number, we use usernames to identify our users. By using usernames instead of phone numbers as the unique identifier on Kik, users' personal information like cell phone numbers and email addresses are never shared by Kik.
- If a Kik user is an active user of other social apps and sites, they might choose to share their username on those sites to connect with their followers from there. Posting their Kik username somewhere like Twitter or Instagram, or on a Kik optimized webpage, will make it publicly available. This means that people they don't know may be able to send messages to them.



KIK's GUIDE FOR LAW ENFORCEMENT

## Blocking users

The "Block" feature allows our users to block all contact with another user, without revealing to the other user that they've been blocked. Blocking someone means that messages from this user won't appear in the blocker's conversation list, and all previous conversations with this person will also be hidden. The blocked user's username will no longer appear in the blocker's list of contacts in Kik.

## Blocking in groups

A user is unable to automatically add another user that has blocked them into a group on Kik. If a user is in a group with someone they have blocked, messages from the blocked user will appear as "*Blocked Message*".

## New People

The 'New People' feature gives users control over who they talk to. With the latest version of Kik, this safety feature puts messages from new people into a separate section called 'New Chats'. In messages from new people, the profile pictures are blurred along with pictures or content messages they may have sent. A user has the option to either start a chat with them or to delete, block, or report as spam

## Reporting Users

If a user receives an unwanted message on Kik they have the option to report that user. A user can choose to include a copy of their chat history with the in-app report, however chat history is optional and is not required to report a user. A user can choose to report someone for the following reasons:

- They don't want to talk to them
- It's a spam bot
- The person is being abusive

## Reporting Groups

A user can also report a group chat, if necessary. A user can choose to report a group for the following reasons:

- They don't want to be in the group
- The group is offensive
- The group is being used for abuse

A user can also choose to include a copy of the group's chat history with the in-app report, so long as they are a member of that group. If a user is not a member of the group, but they still wish to report it, they will not have an option to include the group's chat history.

## Kik Username

## Kik Username

- 100% unique
- Can never be replicated
- Can never be changed
- May include lower and upper case letters, numbers and/or periods and underscores.
- Will never contain spaces, emoticons or special characters

KIK's GUIDE #21 how to find a Kik user

A Kik username is the only unique identifier in our system, and the only way we can identify a unique Kik account. Information like a phone number, first and last name (display name), or an email address will not allow us to identify a user in our system. We must be provided with the exact Kik username to do any type of search in our system.

Locating a Kik username

<u>My Kik Profile</u>                                              <u>My Friend's Profile</u>

●●●●● ROGERS 🛜    4:50 PM        4⁰⁰ 🔋⬜    |    ●●●●● ROGERS 🛜    4:43 PM    | 48%🔋⬜|
                                                                        Info



Sarah Marshall                                              Jolie Angefo

👤  Your Account                                              ⊕  More
⚙️  Your Kik Code                                          💬  Start a Group With Jolie
🌐  Your Web History                                        ⊘  Delete Chat
○  Notifications
◔  Chat Settings
🔒  Privacy
?  Help & About Us

**Tap the settings icon in the top left corner.**

**Display Name:** Sarah Marshall
**Username:** sarmarsh_99

**In a chat, tap the display name at the top of the conversation:**

**Display Name:** Jolie Angefo
**Username:** angefojolie

KIK's GUIDE FOR LAW ENFORCEMENT

If a user has turned on their direct message control feature in a specific public group, their username will be hidden to other users in that group. This means that when you click on the user's profile, you will only see the display name and profile picture and no username (see right!).



You can still submit a Production Order, Preservation Request or Emergency Disclosure Request for a user who is anonymous to you, as we may be able to identify the subject user in our systems. See the indicated sections of the Guide for more information.

## Kik Group Identifiers

Group Hashtag (Public Groups)
- User generated hashtag
- Can never be replicated
- Can never be changed
- May include lower and upper case letters, numbers and/or periods and underscores
- Will never contain spaces, emoticons or special characters
- The group hashtag will begin with a hash (#)
  - Eg. #KikIsAwesome

Group Scan Code (Private and Public Groups)
- Can be accessed through the group profile information page (Info > Show Kik Code)
- Users can share the scan code to invite others to join

JIDs (Users, Private and Public Groups)
- A user JID is an underscore followed by three additional characters that are randomly assigned by Kik to each and every username
- A group JID is 13 numerical characters long and is followed by "_g": it will not contain alphabetical characters (other than the "_g"), periods, spaces, or emoticons
  - Eg. 1234567891234_g
- These are unique internal ids associated to users and group chats, randomly generated by Kik's internal systems
- The JIDs are not user generated and are not publicly facing

Doc ID: LEO1.2



KIK a GUIDE FOR LAW ENFORCEMENT

Locating a Kik group hashtag or group scan code:

Group Hashtag (Public Groups)         Group Scan Code (Private and Public Groups)

          

**Group Name:** Camping        Access the group scan code
**Group Hashtag:** #arizona         from the group information
page > Show Kik Code

Locating a Block List
In order to locate a block list, open the Kik app on the user's device and the main
conversation screen will appear. Tap the cogwheel in the top left corner > tap Privacy >
Tap Block List.

Submitting an Order to Kik

Kik Interactive, Inc. is located in Ontario, Canada, and as such we are governed by
Canadian law. This means that we'll need a valid Order (i.e., a subpoena or warrant issued
or an order made by a court, person or body with jurisdiction to compel the production of
information) before we're able to consider releasing user data.Preparing your Order:
All Orders must include the following:
- Addressed to 'Kik Interactive, Inc.'
- Contain a valid Kik username(s). *Please see page 5 for details on locating the username*
- Contain a specific list of user data that you're requesting
- Signed and dated
- The way in which the disclosed data should be delivered to law enforcement
- Orders can be emailed to lawenforcement@kik.com using the subject line "LAW ENFORCEMENT ORDER"

We disclose account records in accordance with our terms of service and applicable law.
That means that we must receive an Order to allow us to consider disclosing basic
subscriber data, content, and/or historical data

Doc ID: LEO12

Last Revised

kik

8
OF
13

KIK's GUIDE FOR LAW ENFORCEMENT

*Agencies outside of Canada may need to submit a Mutual Legal Assistance Treaty (MLAT) request through the proper legal authorities in order to obtain any user data from Kik.*

Requests for information should be specific in nature. Overly broad requests will cause significant delays in responding, and in some cases may mean we are not able to respond to your request.

Please note that Kik maintains images and video content sent by users for approximately 30 days before they are deleted from our system. Historical data logs and abuse reports are stored for a longer period of time and the length of time that these logs are stored depends on which system the information is stored in; whether we have a business or legal need to save any information in that system; as well as the changing frequency that data is deleted from that system (if applicable).

**Kik is moving to a new data retention policy effective October 2018. Please note that some data may no longer be available beyond 90 days. Content retention such as images and video remain the same and are retained for approximately 30 days before they are deleted from our system.**

For reference on how to submit a preservation request, please see "Preservation Requests" (pg. 11).

It's important to note that the text of chat messages is stored locally on the Kik user's device. We don't see, store, or have access to chat message conversations in our systems. The only exception would occur when a user reports using Kik's in-app reporting feature and chooses to send a copy of the conversation to Kik.

When a user chooses to report another user or a group, these types of reports are called "Abuse Reports" and can be requested through a valid Canadian Order.

Aside from abuse reports, Kik may also have transactional chat logs. These logs don't contain the text of the conversation, but are a transaction record showing that username A sent a message to username B at a particular time, and may include the IP address associated to the sender of the chat if requested.

Data that may be available pursuant to a valid applicable Order:
Subscriber data, *this information isn't verified by Kik, meaning we don't have any way to know if it's accurate.*
- Basic subscriber information provided by the user, such as current first and last name and email address
- Link to the most current profile picture
- Device related information
- Account creation date and Kik version
- Birthdate and email address used to register the account (new registrations after November 2014)
- User location information, including most recent IP address (after November 2013)

Doc ID: LEO1.2

KIK's GUIDE FOR

**Content and/or Historical User Data.**
- Historical IP addresses used by the Kik user. This log also includes remote ports. *Please note that these IP addresses are provided by a third party, not by Kik.*
- Transactional chat log timestamps, these are similar to call detail records available from wireless carriers and will never include the text of the conversation or the phone numbers of the individuals involved
- Photographs and/or videos sent or received by the Kik user, depending on the version of Kik that the user is using. Photographs and videos are not accessible to our Trust & Safety team, and are automatically deleted within a short period after they are sent
- Roster logs are records showing who the user has added and/or blocked
- Abuse Reports associated to the user are conversations that other users reported through the in-app reporting feature

**Content and/or Historical Group Data:**
- Group information log, basic group information log that may include current information about the group, including the group JID, group name(s), group type and the status of the group
- Group create log, including details about the creation of a group
- Group join logs, including a record of the users who have joined the group as well as the method that was used to join a group
- Group leave logs, including a record of the users who have left the group as well as the method that was used to leave the group
- Group transactional chat log timestamps, these are similar to call detail records available from wireless carriers and will never include the text of the conversation or the phone numbers of the individuals involved
- Photographs and/or videos sent to the group, depending on the version of Kik that the user is using. Photographs and videos are not accessible to our Trust & Safety team, and are automatically deleted within a short period after they are sent
- Group abuse reports associated to the group are a record of group conversations that were reported by a Kik user within the group, through the in-app group reporting feature

**PLEASE NOTE:** We reserve the right pursuant to applicable law to refuse to provide information.

Recommended

Please find below some language that you're welcome to include in your Orders.

US Orders
We can accept a valid US Order (subpoena or court order) for the disclosure of the most recent basic subscriber data and up to 30 days of recent IP addresses if available. If this is what you require please include the following language in your Order:

- Recent basic subscriber data and recent IP addresses associated to the Kik account 'USERNAME'



KIK's GUIDE FOR LAW ENFORCEMENT

Please be advised that if you are seeking historical and/or content (images/videos) data, you will need to work through the Mutual Legal Assistance Treaty (MLAT) process to obtain this information.

We can work with you by preserving the requested data while you complete this process.

General Production Orders & Mutual Legal Assistance Treaty (MLAT) Orders

Since we are governed under Canadian law, Canadian agencies can submit a General Production Order to obtain user data. All agencies outside of Canada will need to submit a Mutual Legal Assistance Treaty (MLAT) request through the proper legal authorities in order to obtain any user data from us.

For more information about the Mutual Legal Assistance Treaty (MLAT) process, please visit: mlat.info/faq

If you will be submitting a General Production Order or an Order through the Mutual Legal Assistance Treaty (MLAT) process, please feel free to include the following language in your Order:

For Users
- Subscriber data, unrestricted by date, associated to the Kik account 'USERNAME'
- IP addresses associated to the Kik account 'USERNAME' from DATE RANGE
- All transactional chat logs associated to the Kik account 'USERNAME' from DATE RANGE, *or alternatively you can request for,*
- Transactional chat logs between the Kik account 'USERNAME' and 'USERNAME' from DATE RANGE
- Images and videos sent and/or received between the Kik account 'USERNAME' and 'USERNAME' including the IP address associated to the sender of the images and videos from DATE RANGE, *or alternatively you can request for,*
- All images and videos associated to the Kik account, 'USERNAME' including the unknown usernames and IP address associated to the sender of the images and videos from DATE RANGE
- A date-stamped log showing the usernames that Kik account 'USERNAME' added and/or blocked from DATE RANGE
- All abuse reports associated to the Kik account, 'USERNAME', including the unknown usernames from DATE RANGE

For users utilizing the public group 'direct message control" privacy feature:

You may request the above data for users who have hidden their usernames with the direct message control feature (ie. "anonymous users"). To identify an anonymous user, provide the following information in your order:
- Note that the subject user is an anonymous user
- Username of the person who received the messages
- Date, timestamp, time zone of text messages received from subject user



KIK's GUIDE FOR LAW ENFORCEMENT

- Date, timestamp, time zone of media (photos/videos) received from subject user
- Display name of the subject user at time of chat
- Public group hashtag

For Groups
- Group create log including the creator's username and IP address
- Group join logs from DATE RANGE including the inviter and invitee username(s) and IP addresses
- Group leave logs from DATE RANGE including the remover and removed username(s) and IP addresses
- Group transactional chat logs from DATE RANGE including the senders' IP addresses
- Images and videos sent to the group including the sender's and receiver's usernames and IP address associated to the sender of the images and videos from [date range]
- Abuse reports from DATE RANGE including all usernames

## Emergency Disclosure Requests

For emergency cases involving the imminent threat of death or serious physical injury to any person, we have established an Emergency Disclosure Request process to allow the release of limited basic subscriber data.

Submitting an Emergency Disclosure Request:
Our Emergency Disclosure Request form (along with instructions for completing and submitting the form correctly) can be downloaded from our Resource Center at http://kik.com/lawenforcement. To ensure quick processing of your Emergency Disclosure Request, please submit the request to lawenforcement@kik.com using the email subject line "EMERGENCY DISCLOSURE REQUEST"

There is a section on our Emergency Disclosure Request form that asks for information required to disclose on a user who is using the direct message control feature (ie. where the username of the user is not available). If you are submitting an emergency disclosure request for an anonymous user's data, please ensure that these fields are completed.

Once we receive your completed form, we'll review and acknowledge receipt of your Emergency Disclosure Request. If the investigation meets our emergency criteria, we'll provide the investigating officer with a Glossary of Terms along with the data response if there is data available.

> TIP: Please use EMERGENCY DISCLOSURE REQUEST in the subject line of your email so that our Trust & Safety team will be notified of your request and will be able to respond to your request on an expedited basis.

PLEASE NOTE: We always recommend that Kik users who are aware of an emergency situation immediately contact their local law enforcement agency for help.

KIK's GUIDE

## Preservation Requests

We understand that obtaining a judicial order occasionally takes time. If an Order isn't yet available, we may voluntarily preserve information once we receive a formal preservation request from a law enforcement agency. We accept preservation requests from any law enforcement agency globally.

**Submitting a Preservation Request**
Our Preservation Request form (along with instructions for completing and submitting the form correctly) can be downloaded from our website at kik.com/law-enforcement.

There is a section on our Preservation Request form that asks for information required to preserve a user who is using the direct message control feature (ie. where the username of the user is not available). If you are submitting a preservation request for an anonymous user's data, please ensure that these fields are completed. Please note that we will not be able to identify the username of the subject user without a valid production order.

Completed Preservation Request forms can be emailed to the Trust & Safety team at lawenforcement@kik.com. Please include the words "Preservation Request" in the subject line. Once we receive your completed form, Kik will review and acknowledge receipt of the preservation request.

We'll preserve all data pursuant to a Preservation Request for a period of 90 days. You can extend your preservation for an additional 90 days by submitting a completed and valid preservation request form and emailing it to lawenforcement@kik.com approximately one week before your original request expires. Please complete a new preservation request form and check off the 'extension' box. Kik will extend the preservation for an additional 90 days, for a total of up to 180 days. If the preservation request expires, we can't confirm that data still exists in our system.

If we receive a preservation request with an invalid username, or a request that doesn't include a Kik username or valid Kik user information, unfortunately we won't be able to preserve any information. In that situation, we'll let you know, and will request an updated preservation request form with the correct information. Please see pages 4-5 for details on locating a Kik username.

## Reporting to Police

If we have reasonable grounds to believe that Kik has been used to commit a child pornography offence, we'll file a report with our local law enforcement agency.

## Impersonation Reports

Kik users are encouraged to contact our Kik Support team if they feel they are being impersonated on Kik. The Support team will investigate the report, and take action as appropriate. They may remove the profile picture from an account, and/or deactivate the impersonating account. In the event that the Kik Support team isn't able to investigate or make a determination about an impersonation report, they may recommend that the user

KIK's GUIDE FOR LAW ENFORCEMENT

contact law enforcement for additional help. The Kik Support team can be reached at safety@kik.com.

## Charges and Convictions

Please let us know as soon as possible if the individual associated with the Kik username identified in your request is convicted of an offence that involves unlawful or inappropriate use of our products or services. By notifying us, we'll be in a position to take appropriate steps under our Terms of Service. In most (if not all) cases, we will remove the individual's account from our platform.

We also invite you to let us know if the individual is charged with an offence that involves unlawful or inappropriate use of our products or services. Upon receiving this information we'll be in a position to undertake an internal review of the individual's use of Kik and determine if removing the individual's account from our platform is warranted prior to the prosecution proceeding to court.

## Contacting the Kik Trust & Safety Team

Our team is small, and we do everything we can to ensure that we respond quickly to urgent inquiries from law enforcement. To help us do so, please direct all inbound inquiries and/or orders to the Trust & Safety team at lawenforcement@kik.com. Our system will only allow emails submitted from government agency email addresses. All non-agency email addresses are blocked.

- Our mailing address is 420 Weber St North, Suite I, Waterloo ON N2L 4E7 CANADA
- We are unable to accept inquiries by fax

TIP: Be sure to ask your IT team to "allow" emails from our lawenforcement@kik.com email address, so our replies aren't filtered as spam.



Exhibit M

Data forensic Report from E.S.I. consulting
(Private expert)

2 pages



# ESI CONSULTING
## DIGITAL FORENSIC SERVICES









Richard D. Connor, Jr., Esq.
AccessData Certified Examiner
Certified Computer Examiner
Certified Forensic Computer Examiner
Digital Forensic Certified Practitioner
EnCase Certified Examiner

October 3, 2018

Shelly Trader Bonano

This is my Report in this matter.

1. **Items Examined**
   a.  Kik Emergency Disclosure Request Response dated May 31, 2017

2. **Examination and Analysis Performed**
   a.  Examined and analyzed data to answer client's questions.

3. **Results of Examination and Analysis**

An IP address is an Internet Protocol address assigned to devices that connect to the internet. For example, a computer or phone in a home, may connect to wifi to access the internet. The wifi access is provided by a wireless modem, and that wireless modem is assigned an ip address by the internet provider providing internet access.

Devices connected to the internet use different ports for different internet services. The remote port in the Kik data is the port used by the device to access Kik.

The chatNetwork WIFI in the Kik data indicates that the device accessed Kik via a wifi connection. The chatNetwork Mobile-LTE indicates the device connected to Kik via the device's LTE cellular connection, and not wifi. The chatNetwork Mobile-HSPA indicates the device connected to Kik via the device's HSPA cellular connection, and not wifi.

965 S ORLANDO AVE, WINTER PARK, FL 32789
407-740-7163 ◆ 407-740-5805 (FAX)
WWW.ESICONSULTINGFL.COM ◆ RICHARD@ESICONSULTINGFL.COM

Shelly Trader Bonano
October 3, 2018                                                                              Page 2 of 2

It is not possible to determine the device's location from the LTE or HSPA ip addresses. It is not possible to determine the device's location from the wifi ip addresses solely from the Kik data. However, there may be external data or sources which would make it possible to determine the device's location. For example, it may be known that the ip address 76.110.46.234 was the ip address assigned to the user's home wifi modem.

UTC time ("Coordinated Universal Time") is basically Greenwich Mean Time. Florida is UTC -5 during the winter, or Eastern Standard Time. Florida is UTC -4 during the summer, or Eastern Daylight Time. For example 2017-05-01 20:59:31 UTC is 2017-05-01 16:59:31 (UTC -4) or EDT.

An analysis of the Kik data shows some patterns.
- All of the wifi access is from the same ip address, 76.110.46.234.
- Most of the wifi access is outside of business hours. Most of the wifi access is on weekends, and on weekdays after 17:00 and before 08:00.
- Much of the mobile cellular access is during business hours.
- The connections often last into the early morning, 01:00 or 02:00.
- There are 593 connections listed in the Kik data. 413 are wifi connections, and 180 are cellular connections.

The first 1½ pages are Kik account information, for example:
- Scott                            User's first name
- strader0227@yahoo.com             email address registered for account
- daddyhasafunnyface                username
- 2016-04-14 20:05:38               date account opened
- Samsung SM-G920T                  dvice used to access account
- 10.7.0.6811                       Kik client app version

Sincerely,

*[signature]*

Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE

Exhibit N

Comcast's response to H.S.I. request for Emergency
Disclosure

3 pages

Homeland Security Investigations
Office of the Resident Agent in Charge
251 North Main Street, Suite 800
Winston-Salem, NC 27101-3914



# Homeland
# Security

To: Comcast Legal Response Center
Fax: 215-286-9920

From: Special Agent Cory E. Brant
Fax: 336-631-5361
Telephone: 678-222-8300

1189 SW Edinburgh Dr.
Port St. Lucie 34953
(772) ▓▓▓▓▓▓
Ref: 841486

<u>Emergency Situation Disclosure Request</u>
<u>by Law Enforcement</u>

Please complete this form to assist the Comcast Legal Response Center in exercising its discretion to disclose information to your law enforcement agency or governmental entity pursuant to 18 U.S.C. § 2702(b) or § 2702(c). If you are unable to answer a specific question in writing, please call 877-249-7306. Failure to provide complete answers to any question may result in a delay of the disclosure of the requested information or Comcast choosing not to make any disclosure.

1.  What is the nature of the emergency involving immediate danger of death or serious physical injury to any person?

    I have received information and am currently investigating the user of this IP address for the sexual exploitation of children. This subject is believed to have raped his daughter last night and sent videos depicting the rape to others. Since it appears that this subject is raping a child under his custody or control and the offenses are actively taking place this emergency request is being sought.

2.  Whose death or serious physical injury is threatened?

    The child that is being sexually abused is believed to be the subscriber's daughter.

3.  What is the pending nature of the threat? Do you have information that suggests that there is a specific deadline before the act indicated in Question 1 will occur? (For example, tonight, tomorrow, at noon.)

    The threat appears to be ongoing and the child is continually being sexually abused. It appears the child involved was sexually abused as early as last night.

4.  Why is the required disclosure process pursuant to 18 U.S.C. § 2703 or another applicable law insufficient or untimely as set forth by the deadline indicated in Question 3?

    Since this investigation involves the active sexual abuse of a minor it is requested that an emergency disclosure be made so law enforcement can identify the user and rescue the victim in an expedited manner. An official request pursuant to 18 USC 2703 will be made as soon as possible.

5.  What specific information in Comcast's possession are you seeking to receive on an emergency basis? (Please be specific such as name, street address, telephone, or e-mail contents; do not respond by asking for everything or all account information as that will likely delay processing of the request.)

    Subscriber identification information, more specifically the following:

    76.110.46.234 on 05/31/2017 at 06:36:32 UTC

- **IP Address Identification** – You must provide the IP address and a specific date & time on this form
- **Email Identification** – You must provide the Comcast email address on this form
- **Telephone # Identification** – You must provide the telephone number and a specific date & time on this form
- **Physical Address Identification** – You must provide the complete physical address on this form

If Comcast makes an emergency disclosure to your law enforcement agency or governmental entity pursuant to 18 U.S.C. § 2702(b) or §  2702(c), you agree to provide Comcast with a formal order to provide your agency with the information provided pursuant to this request within 72 hours. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

████████████████            ████████████████████████
Printed Name                          Signature

*Special Agent*
Title

*Homeland Security Investigations*
Name of Agency/Governmental Entity

*251 N. Main Street, Ste. 800*
Address

*Winston-Salem, NC 27101*
Address

██████████████
Telephone number

████████████████
Fax number

**Please return this form to fax # 215-286-9920**

Exhibit O

Parenting Plan Evaluation Report, by Garry Edwards, Ed. D

37 pages





CLINICAL · CHILD & CONSULTING PSYCHOLOGIST

Post Office Box
Vero Beach, FL

Vero Beach, Florida

772-562-

FEIN 59-2458085

NPI 1508086

Florida Lic. No. PY

Parenting Plan Evaluation

THIS REPORT IS NOT TO BE MADE AVAILABLE TO OR DISCUSSED WITH THE CHILD

Scott Trader, Father

LeAnne Drew, Mother

Case No. 07-DR-1921
Honorable Barbara W. Bronis, Circuit Judge

Child: Samantha LeAnne Trader (dob 02-27-2006, age 7 years, 8 months)

Dates of Evaluation: 08-14-2013 through 10-14-2013

The current evaluation was conducted upon an order signed by the Honorable Barbara W. Bronis, Circuit Judge, to appoint an independent expert to conduct a social investigation and study of both the parents and the child pursuant to section 61.20 Florida Statutes and Rule 12.363, Florida Family Law Rules of Procedure. The parties have been unable to agree upon a psychologist to conduct the evaluation, and the undersigned was appointed.

The order states that "The primary issues to be addressed by Dr. Edwards and the recommendations he is requested to make to the Court are whether the existing order under which each party has equal time sharing with the child should be modified so as to reduce, suspend, or limit the father's time sharing due to the child having been exposed to sexual abuse by the father, and whether such exposure is detrimental to the child. If the answer to the foregoing questions is in the affirmative, then the Court requests Dr. Edwards to specify the reduced or restricted time sharing schedule that should be implemented to protect the best interests of the child and how that time sharing schedule should continue, as well as any other recommendations that would promote the best interests of the child.





...et Scaboro, LCSW – Caltris Counselor
...2013 – Telephone Interview

Documents Reviewed:
1. Amended final judgement of paternity, parental responsibility, care and support of the minor child dated 5/30/2008.
2. Order appointing psychologist dated 8/6/2013.
3. Supplemental petition to establish primary residential custody dated 7/5/2007.
4. Answer to supplemental petition dated 7/12/2007.
5. Gordon v. Smith cited by Judge Bronis
6. Mental Health Evaluation of Scott Trader by Kristine Parker, MS dated 11-20-2012
7. Review of Port St. Lucie police arrest records
8. Review of audio disk of law enforcement interview of Mrs. Drew and Samantha.

**History Leading to Current Evaluation:** The following history was derived from interviews with both LeAnne Drew and Scott Trader. These are the unmarried parents of Samantha Trader who was born on February 27, 2006.

They met in about February 2005 when Mrs. Drew was 15 years, 3 months old, and Mr. Trader was 19 years, 8 months old. She soon moved into the Trader household, living there with Scott and his mother, Shelly, his stepfather, Leon (who is legally blind), and his brother, Keith (who is autistic). Within three months of living together, they became pregnant with their daughter, Samantha, who was then delivered on February 27, 2006. They continued to live in the maternal grandparents' home until just before Christmas 2006, at which time they moved into an apartment. They remained together until March 20, 2007, when Mr. Trader was arrested for domestic violence. Mrs. Drew then moved to live with Samantha with the maternal grandparents, Ruth Swindle, stepfather Charles, and brother and sister, Christopher and Christina. Mr. Trader remained in the apartment then moved back in with the paternal grandparents. At the time of relocation to the apartment, Samantha was approximately six months old and at the time of the parental separation she was approximately 13 months old.

There was a restraining order in place against Mr. Trader for Mrs. Drew. During this time, he had access to Samantha approximately five times per week with the paternal grandmother caring for the child while he was at work.

He was then arrested for violation of the restraining order. This was related to a nasty ... associated with a ... He stated the call was ... the service. He received ... no contact ...



[illegible] with the maternal grandparents. She then moved in with her mother and [illegible] in Alabama and [illegible] subsequently to Port Saint Lucie in 2001 at age 12.

[illegible] about age 15, she left her mother and stepfather's home and moved in with her [illegible] boyfriend's, Steve Mills, parents. She stated they had not been dating long. When asked why she moved, she stated it was a big regret of hers. She said she was very unhappy with her home situation and very jealous of her half-siblings. She indicated that she said some things about her stepfather to her boyfriend. She said that he was abusive and made her drink dish soap if she did not clean up her tongue. She indicated that DCF became involved and told her stepfather to keep his distance and for her not to be around him. She indicated her mother and stepfather let her move out, and she added that she almost lost the relationship with her brother and sister over that. She stayed with the Mills family for approximately six months and had no contact with her stepfather and little contact with her mother and siblings.

Then, at about age 16, she moved in with Scott Trader and his family at his mother's house. She stated she met Mr. Trader at Walmart where he was employed and subsequently gave him her phone number. As noted before, three months after moving in, they became pregnant and had a final separation in March 2007 on Mr. Trader's arrest for domestic violence. At that time, she then returned to live with her mother, stepfather, and siblings. She remained with them until July 2009, at which time, she married Stephen Barfield, on July 19, 2009. Samantha was three years, five months old when she married Steve Barfield. They were married and living together for six months and divorced in 2010 and had no children. Mrs. Drew indicated they had known each other "forever" and were raised in the same church–Bible Missionary Church. She stated they began dating in the beginning of 2008. Mr. Barfield was living in Mobile, Alabama. She and Samantha flew up and visited, and they had a long distance relationship. When asked about their separation and divorce, she stated that he left, noting that he lost his job here and went back home. She stated that she could not relocate with Samantha out of state. Prior to Mrs. Drew's marriage to Mr. Barfield, she had petitioned the court for relocation to Alabama which was denied.

After Mr. Barfield returned to Alabama, Mrs. Drew stayed with a friend and her four children but noted it was too much for them and they then moved in with her mother for two weeks before she then rented an apartment in Fort Pierce, staying there not long because it was infested with [illegible] relocated to Stuart in an apartment for six or eight months.

Mrs. Drew indicated she [illegible] .com. She indicated [illegible] the military (Army). [illegible]



She indicated they then had a three bedroom house going to be deployed, and she then in August 2011 moved into her own apartment. He was, however, still deployed. They were then married on June 17, 2011 at which time Mr. Drew moved in with Latoya and Samantha. Samantha had five years, two months old when she married my Drew. On May 25, 2012 they had a child, Dariton Samson Drew, who is currently 16 months old.

Mrs. Drew indicated that she completed kindergarten through fifth grade in Birmingham, Alabama, sixth grade in Shelby, Alabama, and then middle school through the first semester of the ninth grade in Port Saint Lucie. She stated she dropped out of school after about the first three to four months. She noted she ran away from home for three or four days and the maternal grandparents came down from Alabama and took her back to Birmingham where she had some home schooling. She then returned to Port Saint Lucie living with her mother and stepfather but did not attend school.

While staying with the Mills family, she worked at fast food restaurants and during her pregnancy as a receptionist at Tiffany Hall Nursing and Rehab. She indicated she was also going to cosmetology school at the Port Saint Lucie Beauty Academy and completed that program in 2010. She stated she started there when Samantha was 3-4 months old. From October 2005 until December 2008, she worked at a hair salon as a shampoo assistant.

She indicated this work history was interrupted due to a severe automobile accident resulting in multiple injuries with a hospitalization at the Halifax Medical Center (Volusia County) for two weeks and then rehabilitation at home for over a year. She indicated she was driving friends to Volusia County and she and the friends were taking turns driving and when she woke up she was under the car. She indicated Samantha was almost two years old. This took place in Volusia County at about 6 p.m., and Samantha was in daycare. She stated she did not tell her mother or stepfather that she was going to Volusia County, and she was supposed to have picked up Samantha by then.

After her rehabilitation, she then worked at 7-11 for over a year. She noted that she fell at work and re-injured her knee, was on Workers' Compensation, had surgery on the knee, and was again in rehab for a year. After moving to Stuart, in August 2010, she worked as a house cleaner for several months. In April 2011, she worked at HESS and for HESS until she became pregnant.



[text too dark to read]

Ms. Drew indicated that she had not been arrested or had any type of [illegible] has not been arrested. [illegible]

[several lines illegible] [illegible] prescribed for depression and anxiety. [illegible] and stated she received the medication needed. When asked about mental health therapy, she noted she has had therapy for postpartum depression related to Samantha's birth, couples counseling related to Mr. Trader, and counseling sessions with Ms. Scanlon related to Samantha. She stated she has had no criminal complaints lodged against her. She [illegible] the description of which abuse applies to her. She has not been a perpetrator of abuse. She acknowledged domestic violence allegations [illegible] Mr. Trader. She also stated that she has been charged and convicted of child neglect. She has had no domestic violence complaints lodged against her.

With regard to the specific incident which resulted in Mr. Trader's arrest, Mrs. Drew stated that Samantha told a neighbor and the neighbor then told her. She stated Samantha stated that her father made her watch him have sex with his girlfriend and this happened because her paternal grandfather was visiting from New York and he was sleeping in Samantha's bed, and Samantha had to sleep in her father's bed, and Mr. Trader was arrested. She stated he was incarcerated for less than a week that time. Law enforcement then searched his home and found child pornography on a computer, and he was then arrested on May 2, 2012, and incarcerated for six months and was released on October 4, 2012. She indicated that he has had no contact with Samantha based on an injunction filed in May 2012 by her for Samantha. This injunction was set to expire on May 31, 2013, but was extended on July 18, 2013.

Mrs. Drew was asked about the time that Samantha had 50/50 time sharing with her father. She stated that Mr. Trader was living with the paternal grandmother, and she was living with the maternal grandmother. She stated that transitions took place [illegible] between all [illegible]. She stated that [illegible] because of the restraining order and then [illegible]

[remaining lines illegible]







Mr. Trader indicated that following the March 30, 2007 domestic violence arrest, a DV injunction was entered against him from April 5, 2007 until July 4, 2007. This injunction allowed him unrestricted access to his daughter every week from Friday at 7 a.m. until Sunday at 4 p.m. He indicated that, however, after the injunction expired Mrs. Drew curtailed his access because of a no contact provision in the criminal case which was still pending.

As of February 5, 2008, Mr. Trader had had no contact with his daughter, Samantha, since the expiration of the DV injunction on July 4, 2007. On February 5, the court ordered that Mr. Trader complete supervised visitations to reacquaint the father and daughter. This was completed at Castle. Mr. Trader then indicated that on May 30, 2008, the court ordered the 50/50 time sharing arrangement which was in place until his arrest on May 5, 2012.

Mr. Trader indicated he was born in Queens, New York, living there until age 17 when he relocated in March 2003 to Port Saint Lucie. He stated that his parents are divorced with his father, Harold, living in Queens, and his mother, Shelly, living in Port Saint Lucie with her husband, Leon. Leon is legally blind. Also living in the home is his 21 year old brother, Keith, who is autistic.

...record to work history, and health. He collected bottles for income and he often would... ...returned to two industries and labored in the construction industry. At age 16, he started his... ...according to his history. Upon relocation to Florida, he was married and... ...worked for various cement companies until he worked for the Works each Supermarket... ...several months before being terminated by the Works each Supermarket for... ...department. During the period during which the was terminated for his... ...and was let go.

He then did telemarketing for awhile until November 2004 when he was hired by Walmart. Initially as an overnight stocker and then as a stock stander or supervisor. He then became a remodeler, supervising crews remodeling store configurations. He later returned to overnight work due to the stress secondary to his arrest. In October 2012, he was terminated by Walmart due to his child neglect conviction even though adjudication was withheld. He indicated his performance evaluations at Walmart prior to his termination had all been satisfactory. He has been unemployed since his termination from Walmart.

He indicated that he had no legal history until his arrest in March 2007 for domestic violence. His prior arrests are noted in the previous history. He acknowledged a moving traffic violation in the past five years for speeding.

When asked about alcohol use, he described his use as infrequent, perhaps 5-6 beers per week, now only 2-3. When asked about illegal drug use, he acknowledged marijuana use from about age 13 to age 16 in social settings with friends. He neither bought nor sold marijuana. He has not used other illegal substances. He does not take prescription medication. He acknowledged a fracture of his right ankle in 2004. When asked about mental health counseling, he stated he participated in an anger management program through the batterers' intervention program on two occasions. He also had couples counseling with Mrs. Drew in 2004. He acknowledged a court ordered mental health evaluation which was obtained on November 20, 2012.

Mr. Trader reports no adverse financial actions taken against him.

He has one tattoo, the description of which appears appropriate. His ears and tongue are pierced. He states he has not been in a physical fight as an adult other than that reported in the domestic violence allegations.

Mr. Trader acknowledges accessing heterosexual pornography.

Mr. Trader is currently involved in a romantic relationship with his fiancee, Andrea Vander from 04/10/2000... ...employed... ...they are the parents... ...currently 14 months old...



















[illegible] on the first visit she said she goes to see [illegible] because she has [illegible] and that she had promised her mom and dad [illegible]. She [illegible] and then added that she has another [illegible] whose name is [illegible] but [illegible] know my last name. She then left the [illegible] could [illegible] her dad's [illegible] and she was told she could if she [illegible] with it. She then indicated that "My dad's in jail…do you want to know why?" When I said she could tell me she said she did not know the reason why he was in jail and related her accounting of the incident. She said she wanted her grandfather to come over, and he had to sleep in her bed. She said she had to sleep in her dad's bed and that Katrina was there. She said they were "bumping in front of me" and that her dad was naked. She then stated that he was telling her to watch and don't watch. She added "I think it was my fault because I wanted my grandfather to come over." She then added that her mother and her grandmother (maternal) said that it wasn't her fault, and her grandfather should have slept on the couch.

Following this remarkable pressured and somewhat impulsive revelation, she began identifying some of her relatives calling her paternal grandmother Shelly, her maternal grandmother Nanna, and her stepfather's mother (in Alabama) Grammy. She also stated that she has a grandfather at her father's house named Leon and also an uncle Kenny.

She stated she has a bedroom at her father's house and also a trampoline, a jump rope, and a playground which he bought her for her birthday when she was either five or six years old. She stated she got the trampoline for Christmas and noted that she also has a trampoline at her mother's house. She then stated that she has a jewelry box at her father's house which has two drawers, and she had her glasses in it. She added "I have a lot of stuff at his house". She then elaborated that she has some friends (at her father's), Tom and Shelby and down the street, Alex and Sydney). She also has a friend named Jessica whose son is Alex and there is a pool at Jessica's house and she noted that Nanna does too (have a pool)." She stated that Jessica has a cat and that "I have a cat and a dog." "The cat is Kit-Kat and the dog is Bubba."

She then spontaneously elaborated that in her paternal grandmother's room there is a couch bed. She stated that whenever the light under the door (grandmother's) was off, she would sneak in there if she had a nightmare. She then added "I could have slept on the couch but they said I had to sleep in my dad's room." She then continued "They [illegible] with my dad and everything I said is true and everything on that [illegible] my notes from earlier in the interview when she told about the [illegible]

[illegible] not been [illegible]

... socially desirable manner and could ... ... to behave in a manner consistent with ... ... warmly regarded by more self-doubt, passive ... ... apparent to others. Reactive during ... ... uncertainty about goals, values, and inner ...

Interpersonal and Social Environment. His ... ... autonomy and balance. Because anticipated ... ... assertiveness, moodiness, and ...

Stress. She reports a developed interest in ... ... number of individuals to whom she could ...

Treatment Considerations. She is non-compliant ... With regard to anger management, he is ... ... and fairly well-controlled without difficulty ... and unassertive.

**The Minnesota Multiphasic Personality** Inventory-2 (MMPI-2) is a broad-band objective personality test designed to assess ... major patterns of personality and emotional disorders. It is comprised of Validity Scales, 10 Clinical Scales, supplementary Scales, Content ... distribution or subscale analyses. The Supplementary, Content, and subscale analyses ... ... to illuminate the interpretation of the Clinical Scales.

**Mr. Trader** completed the MMPI-2 which was analyzed using norms for child custody evaluations.

With regard to profile validity, his responses generated unrealistic claims of personal virtue which are common in custody evaluations ... committing faults might be ... ... self-disclosure normal to statistical ... ... ... information because it ...

Clinical Profile. His profile is within the normal range, suggesting that he views his present adjustment as adequate. He displays some personality characteristics such as pleasure seeking, impulsivity, proneness to boredom, and ... non-conformity and ... ... ... emotionally as clashes with ...

Mrs. Drew also completed the MMPI-2 ... which ... profile suggested that she presented herself in a very positive manner ... to present an unrealistically favorable picture of her virtue and moral values. She appears to feel the need to present an image of scrupulousness and conscientious morality. Her approach suggested rather naive openness or a lack of insight.

She is an overly conscientious person ... perfectionistic. She may worry too much about minor problems, and may be ... prone to self-punishing attitudes. She is a generally cautious and careful person ...

She indicates to having more fears than most people do. She reports that her work situation is generally satisfactory. No significant work attitudes requiring treatment attention were noted.

*Interpersonal Relations.* She has an average interest in being with others and is not socially isolated or withdrawn. She appears to meet and talk with other people with relative ease and is not overly anxious in social settings. She views her home life as pleasant and supportive.

*Mental Health Considerations.* The MMPI-2 Clinical Profile is within normal limits.

*Child Custody Considerations.* Her validity responses suggest that she attempted to present a very positive picture of her psychological adjustment. This again is not unusual for people who are involved in child custody disputes and want to try to avoid letting any personal problems they might have be presented ... Given that, however, her responses examined here might make it difficult to identify or to work with ... in an absolutely family problems.

*The Interpersonal Behavior Survey (IBS)* was developed to clarify issues of passive, assertive, and aggressive behavior ...







the extent to which the parent and child perceive themselves to share
communications. Also with the parents' knowledge of the child's everyday

Parenting Confidence – The comfort, control, and confidence of the parents when actively
involved in the parenting process and when making parenting decisions.

Satisfaction with School – The parents' belief that the school is doing a good job of
meeting the child's educational and emotional needs.

Relational Frustration – The parents' level of stress or distress in relating to and
controlling the behavior and affect of the child, along with the tendency to over-react
and become frustrated in common parenting situations.

In addition, the PRQ has three validity indices which assist in assessing the quality of
the responses. The F Index is a measure of the tendency to be excessively negative
about the parent-child relationship. The D Index measures the tendency to describe
extremely positive behavior in parent's relationship with the child – what might be
called "defensiveness" or "faking good". The Consistency Index measures the consistency
of responding and identifies instances where respondent gave differing responses to
questions that are usually answered similarly. The Response Pattern Index identified
cases were a respondent was inattentive to item content.

Mr. Trader's responses to the PRQ, again related to the 8-year, 10-month time frame
with which he had 50/50 time-sharing with his daughter, revealed: On the Attachment
scale, he reported a level of attachment that is higher than the typical relationship
between a parent and child. On the Communication scale, he indicated that his
daughter regularly tells him about daily events including school activities, interactions
with friends and problems she may be having. On the Involvement scale, he indicated
that he participated in a very high number of common activities with his daughter. He
also reported on the Parenting Confidence scale a high level of confidence in his ability
to make good parental decisions. He also noted that on the Relational Frustration scale
that he had a lower than average level of frustration and difficulty associated with caring
for her. He reports being consistent on the discipline practices scale when responding to
her misbehavior and indicated that establishing household rules were maximum. He also
noted with regard to School Satisfaction that he is generally pleased with the schools



The **Parenting Satisfaction Scale (PSS)** is a standardized instrument of parent attitudes toward parenting. The scale measures parental satisfaction with spouse/ex-spouse parenting performance, which assesses the parents' satisfaction with those of her own child and satisfaction with the parents' relationship which assesses in the parent-child relationship with the parent-child relationship which assesses in the performance which assesses the parents' satisfaction with her in the parenting role.

**Mr. Trader's** responses to the PSS resulted in an average rating of satisfaction with his children's parenting performance; an above average rating for satisfaction parent-child relationship between himself and his daughter; and average rating of satisfaction with his parenting performance.

**Mrs. Drew's** responses to the PSS resulted in a low average rating of her satisfaction with Mr. Trader's parenting performance; an above average rating of satisfaction with her parent-child relationship with Samantha; and a superior rating of her satisfaction with her parenting performance. She made marginal notes on several of the PSS items. She stated that she agreed that Mr. Trader usually does not help enough, which she noted and noted that it was because he usually was not home to take Samantha to school and was sleeping when time came to pick her up from school. She strongly agreed that she was delighted with the relationship that Mr. Trader has with Samantha. She replied that she does agree because he has no relationship with her at this time. She also strongly agreed with the statement that she feels guilty about the amount of involvement that Mr. Trader has with Samantha because it is because it is because the involvement and stated that given the circumstances and course of things that happened, "I feel it is best for him to have no involvement."

**The Behavior Assessment System for Children (BASC)** is a multidimensional behavior rating scale which can be completed by parents and teachers. The BASC includes several main scales: Internalizing, Adaptive. Each of these four scales: the Internalizing, Clinical scales assess emotional and behavioral problems. Adaptive scales measure... Somatization, Anxiety, Depression, Attention problems, Aggression, Hyperactivity, Social Skills... adaptive... rating scale that... Externalizing... Hyperactivity Skills.



The image is too dark to read reliably.

During this period of time, there continued to be a contentious co-parenting relationship and a lack of any constructive communication between the parents. This was in part due to the series of restraining and no contact orders issued against Mr. Trader's contact with the Drew as well as the tension and lack of regard for one another due to their history prior to the order for equal time sharing.

During this period of time, as stated, Samantha's adjustment was satisfactory as demonstrated by her adjustment in educational settings, her advanced progress, her conduct, discipline and maintain peer relationships, her age appropriate participation in extra-curricular activities, and her adaptive behavior in both environments. Particularly noteworthy were the observations made by the various professionals regarding her adjustment as well as the statements made by Samantha.

This period of successful adjustment was, however, ended with Mr. Trader's arrest on allegations of lewd and lascivious behavior and a short time later, possessing child pornography on his computer.

As a result, he was incarcerated from May 3, 2012 until October 4, 2012 and had no contact with his daughter during that time. On his release, restraining and no contact orders were again in place and since October 4, 2012 he has subsequently had no contact with his daughter.

Based on the history of successful adjustment during time sharing between Samantha and her father at the paternal grandmother's home,

it is recommended that such time sharing, as ordered on May 3, 2012, be continued.

...and not the focus of the court...

...It does not appear that the child having been exposed to sexual behavior (intercourse) while in the father's care caused harm to the child.

Due to the fact that the father has had no contact with the child for more than a year (18 months), a period of transition to the existing court-ordered equal time-sharing schedule would be in the best interest of the child. It is mandatory that such a transition take place. Due to the length of time of separation between Samantha and her father, time sharing must be reintroduced on a gradual and progressive basis.

The following schedule is recommended: beginning with 9 a.m. to 5 p.m. Saturday day visits weekly for one month, followed by Saturday and Sunday day visits, 9 a.m. to 5 p.m. for two weeks, followed by Saturday 9 a.m. to Sunday 5 p.m. overnight visits for two weeks, followed by Friday after school, return to school on Monday, every other weekend visits for two weeks, followed by the re-institution of the 50/50 time sharing schedule.

It is recommended that the status of the progressive time sharing schedule be monitored by the undersigned or someone mutually agreed to by the parties after the first two Saturday visits, then after the second two day visits, then after the first overnight visit, and then after the second full weekend visit. A final followup visit would then take place following two complete rotations of the 50/50 time sharing schedule. All other elements of the time sharing schedule ordered on May 5, 2008 would continue.

Because of the remarkably dysfunctional co-parenting relationship, it should be ordered that Mr. and Mrs. Trader and Mrs. Drew participate in the followup visits monitoring this progressive transition. At least part of their participation would be to provide information regarding Samantha's reaction and also to attempt to develop a cordial and cooperative co-parenting relationship in the best interests of their children.



... also notes that the reports and testimony do not indicate that Mr. Trader ... interest in child pornography.

... administered the Sexual Interactions Screening Inventory ... interest in pornography does not rise to the level of a ... pathology ... conclusion was made that he exhibits an adjustment disorder ... and ... experiencing an adjustment disorder (with anxious mood) and that he would benefit from interpersonal therapy but that there is no part of which to mandate therapy.

... also noted in this custody and a significant basis for the duration of the incarceration of ... Trader was the discovery of child pornography in the context of ... computer software inviting charge or possession of child pornography was so important ... ... nevertheless he pled to a charge of child neglect.

The Mental Health evaluation obtained in November ... was not support an impression that Mr. Trader's interest in pornography "does not rise to the level of a Paraphilia or pathology." The counselor's impression appears to have been made in the absence of her having any direct contact via individual interview, psychological testing, or collateral interview of Mr. Trader regarding his daughter Samantha.

... based on the history obtained and review of available data, it is the examiner's opinion that Mr. Trader does not pose a risk to his daughter.

Mr. Trader has expressed concerns that he, however, is at risk with respect to the relationship with Samantha's mother, LeAnn Drew. While there have been no recent allegations made against Mr. Trader of contemptuous acts or violating restraining orders, he is anxious and apprehensive that the likelihood exists of some ... which a custody arrangement and no contact order is are lifted and ... parent that permits no contact ... necessarily resulting in the co-parents agreement ... In this custody ... database, there has been some specific ... alleged violations ... a case on the database, there has been some specific ... alleged violations made by Mrs. Drew against Mr. Trader of March ... The two subsequent violations of a restraining order (March 2007) involve a message left by Mr. Trader to ... Drew regarding her re-establishing the cell phone service which he had cancelled ... Drew recalled her re-establishing the cell phone service which he had cancelled ... Drew telling him Trader's girlfriend to tell Mrs. Drew that ... Mr. Trader ... emotional sounding in which he ... it would not ... apartment ... because it would not ...

... a relationship to any future risk ...











Exhibit P

St. Lucie County property appraiser identification card

3 pages

Page 1 of

Property Card

Michelle Franklin, CFA -- Saint Lucie County Property Appraiser -- All rights reserved.

## Property Identification

Site Address: 1189 SW EDINBURGH DR
Sec/Town/Range: 36/37S/39E
Map ID: 43/36S
Zoning: RS-2

Parcel ID: 3420-660-0974-000-5
Account #: 85978
Use Type: 0100
Jurisdiction: Port Saint Lucie

### Ownership

Leon M Bonnano
Shelly F Trader-Bonanno

1189 SW Edinburgh DR
Port Saint Lucie, FL 34953



### Legal Description

PORT ST LUCIE-SECTION 33- BLK 2216 LOT 21 (MAP 43/36S) (OR
3757-1581)

### Current Values

| | |
|---|---|
| Just/Market Value: | $227,600 |
| Assessed Value: | $191,881 |
| Exemptions: | $76,000 |
| Taxable Value: | $115,881 |

Taxes for this parcel: SLC Tax Collector's Office
Download TRIM for this parcel: Download PDF

### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 2,683 |
| Gross Area (SF): | 3,510 |
| Land Size (acres): | 0.25 |
| Land Size (SF): | 10,800 |

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Jun 4, 2015 | 3757 / 1581 | 0001 | WD | Jones Katie | $185,000 |
| Apr 23, 2015 | 3739 / 1637 | 0111 | OA | Jones Katie | $0 |
| Jan 5, 2009 | 3056 / 2921 | 0112 | SP | Suntrust Bank | $169,000 |
| Oct 10, 2008 | 3030 / 0172 | XX01 | CT | Ramjit Rishi R | $91,000 |
| Jun 16, 2006 | 2601 / 0191 | XX00 | WD | Mercedes Homes Inc , | $370,000 |
| Mar 10, 2005 | 2440 / 0746 | XX00 | WD | Paruszkiewicz Arlene G | $62,000 |
| Sep 1, 1985 | 0477 / 1608 | XX00 | CV | | $2,700 |

## Building Information (1 of 1)

Finished Area: 2,683 SF

Gross Total Area: 3,510 SF

### Exterior Data

View:
Building Type: HC+
Grade: C+
Story Height: 2 Story

Roof Cover: Dim Shingle
Year Built: 2006
Effective Year: 2006
No. Units: 1

Roof Structure: Hip
Frame:
Primary Wall: CB Stucco
Secondary Wall:

Bedrooms: 5
Full Baths: 3
Half Baths: 0
A/C %: 100%

### Interior Data

Electric: MAXIMUM
Heat Type: FrcdHotAir
Heat Fuel: ELEC
Heated %: 100%

Primary Int Wall:
Avg Hgt/Floor: 0
Primary Floors: Carpet
Sprinkled %: N/A%

12/10/



Card





Page 2 of 3

## Sketch Area Legend

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| 2S | ONE FULL STORY OVER BASE (TOTAL 2 FLOORS) | 155 | 155 | 68 |
| APSA | Aluminium Porch (Screen) Average | 160 | 0 | 52 |
| BAS | BASE AREA | 2264 | 2264 | 314 |
| GAA | Garage Attached Average | 432 | 0 | 186 |
| OPAA | Open Porch Attached Average | 45 | 0 | 28 |
| SPAA | Screen Porch Attached Average | 190 | 0 | 58 |
| UBS | UPPER BASE AREA/+1 | 264 | 264 | 68 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|
| Driv-Concret | 1 | 736 | 2006 |

## Current Year Values

### Current Values Breakdown

| | |
|---|---|
| Building: | $192,500 |
| Land: | $35,100 |
| Just/Market: | $227,600 |
| Ag Credit: | $0 |
| Save Our Homes or 10% Cap: | $35,719 |
| Assessed: | $191,881 |
| Exemption(s): | $76,000 |
| Taxable: | $115,881 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|
| 2018 | 2016 | 0550 | Homestead Exemption over $50,000 | $25,000 |
| 2018 | 2016 | 0500 | Homestead Exemption | $25,000 |
| 2018 | 2017 | 0565 | Senior Homestead over 65 | $25,000 |
| 2018 | 2016 | 2300 | Total & Permanent Disability | $500 |
| 2018 | 2016 | 2600 | Blind Disability Exemption | $500 |

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2006 | 0061 | 1 | Port St. Lucie Stormwater | $163.00 |

This does not necessarily represent the total Special Assessements that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office

## Historical Values

12/10/2(

operty Card

Page 3 of 3

| | | | | |
|---|---|---|---|---|
| 2018 | $227,600 | $191,881 | $76,000 | $115,881 |
| 2017 | $200,800 | $184,801 | $76,000 | $108,801 |
| 2016 | $181,000 | $181,000 | $51,000 | $130,000 |

## Permits

| Number | Issue Date | Description | Amount | Fee |
|---|---|---|---|---|
| P0529656 | Jun 6, 2005 | Residential New Construction | $127,338 | $7,106 |
| P15-21604 | Aug 12, 2015 | Enclosure | $2,350 | $186 |
| P18-25197 | Aug 1, 2018 | Air Conditioning Only | $8,900 | $81 |

Notice: This does not necessarily represent all the permits for this property.
Click the following link to check for additional permit data in Port Saint Lucie

This information is believed to be correct at this time but it is subject to change and is not warranted.
© Copyright 2018 Saint Lucie County Property Appraiser. All rights reserved.

Exhibit Q

Appellant's Temporary Pro Se Supplement, unfiled
dated 10/23/2018

55 pages

**17-15611**

Scott Joseph Trader
#16118-104
USP Coleman II - Inmate Legal Mail
G-2
PO BOX 1034
COLEMAN, FL 33521

------------------------------------------------------------------------------

------------------------------------------------------------------------------

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 23, 2018

Scott Joseph Trader
USP Coleman II - Inmate Legal Mail
PO BOX 1034
G-2
COLEMAN, FL 33521

Appeal Number:  17-15611-DD
Case Style:  USA v. Scott Trader
District Court Docket No:  2:17-cr-14047-DMM-1

RETURNED UNFILED: "Appellant's Temporary Pro Se Motion Supplement to the Counsel'ed
Filed Opening Brief" filed by Scott Joseph Trader is returned unfiled because you are
represented by Counsel, see 11th Cir. R. 25-1.

If your motion to discharge counsel is granted, you may refile your motion at that time.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Carson Wynn, DD
Phone #: 404-335-6181



IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

SCOTT JOSEPH TRADER,

Defendant - Appellant,

V.          NO. 17-15611-DD

UNITED STATES OF AMERICA,

Plaintiff - Appellee.

APPELLANT'S TEMPORARY PRO SE MOTION
SUPPLEMENT TO THE COUNSEL'ED
FILED OPENING BRIEF

NOW COMES Appellant, Scott Trader, pro se,
with the instant "temporary" pro se motion in
supplement to the counseled filed brief.
   In support, Appellant offers the following:

1 OF 5

1. The instant "temporary" motion in supplement to the counseled filed opening brief is hereby filed to serve atleast two important purposes.

2. First, the instant motion serves the purpose of demonstrating before this Honorable court the 'critical facts' and governing 'relevant laws' of which counsel, inadvertently, did not include in the opening brief, and, if not supplemented thereto, the claims will surely fail on its merit.

3. Secondly, the instant motion serves the important purpose of showing this honorable court that appellant is not attempting to do anything other than, "in the interests of Justice", file a merit-demanding Pro se supplement, warranting relief to this appellant, where appellant will bring before the court's attention to consider crucial facts and relevant law, not included in counsel's opening brief, all of which is directly dispositive ▪ to the merits of Trader's claims.

4. PLEASE BE ADVISED that the instant motion is labled "temporary" for the following purposes:

(a); The submitted supplement motion is not finished/perfected product; (rather, a place-holder)

(b); Appellant is having the instant motion's arguments looked over by "paralegals", whom shall 'remove' all surplusage, redundancy, and have the motion professionally typed in motion form to comport with the character limits, and other rules of this honorable court;

(c); Once the argument has been perfected and professionally typed in proper motion form, in accordance with the rules of Court, appellant will then <u>amend</u> the instant "temporary" supplement, and file the perfected supplement motion.

5. Appellant also hereby supplement the Appendix with crucial 'fact-related' documents, each of which were not filed by counsel in the

3 OF 5

opening brief, but is critical to the claims
merits in the case sub judice.


# CERTIFICATE OF INTERESTED
# PERSONS AND CORPORATE
# DISCLOSURE STATEMENT


11th. Cir. R. 26.1.


Barnes, Antonia J., Assistant United States Attorney (AUSA)

Cannon, Aileen M., AUSA

Caruso, Michael, Federal Public Defender

Ferrer, Wifredo A., Former United States Attorney

Greenberg, Benjamin G., Acting AUSA

Gyires, Marton, AUSA

Hopkins, Hon, James M., U.S. Magistrate Judge

Marks, Neison, Asst. Federal Public Defender

McHeumon, Hon. William, U.S. Magistrate Judge

Maynard, Hon. Shaniek M., U.S. Magistrate Judge

Middlebrooks, Hon. Donald M., U.S. Magistrate Judge

Militello, Kristy, Asst. Federal Public Defender

Peacock, R Fletcher, Asst. Federal Public Defender

Smachetti, Emily M., Asst. U.S. Attorney

4 OF 5

Trader, Scott Joseph, Defendant / Appellant

United States of America, Plaintiff / Appellee

Villafana, Marie, Asst. U.S. Attorney

/s/ Scott Trader

Scott Trader - pro se

5 of 5

# CONTENTS

1) Cover letter, Motion, Certificate of Service     7 Pages

2) Table of contents     2 Pages

3) Placeholder Brief     46 Pages

4) Extraction Report for Chat On Say Hi     12 Pages

5) Law Enforcement Guide to Kik     12 Pages

6) Kik Emergency Disclosure Response     26 Pages

7) Expert Report for Kik Emergency Disclosure Response     2 Pages

8) Comcast Emergency Disclosure Request and Response     3 Pages